| Atlanta Police Department<br>Policy Manual |  | Standard Operating Procedure |
|---|---|---|
| Effective Date<br>December 15, 2017 | | APD.SOP.2060<br>Extra Jobs |

| Applicable To: All employees |
|---|
| Approval Authority: Chief Erika Shields |
| Signature: Signed by ES        Date Signed: 12/14/2017 |

Table of Content

| | | | | | |
|---|---|---|---|---|---|
| 1. | PURPOSE | 1 | 4.5 | Application, Approval, and Revocation | 5 |
| 2. | POLICY | 1 | 4.6 | Documentation | 7 |
| 3. | RESPONSIBILITIES | 1 | 4.7 | Procedure for File Maintenance | 9 |
| 4. | ACTION | 2 | 4.8 | Handling Incidents | 9 |
| 4.1 | General Conditions | 2 | 4.9 | Motorcycle Escorts | 10 |
| 4.2 | Payment and Compensation | 3 | 5. | DEFINITIONS | 12 |
| 4.3 | Limitations on Hours of Employment | 4 | 6. | CANCELLATIONS | 13 |
| 4.4 | Restrictions on Types of Employment | 4 | 7. | REFERENCES | 13 |

1.      PURPOSE

To establish guidelines that will allow employees to engage in outside employment as defined by the City of Atlanta Code of Ordinances, Section 114-436. For the purposes of this document outside employment is known as "Extra Jobs."

2.      POLICY

The Department will permit employees to work approved extra jobs that do not present a conflict of interest; do not violate any rules, regulations, or procedures; and do not impair the employee's job performance. Working extra jobs is a privilege that can be revoked at any time by the Chief of Police. Employees who do not abide by these policies and procedures may have the privilege of working extra jobs revoked by the Chief of Police, in addition to any other sanction imposed by the disciplinary process. (CALEA 6th ed. Standard 22.2.4)

3.      RESPONSIBILITIES

3.1     Divisions, section and unit commanders are responsible for the full implementation of this procedure within their respective commands.

3.3     Watch commanders are responsible for monitoring employees and responding to incidents involving employees working extra jobs in their zone or work area.

3.2     Supervisors will monitor subordinates to ensure conformity to this procedure.

3.4     Employees are responsible for completing extra job permits, tracking extra job hours worked, and electronically reporting of his or her hours worked. The reporting of extra job hours worked will be completed by using the Extra Job Database on Horizon.



Case 1:18-cv-04710-CAP   Document 1-1   Filed 10/10/18   Page 2 of 13

 

Atlanta Police Department Policy Manual
APD.SOP.2060
Extra Jobs

same information. Communications will make that information available to the on-duty field supervisor.

4.1.7  Employees working Type II, III, or V extra jobs will wear the Class B or Class C uniform. Lieutenants and below authorized to wear the Class C uniform in the performance of their regular duties may wear it while working extra jobs. Any uniform or clothing other than the Class B or Class C uniform must be requested and approved by a section commander in advance of the extra job permit (Form APD 727).

4.1.8  Employees working extra jobs that involve directing traffic must wear a traffic vest for increased visibility, to enhance the flow of all traffic in the area, and to add to the overall safety of all pedestrians and motorists. The directing of traffic will be consistent with enhancing pedestrian and vehicular traffic flow (public safety).

4.1.9  Sworn employees on initial probation may work Type I extra jobs after the successful completion of field training and upon graduating from the Atlanta Police Academy.

4.1.10  Sworn employees on initial probation may work Type II, III, IV and V extra jobs after successfully completing field training and upon graduation from the Atlanta Police Academy when an active duty APD Supervisor is immediately available, working at the same extra job at the same time as the probationary employee and explicitly accepts responsibility for supervision. It is the responsibility of both the supervisor and the probationary employee to ensure that these conditions are met.

4.1.11  Initial probation for newly sworn employees begins after the successful completion of field training and upon the effective date of their initial assignment to the Field Operations Division and ends six (6) months thereafter.

