


**ACRB Members**
Sherry Williams
Chairperson
Gerald Scaggs
Vice Chairperson
Paul Bartels
Secretary

Bill Bozarth
M. Gino Brogdon, Jr.
Harold Hardnett
William Harrison
Tracy McDaniel
Cecilia Houston-Torrence

Samuel Lee Reid II
Executive Director

**Mayor of Atlanta**
Kasim Reed

**Atlanta City Council**
Ceasar C. Mitchell
President
Carla Smith
District 1
Kwanza Hall
District 2
Ivory Lee Young, Jr.
District 3
Cleta Winslow
District 4
Natalyn Mosby Archibong
District 5
Alexander Wan
District 6
Howard Shook
District 7
Yolanda Adrean
District 8
Felicia A. Moore
District 9
Clarence T. Martin
District 10
Keisha Lance Bottoms
District 11
Joyce Sheperd
District 12
Michael Julian Bond
At-Large
Mary Norwood
At-Large
Andre Dickens
At-Large

November 30, 2016

Chief George Turner
City of Atlanta Police Department
226 Peachtree Street, S.W.
Atlanta, Georgia 30303

RE: Complaint of Vincenzo Palazzola, ACRB File #16-004

Dear Chief Turner:

Please be advised that the Atlanta Citizen Review Board (ACRB) has concluded its investigation and adjudication of the complaint filed by Vincenzo Palazzola alleging that on July 29, 2015, Atlanta Police Officers John Harwell (Unique ID #4994), Jonathan Janke (Unique ID #5734) and Theodore Travis (Unique ID #6071) used unnecessary excessive force when they struck him from behind causing him to fall to the ground. Mr. Palazzola further alleges that while on the ground, Officer Harwell "beat" him in the face and chest with his fist. Furthermore, according to the incident report, Officer Janke struck Mr. Palazzola in the face twice with a closed fist while he was inside the ambulance.

The Board determined that the Excessive Force allegation against Officer Janke be assigned a finding of **Sustained** as it relates to Mr. Janke's use of his ASP Baton on Mr. Palazzola while he was on the ground and recommends that he receive a 15 day suspension as penalty. However, as it relates to Officer Janke use of force against Mr. Palazzola while he was inside the ambulance, the Board recommends a finding of **Not Sustained**.

The Board determined that the Excessive Force allegation against Officers Harwell and Travis be assigned a finding of **Not Sustained**.

The file is available for review upon request. The ordinance requires that the Chief respond in writing regarding which recommendations are accepted, rejected, or will be implemented with modifications within thirty (30) days of the submission of a recommendation for action by the Board to the Chief (see Sec. 2-2211(O) of the Ordinance 07-O-0141).

Sincerely,

Sherry B. Williams
Board Chair

cc: Mayor Kasim Reed
Council President Ceasar Mitchell
Members of the Atlanta City Council
ACRB Members
Executive Director Lee Reid



55 Trinity Avenue, SW | City Hall Tower | Suite 9100 | Atlanta, GA 30303 | www.acrbgov.org | 404-865-8622




# CITY OF ATLANTA

Kasim Reed
Mayor

226 Peachtree Street, SW
Atlanta, Georgia 30303
(404) 546-6900

Atlanta Police Department
Erika Shields
Chief of Police

January 3, 2017

Ms. Sherry Williams
Atlanta Citizen Review Board
City Hall Tower, Suite 9100
55 Trinity Avenue, SW
Atlanta, Georgia 30303

RE: 16-004 Complaint of Vincenzo Palazzola

Dear Ms. Williams:

I am in receipt of the Atlanta Citizen Review Board's letter pertaining to the complaint of Vincenzo Palazzola, recommending that the allegations of excessive force be sustained against Officer Jonathan Janke and not sustained against Officers Theodore Travis and John Harwell.

The Office of Professional Standards has **exceptionally closed** this file, due to the fact that Officers Harwell and Janke are no longer employees with the Atlanta Police Department. In addition, there was no evidence that Officer Theodore Travis violated any departmental work rule.

Having assessed the Atlanta Citizens Review Board and the Department's investigative findings regarding this matter, this file is exceptionally closed.

Major C. Murphy, Commander of the Office of Professional Standards, can be contacted at (404) 546-5945, if you have any concerns regarding this complaint.

Sincerely,

Erika Shields
Chief of Police

ES/jw