# ATLANTA POLICE DEPARTMENT OPS

## OFFICER DISCIPLINARY HISTORY

## OFFICER MATHIEU CADEAU [4844]

## PART I - PERSONAL INFORMATION

NAME: OFFICER MATHIEU CADEAU
Unique ID #: 4844    Badge No:    Hire Dt: 07/24/2007

Division: FOD
Section/Zone: ZONE 3
Unit:

## PART II - DISCIPLINE HISTORY

**08C0709CTSY    Citizen Complaint**

Jan 20, 2009: Oral Admonishment
2.02 Courtesy 12/04/2008 [A] - SUSTAINED Jan 20, 2009
Related actions taken:
Jan 20, 2009 Oral admonishment

**08C0741UAF    Case #: 083601077    Citizen Complaint**

2.50 Maltreatment or Unnecessary Force 12/31/2008 [] - EXONERATED Aug 6, 2009
1.01 Appropriate Action Required 12/31/2008 [] - EXONERATED Aug 6, 2009

**11I0276AT Internal**

Jul 7, 2011: Oral Admonishment
2.18 Punctuality 05/31/2011 [A] - SUSTAINED Jul 7, 2011
Related actions taken:
Jul 7, 2011 Oral admonishment

**11I0291AT Internal**

Jul 7, 2011: Written Reprimand
2.16 Sleeping on Duty 06/06/2011 [A] - SUSTAINED Jul 7, 2011
Related actions taken:
Jul 7, 2011 Written reprimand

**12I0860VA Case #: 123352949    Vehicle accident**

Jan 17, 2013: NO ACTION TAKEN
4.04 Operation of City Vehicles 12/10/2012 [] - EXONERATED Jan 17, 2013

**13I0021FTA    Internal**

A: May 3, 2013: Oral Admonishment - [Action/discipline completed]
3.01 Conduct and Appearance in Court 01/15/2013 [A] - SUSTAINED May 3, 2013
Related actions taken:
May 3, 2013 ORAL ADMONISHMENT

PLAINTIFF'S EXHIBIT 32

**14I0260UAF**       Use of force

  2.50 Maltreatment or Unnecessary Force 04/18/2014 [] - NOT SUSTAINED Aug 19, 2014
  Related actions taken:
  Aug 19, 2014 NO ACTION TAKEN
  1.01 Appropriate Action Required 10/14/2014 [] - NOT SUSTAINED Aug 19, 2014
  Related actions taken:
  Aug 19, 2014 NO ACTION TAKEN

**14I0431UAF**       Case #: 141700125       Use of force
  2.50 Maltreatment or Unnecessary Force 06/19/2014 [C] - SUSTAINED Jan 6, 2015
  Related actions taken:
  Jan 6, 2015 SUSPENDED 2 days/hrs
  1.04 Conduct 01/02/2015 [] - NOT SUSTAINED Dec 16, 2014
  Related actions taken:
  Dec 16, 2014 NO ACTION TAKEN

**14C0491CTSY**       Citizen Complaint
  Oct 7, 2014: NO ACTION TAKEN
  2.02 Courtesy 07/14/2014 [] - NOT SUSTAINED Sep 24, 2014

**14C0540UAF**       Citizen Complaint

  A: Jan 23, 2015: ORAL ADMONISHMENT - [Action/discipline completed]
  Jan 23, 2015: NO ACTION TAKEN
  2.50 Maltreatment or Unnecessary Force 08/01/2014 [] - NOT SUSTAINED Dec 29, 2014
  Related actions taken:
  Jan 23, 2015 NO ACTION TAKEN
  2.02 Courtesy 08/01/2014 [A] - SUSTAINED Dec 29, 2014
  Related actions taken:
  Jan 23, 2015 ORAL ADMONISHMENT

**14I0635UAF**       Case #: 142010370       Use of force

  2.50 Maltreatment or Unnecessary Force 09/09/2014 [] - NOT SUSTAINED Dec 31, 2014
  Related actions taken:
  Dec 31, 2014 NO ACTION TAKEN
  1.03 Truthfulness 09/09/2014 [] - NOT SUSTAINED Feb 18, 2015
  Related actions taken:
  Feb 18, 2015 NO ACTION TAKEN

**17I0110PS Case #: 170562879       Firearm discharge**

  6.09 Use of Firearms 02/27/2017 [] – {PENDING}

Printed: Feb 27, 2017 13:16   By: Officer Nadine Carr