IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **NOEL HALL** and **CHRISTINA HALL** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiffs,** | ) | |
| | ) | **FILE NO: 1:18-cv-04710-ELR** |
| **v.** | ) | |
| | ) | |
| **CITY OF ATLANTA,** a municipal corporation of the State of Georgia; **GEORGE N. TURNER,** in his individual capacity as former Chief of Police of the City of Atlanta Police Department and **MATHIEU CADEAU,** in his individual capacity as a former Police Officer of the City of Atlanta Police Department | ) ) ) ) ) ) ) ) ) | |
| **Defendants**. | ) | |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Plaintiffs NOAH HALL and CHRISTINA HALL moves this court for a judgment by default in this action against Defendant MATHIEU CADEAU, and show this Court as follows:

The complaint in the above case was filed in this Court on October 10, 2018, and that the summons and complaint were duly served on Defendant MATHIEU CADEAU on October 24, 2018. As of the present date, no answer or other defense have been filed by Defendant MATHIEU CADEAU.

**WHEREFORE**, Plaintiffs move this court to enter judgment against Defendant and to schedule this matter for a jury trial on damages.

Respectfully submitted this 4th day of December, 2019.

THE COCHRAN FIRM – ATLANTA

*/s/ Shean D. Williams*
Shean D. Williams
Georgia Bar No. 764139
Samuel L. Starks
Georgia Bar No. 676515
Mecca S. Anderson
Georgia Bar No. 624622
***Attorneys for the Plaintiffs***

100 Peachtree Street, NW
Suite 2600
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Fax: (404) 222-0170
swilliams@cochranfirmatl.com
sstarks@cochranfirmatl.com
manderson@cochranfirmatl.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **NOEL HALL** and **CHRISTINA HALL,** | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO: 1:18-cv-4710-ELR |
| | : | |
| **CITY OF ATLANTA**, a municipal | : | |
| corporation of the State of Georgia; and | : | |
| **MATHIEU CADEAU**, individually | : | |
| and in his official capacity as a Police | : | |
| Officer of the City of Atlanta Police | : | |
| Department, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing ***Plaintiffs'***

***Motion for Default Judgment*** to all counsel of record via U.S. Mail with adequate

postage prepaid, addressed as follows:

Thomas G. Sampson II, Esq.
Shermela J. Williams, Esq.
Marriah N. Paige, Esq.
Derron B. Bowles, Esq.
THOMAS KENNEDY SAMPSON
& TOMPKINS LLP
3355 Main Street
Atlanta, Georgia 30337
Telephone: (404) 688-4503
Facsimile: (404) 684-9515

3

Mathieu Cadeau
4574 Carriage Park Dr.
Lithonia, GA 30038

This 4th day of December, 2019.

/s/ Shean D. Williams
Shean D. Williams, Esq.
Georgia State Bar No.: 764139
Samuel L. Starks, Esq.
Georgia State Bar No.: 676515
Mecca S. Anderson, Esq.
Georgia State Bar No.: 624622
*Attorneys for Plaintiffs*

THE COCHRAN FIRM – ATLANTA
100 Peachtree Street, Suite 2600
Atlanta, Georgia 30303
Telephone: 404-222-9922
Fax: 404-222-0170
Email: swilliams@cochranfirmatl.com
        sstarks@cochranfirmatl.com
        manderson@cochranfirmatl.com