# EXHIBIT "A"

Please produce all documentation within your possession, custody and control relating to investigations conducted by your office/agency relating to the following officers, individuals and incidents on the designated date, which relate to Atlanta Police Department officer involved shootings.  <u>If there is an objection to producing any of the requested documents, please state the specific objection and provide the basis for said objection</u>.

a.) Incident involving **Officers Mathieu Cadeau**, DOI: February 27, 2017, - Suspect Noel Hall;

b.) Incident involving **Officers Yasin Abdulahad, El-Malik Robeson-El** – Suspect: Deundre Phillips – DOI: January 26, 2017;

c.) Incident involving **Officers Thomas Crowder, L. Dely, J. Johnson, Sgt. Wiskemann** – Suspects: Michael Rhoades, Deandrea Norris – DOI: June 25, 2016 - Incident/CICA Number: 16-177-1898;

d.) Incident involving **Officers Leif Reddick, Carl Severan** – Suspect: Unknown – DOI: July 28, 2016 - Incident/CICA Number: 16-209-1236;

e.) Incident involving **Officer Tyrone Finney** – Suspect: Donald Sneed – DOI: September 8, 2016 - Incident/CICA Number: 16-252-2235;

f.) Incident involving **Officer Torrence Ashmon** – Suspect: Austin Lewis – DOI: May 5, 2015 - Incident/CICA Number: 15-127-2244;

g.) Incident involving **Officer Omar Thyme** – Suspect: Alexia Christian – DOI: May 4, 2015 - Incident/CICA Number: 15-120-2282;

h.) Incident involving **Officers Adonnis Gibson, Melvin Harris** – Suspect: John Hunter – DOI: July 7, 2015 - Incident/CICA Number: 15-182-1587;

i.) Incident involving **Officers Mauricio Castro, Carl Harp, Garrett Rolfe** – Suspect: Jackie Harris – DOI: August 25, 2015 - Incident/CICA Number: 15-233-0617;

j.) Incident involving **Officer Tom McCabe** – Suspect: Darius Smith – DOI: December 02, 2015 - Incident/CICA Number: 15-334-2729;

k.) Incident involving **Officers Kenneth Wilson, Ronald Whaley, Anthony Dawson** – Suspect: Mario Keens – DOI: December 14, 2015 - Incident/CICA Number: 15-336-0519;

l.) Incident involving **Officer Alan Gruen** – Suspect: Alex Blue – DOI: November 21, 2014 - Incident/CICA Number: 14-315-2407;

m.) Incident involving **Officer Carlos McNair** – Suspect: Dearevias Barrett – DOI: May 12, 2014 - Incident/CICA Number: 14-123-2366 ** 14-123-2633;

n.) Incident involving **Officer Bobby Shepherd** – Suspect: Joseph McHenry – DOI: May 9, 2013 -Incident/CICA Number: 13-062-8011;

o.) Incident involving **Officer El-Malik Robeson-El** – Suspect: Adrian Bean – DOI: May 15, 2013 - Incident/CICA Number: 13-254-1308;

p.) Incident involving **Officer K. Khoury** – Suspect Jeremy Mathis – DOI: October 14, 2013 - Incident/CICA Number: 13-287-2514; and

q.) Incident involving **Officers A. Warren, B. Walls, and E. King** - Suspect: Christopher Calhoun DOI: June 29, 2012 - Incident/CICA Number 12-179-2486.