## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **NOEL HALL** and **CHRISTINA HALL** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | **CIVIL ACTION** |
| **v.** | ) ) | **FILE NO: 1:18-cv-04710-ELR** |
| **CITY OF ATLANTA,** a municipal corporation of the State of Georgia; **GEORGE N. TURNER,** in his individual capacity as former Chief of Police of the City of Atlanta Police Department and **MATHIEU CADEAU,** in his individual capacity as a former Police Officer of the City of Atlanta Police Department | ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants**. | ) | |

## PROOF OF SERVICE OF SUBPOENA

**COMES NOW,** Plaintiffs NOAH HALL and CHRISTINA HALL, and hereby files the Proof of Service attached herewith, signed by Juan R. Woodfork who personally served SAC Brad Parks with Georgia Bureau of Investigation on February 6, 2020, with a Subpoena to Produce Documents.  See Proof of Service attached as Exhibit 1.

Respectfully submitted this 11th day of February, 2020.

**THE COCHRAN FIRM – ATLANTA**

*/s/ Samuel L. Starks*
Shean D. Williams
Georgia Bar No. 764139
Samuel L. Starks
Georgia Bar No. 676515
Mecca S. Anderson
Georgia Bar No. 624622
***Attorneys for the Plaintiffs***

100 Peachtree Street, NW
Suite 2600
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Fax: (404) 222-0170
swilliams@cochranfirmatl.com
sstarks@cochranfirmatl.com
manderson@cochranfirmatl.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **NOEL HALL** and **CHRISTINA HALL** | ) | |
| | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiffs,** | ) | |
| | ) | **FILE NO: 1:18-cv-04710-ELR** |
| **v.** | ) | |
| | ) | |
| **CITY OF ATLANTA,** | ) | |
| **a municipal corporation of the State** | ) | |
| **of Georgia; GEORGE N. TURNER,** | ) | |
| **in his individual capacity as former** | ) | |
| **Chief of Police of the City of Atlanta** | ) | |
| **Police Department and MATHIEU** | ) | |
| **CADEAU, in his individual capacity** | ) | |
| **as a former Police Officer of the City** | ) | |
| **of Atlanta Police Department** | ) | |
| | ) | |
| **Defendants**. | | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Proof of Service of Subpoena to Georgia Bureau of Investigation** by electronic filing service and deposition same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Thomas G. Sampson, II. Esq.
Shermela J. Williams, Esq.
Marriah N. Paige, Esq.
Derron B. Bowles, Esq.
Thomas Kennedy Sampson & Tompkins, LLP
3355 Main Street
Atlanta, Georgia 30337

Matheiu Cadeau
4574 Carriage Park, Dr
Lithonia, Georgia 30038

This 11th day of February, 2020.

THE COCHRAN FIRM – ATLANTA

_/s/ Samuel L. Starks_
Shean D. Williams
Georgia Bar No. 764139
Samuel L. Starks
Georgia Bar No. 676515
Mecca S. Anderson
Georgia Bar No. 624622
_Attorneys for the Plaintiffs_

100 Peachtree Street, NW, Suite 2600
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Fax: (404) 222-0170
swilliams@cochranfirmatl.com
sstarks@cochranfirmatl.com
manderson@cochranfirmatl.com