IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NOEL HALL** and **CHRISTINA HALL** | )<br>)<br>) **CIVIL ACTION**<br>)<br>) **FILE NO: 1:18-cv-04710-ELR**<br>) |
| **Plaintiffs,** | |
| v. | |
| **CITY OF ATLANTA,** a municipal corporation of the State of Georgia; **GEORGE N. TURNER,** in his individual capacity as former Chief of Police of the City of Atlanta Police Department and **MATHIEU CADEAU,** in his individual capacity as a former Police Officer of the City of Atlanta Police Department | |
| **Defendants**. | |

## RENEWED MOTION FOR DEFAULT JUDGMENT

Plaintiffs NOAH HALL and CHRISTINA HALL and hereby moves this court, pursuant to FRCP 55, for a judgment by default in this action against Defendant MATHIEU CADEAU, and show this Court as follows:

1.

The complaint in the above case was filed in this Court on October 10, 2018, and the original summons and complaint were duly served [Doc. No. 8] on Defendant MATHIEU CADEAU on October 24, 2018.

2.

Plaintiffs' filed a *Motion for Default Judgment* [Doc. No. 53] on December 4, 2019, due to the failure of Defendant MATHIEU CADEAU to file any answer or response to Plaintiffs' original complaint. However, in an *Order* issued by this Court on December 23, 2019, [Doc. No. 58], the Court instructed Plaintiffs to petition the Clerk for entry of a default consistent with FRCP 55(a).

3.

On February 19, 2020, Plaintiffs' served Defendant MATHIEU CADEAU with Plaintiffs' *First Amended Complaint* [Doc. No. 35] that was filed in this matter on July 9, 2019. Documentation of this service was set forth and filed with this Court in a *Notice of Filing Proof of Service* [Doc. No. 85], dated February 20, 2020.

4.

On June 17, 2020, pursuant to FRCP 55(b)(1), Plaintiffs requested that the Clerk enter default against Defendant MATHIEU CADEAU, which was entered by the Clerk on June 18, 2020. [Doc. No. 108].

5.

Pursuant to FRCP(b)(2), Plaintiffs hereby moves this Court for a default judgement against Defendant MATHIEU CADEAU, and request that the Court set a hearing to determine the amount of damages.

**WHEREFORE**, Plaintiffs move this court to enter default against Defendant MATHIEU CADEAU pursuant to FRCP 55.

Respectfully submitted this 3rd day of August, 2020.

                                                                     **THE COCHRAN FIRM – ATLANTA**

                                                          */s/ Samuel L. Starks*
                                                          Shean D. Williams
                                                          Georgia Bar No. 764139
                                                          Samuel L. Starks
                                                          Georgia Bar No. 676515
                                                          Mecca S. Anderson
                                                          Georgia Bar No. 624622
                                                          ***Attorneys for the Plaintiffs***

100 Peachtree Street, NW
Suite 2600
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Fax: (404) 222-0170
swilliams@cochranfirmatl.com
sstarks@cochranfirmatl.com
manderson@cochranfirmatl.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Noel Hall and Christina Hall** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **City of Atlanta, a municipal corporation of the State of Georgia; GEORGE N. TURNER, in his individual capacity as former Chief of Police of the City of Atlanta Police Department and MATHIEU CADEAU, in his individual capacity as former Police Officer of the City of Atlanta Police Department,** | ) CIVIL ACTION<br>)<br>) FILE NO.: 1:18-cv-4710-ELR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby Certify that on August 3rd, 2020, I electronically filed the foregoing **RENEWED MOTION FOR DEFAULT JUDGMENT** with the clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Thomas G. Sampson, II. Esq.
Marriah N. Paige, Esq.
Thomas Kennedy Sampson & Tompkins, LLP
3355 Main Street
Atlanta, Georgia 30337

4

Matheiu Cadeau
4574 Carriage Park, Dr
Lithonia, Georgia 30038

Respectfully submitted this 3rd day of August, 2020.

<u>/s/Samuel L. Starks</u>
Shean D. Williams, Esq.
Georgia State Bar No.: 764139
Samuel L. Starks, Esq.
Georgia State Bar No.: 676515
Mecca S. Anderson, Esq.
Georgia State Bar No. 624622
***Attorneys for Plaintiffs***

THE COCHRAN FIRM ATLANTA
100 Peachtree Street, Suite 2600
Atlanta, Georgia 30303
T: 404-222-9922
F: 404-222-0170
swilliams@cochranfirmatl.com
sstarks@cochranfirmatl.com
manderson@cochranfirmatl.com