4.1.12  No supervisor can work an extra job under the supervision of an active duty officer of a subordinate rank.

4.1.13  Extra jobs that require more than 10 officers to work simultaneously must be coordinated and be staffed as follows: at least one active duty sergeant for every eleven officers; and at least one active duty lieutenant for every nine sergeants.

4.2  Payment and Compensation

4.2.1  The suggested rate of compensation for police officers is time and one half of the hourly rate of police officer pay at step five. Employees are free to negotiate a rate of compensation based on the nature of the extra job.

4.2.2  All payments for services rendered must be made directly to the employee from the employer. Employees (coordinators or points of contact) may assist the employer in distributing individual payments, but are prohibited from collecting a single payment for services rendered and then disbursing individual payments.

4.2.3  Employees will file all applicable income tax forms, attachments, and returns, as required by any municipal, state, or federal authorities.

Page 3 of 13

 

**Atlanta Police Department Policy Manual**
APD.SOP.2060
Extra Jobs

3.5 The Personnel Services Unit commander will forward to the Staff Inspections Unit (SIU) a list of all employees currently on extended sick leave or family medical leave, on a monthly basis.

3.6 The SIU will monitor adherence to the extra job policies and processes.

4. ACTION

4.1 General Conditions

4.1.1 No employee will work an extra job without an approved or temporary extra job permit. Employees must have the approved or temporary permit (or a copy thereof) readily available while working the respective extra job and produce it to any supervisor or SIU employee upon request.

4.1.2 Employees will comply with all Atlanta Police Department rules, regulations, orders, and policies and procedures while working extra jobs.

4.1.3 Employees working extra jobs will not rely on any authority vested in a Department employee by the City of Atlanta or the State of Georgia to enforce civil contracts or the rules and regulations of a private enterprise.

4.1.4 Employees are prohibited from working all extra jobs while on duty or during their scheduled work hours when utilizing sick leave, and/or when on light or restricted duty due to medically documented injury or worker's compensation for an on-duty injury.

1. Employees may work Type II, III, or V extra jobs while on sick leave, extended sick leave or Family Medical Leave if the employee is attending to a family member's medical condition, not his or her own.

2. Employees are prohibited from working any extra jobs while on suspension or administrative leave with pay. This includes interim actions such as relief from duty or Force Usage Review Assignment (FURA) status.

3. Employees on suspension or administrative leave without pay will be allowed to work Type I extra jobs provided they submit an extra job request to the Office of Professional Standards (OPS) commander for approval by the Chief of Police, or his or her designee.

4. Employees on administrative assignment while relieved from full duty may work Type I extra jobs provided they submit an extra job permit request for approval up to their permanent assignment division commander and the OPS commander.

4.1.5 Employees are prohibited from working Type II, III, or V extra jobs outside the City of Atlanta regardless of whether the employee has been deputized or otherwise have the authority to enforce the laws within that jurisdiction.

4.1.6 Employees who have been issued a Departmental radio, when working a Type II, III, or V extra job, will (over the radio) advise the radio dispatcher of the zone in which he or she is working, his or her off-duty radio number, the address and/or actual location of the extra job and the starting and ending times of the extra job. The employee will also monitor that zone's frequency while she or he is working the extra job. If a Departmental radio is not available or is inoperable, the employee will make telephone contact with a supervisor in Communications and provide the

 

Atlanta Police Department Policy Manual
APD.SOP.2060
Extra Jobs

4.3   Limitations on Hours of Employment

4.3.1   An employee cannot work more than a combined total of 130 hours on duty scheduled employment for the Department and extra job employment in any two-week pay period. The two-week pay periods are to correspond with Department pay periods. The employee's section commander must approve any exceptions to these limitations in advance.

4.3.2   Employees are prohibited from working any combination of scheduled on-duty and extra job employment for more than 16 hours in any 24-hour period.

4.3.3   To work a Type I extra job, in excess of four hours during a pay period, an employee must submit an extra job permit to his or her immediate supervisor.

4.4   Restrictions on Types of Employment

4.4.1   The Chief of Police may at any time prohibit extra jobs at specific locations, for specific types of businesses, or for other reasons deemed to be in the best interest of the Department.

4.4.2   Employees will not work an extra job for persons or businesses engaged in unlawful activity or any other activity that might reflect unfavorably on the Department.

4.4.3   Employees will not work an extra job that will interfere with, affect the performance of, or involve a conflict of interest with the employee's duties with the Department.

4.4.4   Employees working extra jobs at businesses selling alcoholic beverages for consumption on the premises may not enforce any rules or regulations of the business, or act as bouncers or security guards to enforce the rules or regulations of the business. Officers are not to check the identification of patrons entering the business to determine the age of the patrons for the purpose of restricting access to the business based on the age of any patron, regardless of any rules or regulations of the business. Officers may check the identification of persons who are suspected of being underage when they are in possession of alcoholic beverages or they have a fraudulent or altered identification.

4.4.5   Employees will not work an extra job for any adult entertainment establishment or in the parking lot or other area immediately surrounding or associated with such businesses.

4.4.6   Employees will not work an extra job for a business that may interfere or give the impression of interfering with an employee's primary duty with the Department, including but not limited to: sightseeing guides, operators of public vehicles, pawn shop employees, private investigators or detectives, civil process server, unarmed guard, or for a bonding company.

4.4.7   Employees will not work an extra job that would require access to confidential police records, files, correspondence, or other information not otherwise available to the public.

4.4.8   Employees will not work an extra job for a collection or repossession agency or other employment where police authority or access to confidential information could be potentially used to collect monies, locate individuals, seize property for private purposes, or satisfy civil claims.

4.4.9   Employees will not work an extra job that is likely to create, or will create, a conflict of interest with other employees of the Department or with City of Atlanta government as a result of official recommendations or actions taken by the employee. For example, an employee may not be

 

Atlanta Police Department Policy Manual
APD.SOP.2060
Extra Jobs

employed as a private consultant if it is likely that he or she may later have to testify against employees of the Department over a job-related action taken by another employee.

4.4.10   No employee or any corporation or other legal or business entity owned, controlled or directed, wholly or in part, by an employee and/or by a member(s) of the employee's immediate family will employ or pay other Department employees to work an extra job.

4.4.11   Executive Protection: Employees who wish to provide services for individuals or a group of persons (e.g., private escort or security for celebrities) must request authorization through the chain of command to the Staff Inspections Unit and have the approval of the Chief of Police prior to entering into any agreement or contract to provide such services. Each request will be reviewed on a case-by-case basis. At a minimum such employment requires following the same rules, policies, and procedures as all other extra job requests.

4.5   Application, Approval, and Revocation

4.5.1   An employee desiring to work an extra job must file an extra job permit/request (Form APD 727) with his or her immediate supervisor.

   1. The approving supervisor will return the goldenrod copy of the extra job request to the employee to serve as a temporary work permit.

   2. If a three-ply permit is used, the supervisor will photocopy the permit, mark the copy "TEMP," and send the original three-ply permit request through the chain of command for approval.

   3. The temporary extra job permit will only remain valid within the fourteen days following its approval.

4.5.2   In the event that the employee's immediate supervisor is not available to authorize the temporary work permit, the employee may obtain temporary authorization from any active duty sworn supervisor of a higher rank. The temporary work permit must then be submitted to the employee's immediate supervisor for review and approval.

4.5.3   The employee's immediate supervisor must review, make a recommendation, and sign each extra job permit/request (Form APD 727). If the extra job permit/request (Form APD 727) needs additional information, the immediate supervisor will request and review the additional information prior to approving the request.

   1. Approval for extra jobs will be based upon the following criteria: employee's job performance; employee's productivity; complaints against the employee; abuse of sick leave; and any other factors that may adversely affect the employee or the Department.

   2. At the time of approval or denial by the supervisor, a copy of the extra job permit will be maintained in the unit file to which the employee is assigned. The original request will be forwarded up the chain of command to the SIU. In the event an extra job permit is denied, the supervisor will document the reasons in writing and notify the employee immediately. The employee may request a review of that denial through the chain of command.

4.5.4   Each supervisor in the chain of command will review the extra job request for completeness and compliance with this procedure, and recommend to approve or to disapprove the request. The unit commander's signature will indicate the employee's compliance with section 4.5.3(1).

 

Atlanta Police Department Policy Manual
APD.SOP.2060
Extra Jobs

Whether approved or disapproved, the request and any attachments will be forwarded via the chain of command to the division commander.

4.5.5   The division commander will make a final decision on the request. The division commander will then send the original of extra job permit/request (Form APD 727) to the SIU.

4.5.6   Each supervisor in the chain of command and the division commander will insure that the final, reviewed and signed employee's copy of the extra job permit/request (Form APD 727) will be returned to the employee as rapidly as possible, not to exceed fourteen days from the date the officer submitted the request.

4.5.7   All extra job permits for active duty employees expire on the employee's date of birth unless otherwise specified on the permit. Members of the Atlanta Retired Police Reserve must refer to APD.SOP.2190, "Atlanta Retired Police Reserve," for the expiration date of all extra job permits.

4.5.8   Deputy Chiefs, majors, and division directors must submit their extra job requests through the chain of command to the Chief of Police for approval. No permanent or temporary permits are authorized for these ranks without the prior approval of the Chief of Police. The Chief of Staff will maintain copies of these extra job permits (Form APD 727) for a period of three years.

4.5.9   Authorization to work an extra job may be immediately suspended by any supervisor for any of the following reasons: failure to produce a valid extra job permit on the demand of any Atlanta Police supervisor; any change in the conditions of the original application; failure to abide by the rules, regulations, policies and procedures of the Department; unsatisfactory performance in the course of on-duty employment; emergency mobilization of personnel; or any other circumstances which would warrant suspension or revocation of off-duty employment in accordance with this directive.

4.5.10  Any supervisor may order an employee to cease working an extra job if the employee violates any rule, regulation or procedure that could embarrass or discredit the Department or if the employee is physically and/or mentally incapable of performing the job. The supervisor doing so will immediately report the incident in writing to the SIU. The SIU will be responsible for notifying OPS and the employee's division commander.

4.5.11  All Type V extra jobs must be approved by the SIU commander prior to an employee entering into any agreements or contracts to provide services.

   1. The coordinator of the proposed Type V extra job must be a supervisor.

   2. The coordinator of the proposed Type V extra job must submit an extra job request (Form APD 727) and a copy of the safety plan (as required by the Atlanta Police Department in the special event permit) to the SIU.

   3. Upon approval, the coordinator will receive a Type V extra job request number to provide other employees who intend to work that Type V extra job.

   4. No later than 10 days following the event, the coordinator will also submit an After Action Report to the SIU commander.

 
4.5.12  All Type VI extra jobs requiring plain clothes or undercover operations, must be approved by the employee's Section Commander. The following procedures will be completed prior to working the extra job:

  1. Submit an interdepartmental memorandum detailing the duties of the extra job to the employee's section commander;

  2. Submit proof of completion of training to work in plain clothes/undercover capacity; and

  3. Submit an extra job permit (Form APD 727) to the employee's section commander.

4.5.13  No employee that has not successfully completed the required training to operate in this capacity, shall work a Type VI extra job, unless otherwise approved by the Chief of Police, or his/her designee.

4.5.14  Employees who desire to work plain clothes or undercover extra jobs in a singular capacity (i.e. private security, escort executives or dignitaries), shall adhere to the guidelines set forth in section 4.5.12 of this written directive.

4.5.15  Employees who desire to work a Type VI extra job where **two or more** employees will be utilized to perform the requirements of the extra job (i.e. athletic events, concerts, ticket scalping or Tee shirt details, etc.) must complete and adhere to the following in addition to the guidelines set forth in section 4.5.12:

  1. Submit a Tactical (TAC) Plan (Form APD 683) for the detail which shall include at a minimum, the requirement of uniformed officer support during the detail. The TAC plan must be signed by a supervisor that will be on scene during the detail;

  2. Obtain a Type VI control number from Staff Inspections;

  3. Type VI extra jobs shall be restricted to active duty Atlanta Police Department personnel only;

  4. Notify the current zone supervisor via dispatch radio prior to the detail and after the detail has been completed; and

  5. No later than 10 days following the detail, the coordinator will also submit an After Action Report (AAR) to the SIU commander.

4.6  Documentation

4.6.1  All employees working Type II, Type III, and Type V extra jobs will maintain an Extra Job Activity Sheet (Form APD 728) for all extra jobs worked through the automated Extra Job Database on Horizon.

4.6.2  Employees will electronically complete and submit detailed extra job information to the "Extra Job Database," located on the Department's Horizon Intranet site on a bi-weekly basis; by the last day of each pay period, of the first day the employee returns to work after the last day of the pay period. Detailed instructions on how to complete this are located on the Extra Job Database page. Required information includes employer's name of business, extra job address, beat number, start and ending times, total hours worked, and complaint number.

4.6.3  Staff Inspections Unit Supervisor will audit the Extra Job Database at their discretion.

 

**Atlanta Police Department Policy Manual**
APD.SOP.2060
Extra Jobs

4.6.4   Section commanders will collect and maintain copies of the Extra Job Report for all employees in their command for a period of one year.

4.6.5   In the event of a transfer, the employee's Extra Job Permit/Request (Form APD 727) will be forwarded to the Commander of the employee's new assignment within ten (10) business days.

4.6.6   Through a command memorandum, a section commander may direct sworn and/or civilian employees working an extra job to maintain an extra job activity report for all extra jobs of all types that are worked. The Extra Job Report will be completed and submitted to their supervisors on the last day of each pay period or the first day the employee returns to work after the last day of the pay period. The section commander will file these paper Extra Job Reports in the section's personnel files, and will not send them to SIU.

4.6.7   All coordinators must maintain records for the extra job they are coordinating, including at a minimum: employees who work that extra job; the dates each employee worked; and the hours each employee worked. These records must be maintained for three years and made available upon request by the SIU commander, the OPS commander, or the division commander.

4.6.8   Employees that fail to properly report extra job hours that they have worked will have their extra job privileges revoked for a period of thirty days.

4.6.9   The Extra Job component of the SIU will conduct inspections of APD personnel actively working extra jobs. During the inspection, SIU will use Extra Job Spot Inspection Verification (Form APD 761) to:

   1. Document the inspection,

   2. Have the employee and SIU inspecting officer to sign the form;

   3. SIU will keep the white copy, forward the yellow copy to the section commander, and give the pink copy to the inspected employee to serve as a reminder to complete the Extra Job Report on Horizon.

4.6.10  If the automated green sheet data entry process is unavailable for any reason, employees will complete the automated process as soon as it is available.

4.6.11  Documentation of Warrantless seizure, Search or Frisk

   1. When conducting a warrantless seizure, search or frisk of a person inside any residence or commercial building or structure, officers on self-initiated calls must complete the ICIS Demographics tab under the Field Contact Tab. In instances whereby an officer calls 9-1-1 and he or she is, in turn, the primary unit responding to said call, the ICIS Demographics tab under the Field Contact Tab must also be completed. This requirement does not apply to officers responding to dispatched calls for service.

   2. The ICIS Demographics Tab under Field Contact must clearly specify:

      a. The specific facts giving rise to reasonable articulable suspicion regarding a crime;

 

**Atlanta Police Department Policy Manual**
APD.SOP.2060
Extra Jobs

    b. Whether the individual was frisked for weapons, and if so the specific facts giving rise to reasonable articulable suspicion that the individual was both armed and dangerous;

    c. Whether the individual was searched for anything other than weapons, and if so, the specific facts giving rise both to probable cause and exigent circumstances.

*\*This Section, 4.6.11, may not be deleted, revised, or amended pursuant to the May 19, 2015 Order in Calhoun, et al. v. Pennington, et al. 1:09-CV-3286-TCB. Consult the City of Atlanta Department of Law with any questions or concerns. \**

4.6.12    Documentation of Identification Checks

1. All ACIC/GCIC/NCIC identification checks conducted inside of a residence and/or commercial building or structure, conducted by sworn Atlanta Police personnel, shall complete the Demographic tab under the Field Contact tab in ICIS. This requirement does not apply to officers responding to dispatched calls for service. This requirement applies to officers on self-initiated calls. In instances whereby, an officer calls 9-1-1 and he or she is, in turn, the primary unit responding to said call, the ICIS Demographics tab under the Field Contact must also be completed.

2. The ICIS Demographics Tab under the Field Contact tab must clearly specify:

    a. The specific facts giving rise to reasonable articulable suspicion regarding a crime;

    b. Whether the individual was frisked for weapons, and if so the specific facts giving rise to reasonable articulable suspicion that the individual was both armed and dangerous; and

    c. Whether the individual was searched for anything other than weapons, and if so, the specific facts giving rise both to probable cause and exigent circumstances.

3. Pursuant to a ACIC/GCIC/NCIC identification check conducted inside of a residence and/or commercial building or structure by sworn Atlanta Police personnel, the Field Contact information shall be imputed in ICIS prior to the end of the officer's shift. Off-duty officers working a Department-approved extra-job must also adhere to this requirement.

*\*This Section 4.6.12, may not be deleted, revised, or amended pursuant to the May 19, 2015 Order in Calhoun, et al. v. Pennington, et al. 1:09-CV-3286-TCB. Consult the City of Atlanta Department of Law with any questions or concerns. \**

4.7    Procedure for File Maintenance

4.7.1    Copies of all extra job permits will remain in the employee's unit file for one year.

4.8    Handling Incidents

4.8.1    Off-duty officers employed by a private employer will respond to reported and witnessed incidents at the extra job location and will be responsible for the completion and submission of required ICIS reports, by the end of their tour of duty, in the zone where the incident occurred. The officer will conduct a thorough investigation and preserve and collect evidence relating to the incident. The officer may request the assistance of on-duty or specialized units depending upon the complexity and seriousness of the incident. If the incident involves a vehicle collision, the off-


Atlanta Police Department Policy Manual
APD.SOP.2060
Extra Jobs

duty officer will request over radio for an on duty or specialized unit be dispatched to the scene to handle the investigation.

4.8.2  All reports regarding incidents involving a Part I Crimes will be completed on ICIS by the end of the officer's tour of duty. Any reporting not generated on ICIS is strictly forbidden unless authorized by a line supervisor in the zone where the incident occurred. If a non-ICIS report has been authorized, it has to be completed, submitted, reviewed, and signed by a supervisor prior to the end of the officer's tour of duty.

4.8.3  When an officer makes an arrest while working an extra job, he or she must complete an ICIS incident report and the electronic warrant (EWI), if necessary.

1. The officer will make a report on Incident Crime Information System (ICIS) or take the incident report and other documentation to a supervisor in the zone of the extra job to be approved and signed.

2. Any property or evidence recovered by the off-duty officer during the investigation will be submitted to the Property Control Unit or, if appropriate, the property remote lockers.

3. Zone supervisors will notify the FOD Administrative Office when an officer constantly fails to timely complete reports and other required documentation from an extra job. Once notified, the FOD commander will review the officer's extra job request or forward the notice to the command of the officer's permanent duty assignment for action.

4.9  Motorcycle Escorts

4.9.1  City-owned motorcycles or personally owned motorcycles may not be used for extra jobs unless specifically requested and included in an approved extra job request.

4.9.2  The use of City-owned vehicles, including motorcycles, for extra jobs involving funeral escorts is strictly prohibited.

4.9.3  The use of City-owned motorcycles and personally owned motorcycles for an off duty escort may be requested in circumstances where the escort would reasonably serve a legitimate public safety purpose. Examples of escorts that serve a legitimate public safety interest include:

1. Oversized or dangerous loads being moved upon the roadways within the City of Atlanta;

2. Pacing or slowing down traffic in furtherance of authorized construction or work on or in streets and/or highways;

3. The coordinated, movement of a significant number of vehicles in unison that would present a hazard if unescorted;

4. An individual of such prominent status and/or against whom verifiable threats have been made such that their safety would be jeopardized absent an escort;

5. Sports teams playing in the City where the absence of an escort may place team members in jeopardy due to their notoriety.

4.9.4  Employees wishing to conduct extra job motorcycle escorts may request authorization by submitting a completed extra job request that clearly indicates the purpose and public safety purpose it would serve.

 

Atlanta Police Department Policy Manual
APD.SOP.2060
Extra Jobs

4.9.5   Requests to conduct extra job motorcycle escorts must include the route and length of the escort, the beginning, and ending points, the number, and types of vehicles to participate in the escort and whether the City or the employee owns the motorcycle.

4.9.6   Employees requesting to conduct a motorcycle escort will attach to the completed extra job request proof of successful completion of either the Experienced Rider Motorcycle Safety Course offered by the Georgia Department of Driver Services (DDS) or a Police Motorcycle Operators Course.

4.9.7   Employees conducting approved funeral escorts will comply with Georgia Code 40-6-76 governing funeral escorts and all applicable laws and ordinances.

4.9.8   Only employees assigned to the Special Operations Section (SOS) Motorcycle Unit are authorized to wear the Department-approved riding britches with Department-approved riding boots while conducting motorcycle escorts.

4.9.9   Privately owned escort motorcycles are not authorized emergency vehicles and will not be operated as such.

4.9.10  Escort routes will be determined prior to movement and determined so as to minimize the disruption of normal traffic patterns and to promote the safety of the motoring public. Escort routes will be based upon the following criteria:

   1. The time of day and area the escort will travel through;

   2. The special traffic patterns of scheduled events in the City of Atlanta such as sporting events, concerts, conventions, etc.; and

   3. The number and type of vehicles participating in the escort.

4.9.11  Escort Procedures

   1. Escorts will be carried out so as to promote public safety and with consideration for the welfare of the general public.

   2. Escorts should generally travel at or below the posted speed limit.

   3. Escort officers shall wear a Department approved traffic vest while conducting an escort.
   3. Escort officers will advance ahead and clear traffic as necessary using only blue lights and air horn. They should refrain from allowing the escorted vehicle(s) to drive on the wrong side of the road or the wrong way on one-way streets.

   4. Escort officers will advise the affected zone dispatcher(s) via radio of all escort movements, including the location of origin, destination, and specific routes to be used. They will also notify radio upon departure and upon arrival at the destination.

 

Atlanta Police Department Policy Manual
APD.SOP.2060
Extra Jobs

5.  DEFINITIONS

5.1  **Adult entertainment establishment**: any place of business or commercial establishment wherein the entertainment or activity therein consists of nude or substantially nude persons dancing with or without music or engaged in movements of a sexual nature or movements simulating sexual intercourse, oral copulation, sodomy or masturbation, or wherein the patron directly or indirectly is charged a fee or required to make a purchase in order to view entertainment or activity which consists of persons exhibiting or modeling lingerie or similar undergarments, or where the patron directly or indirectly is charged a fee to engage in personal contact by employees, devices or equipment, or by personnel provided by the establishment. "Substantially nude" as used in this subsection shall mean dressed in a manner so as to display any portion of the female breast below the top of the areola or displaying any portion of any person's pubic hair, anus, cleft of the buttocks, vulva or genitals. The definition of "adult entertainment establishment" is to include, but not be limited to, bathhouses, massage parlors, lingerie modeling studios and related or similar activities. Establishments that have as their sole purpose the improvement of health and physical fitness through special equipment and facilities, rather than entertainment, as hereinabove described are specifically excluded. As defined in City Code section 16-29.001(3)(e) adult entertainment establishments also include any establishment that has nude or semi-nude dancing or striptease performances, whether these occur regularly or occasionally.

5.2  **Coordinator**: Any employee who engages in the procurement and/or scheduling of other employees for off-duty work. Any person who hires, schedules, supervises, or disciplines Atlanta Police Department employees on behalf of any private employer. Coordinators for Type V extra jobs must be supervisors.

5.3  **Courtesy Officer**: Any person who agrees in writing or by verbal contract to work as an employee at anytime on behalf of any owner or management company for an apartment or housing complex and receives free or reduced cost housing as a form of compensation. The property must be located inside the City of Atlanta.

5.4  **Extra Job**: Any employment (including self-employment) or work or rendering of services by a Departmental employee for which the employee receives compensation of any kind (including free or reduced cost housing) provided to him or her by any person, company, or agency other than the Atlanta Police Department. Additionally, any employment, work or rendering of police or security services by a Departmental employee in uniform for any person, company or agency other than the Atlanta Police Department regardless of whether the employee receives any form of compensation will require the employee to request and have approved an extra job permit. Extra jobs are to be defined and referred to as follows:

5.4.1  **Type I**: An extra job wherein the use of law enforcement powers is not anticipated or expected and one that is not police related and does not routinely require police action. The use of City of Atlanta equipment, Atlanta Police uniform gear, marking, and/or equipment is prohibited. For example: plumber, used car salesperson, music teacher, etc.

5.4.2  **Type II**: An extra job that is not recurring in nature wherein the actual or potential use of law enforcement powers is anticipated or expected. Not recurring in nature is defined as being worked two instances or less for any duration of time within a 45-day period. For example: "filling in" for another officer, one-time events, private parties, etc.

5.4.3  **Type III**: An extra job that is recurring in nature wherein the actual or potential use of law enforcement powers is anticipated or expected. Recurring in nature is defined as being worked

 Atlanta Police Department Policy Manual
APD.SOP.2060
Extra Jobs


more than two instances for any duration of time within a 45-day period. For example: regular extra jobs, courtesy officer, etc.

5.4.4    Type IV: An extra job wherein the actual or potential use of law enforcement powers is not anticipated or expected but is law enforcement or police related. For example: accident reconstruction, consulting work, instructor, expert witness, etc.

5.4.5    Type V: An extra job wherein the actual or potential use of law enforcement powers is anticipated or expected at a major event that is not recurring in nature and includes two or more of the following: an alcohol permit  a street closure permit (other than construction); or more than 6 APD officers working simultaneously. For example: Midtown Music Fest, Superbowl, Peachtree Road Race; Dogwood Festival, etc. Not recurring in nature is defined as occurring no more than once within a 45-day period.

5.4.6    Type VI: An extra job wherein the officer is trained to operate wearing plain clothes or in an undercover capacity. This includes officers that desire to work in a singular capacity regarding security services contracted by a private individual or small group etc. or regarding a detail which requires the use of more than one officer and where the use of uniformed officer support shall be required to exercise potential or actual law enforcement powers regarding the detail.

5.5    Off-duty radio number: The employee's unique identification number with an "X" (X-ray) attached to the end (e.g. 1234X-ray).

5.6    Pay Period: a fourteen-day period that coincides with the Departmental pay periods.

5.7    Point of Contact: an employee who assists an extra job employer in scheduling of employees but is not responsible for their employment or their supervision with the extra job employer.

6.    CANCELLATIONS

APD.SOP.2060 "Extra Jobs"; effective November 24, 2013.

7.    REFERENCES

May 19, 2015 Order in Calhoun, et al. v. Pennington, et al. 1:09-CV-3286-TCB

Commission on Accreditation for Law Enforcement Agencies (CALEA) 6th ed. Standard 22.2.4

APD.SOP.2010 "Work Rules"
APD.SOP.2130 "Dress Code"

Form APD 727 "Extra Job Permit/Request"
Form APD 759 "Extra Job Error Sheet"
Form APD 761 "Extra Job Spot Inspection Verification Form"

City of Atlanta Code of Ordinances, Section 114-436 to 114-437, and Section 2-1715, "Private use of Municipally Owned Vehicles"

Official Code of Georgia, Section 16-10-3, 40-6-76, and 40-8-90
Georgia Supreme Court ruling, S94A1442, January 17, 1995