FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 18 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

<u>Hall et al</u>

Plantiff,

    V.      Case Number: 1:18CV4710

<u>City of Atlanta et al</u>

Defendant

Motion to Appoint Counsel

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

I, Mathieu Cadeau, Defendant, am filing this Motion to Appoint Counsel, *Pro Bono* for   Civil Action Case – 1:18CV4710 Case Name Hall et al V. City of Atlanta et al.

This Civil Action involves Former Atlanta Police Officer of 10 years Mathieu Cadeau, Defendant, who is involved in an Officer Involved Shooting where Noel Hall, Plaintiff, is the victim. Fulton County Superior Court Case 18SC162474-STATE v. Mathieu Cadeau………. In lieu of this Fulton County Superior Court Case, Noel Hall and Christina Hall have filed Civil Action Case – 1:18CV4710.

From the Officer Involved Shooting incident the City of Atlanta Police Department decided to separate my employment in May 2017.  Contributions towards Retirement and Saving Plans were returned to me. I was unable to secure steady gainful employment due to the pending charges held by the Fulton County District Office.  My Savings were exhausted in meeting financial obligations.  It was necessary to sell my home and to return my vehicle to the bank to further meet my financial needs and to secure a defense attorney for criminal court. As of April 2018, I currently live with family at
2000 Toweling Court, Locust Grove, GA 30248

When I was notified of the initial Civil Action, I had submitted a motion to appoint counsel, *Pro Bono* along with an affidavit of indigency.  I was recently made aware that my initial request for *Pro Bono* counsel was denied moot because the court ordered the plaintiff to amend their complaint to cure deficiency.  I respectfully request that an attorney for *Pro Bono* counsel for Civil Cases be selected for my behalf.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Under O.C.G.A. 15-11-16 (a) "Indigent person" defined. An indigent person is one who at the time of requesting counsel is unable without undue financial hardship to provide for full payment of legal counsel and all other necessary expenses for representation.

(b) Right to legal representation. Except as otherwise provided under this article, a party is entitled to representation by legal counsel at all stages of any proceedings alleging delinquency, unruliness, incorrigibility, or deprivation and if, as an indigent person, a party is unable to employ counsel, he or she is entitled to have the court provide counsel for him or her. If a party appears without counsel, the court shall ascertain whether such party knows of his or her right to counsel and to be provided with counsel by the court if he or she is an indigent person. The court may continue the proceeding to enable a party to obtain counsel and shall provide counsel for an unrepresented indigent person upon the request of such a person. Counsel must be provided for a child not represented by the child's parent, guardian, or custodian. If the interests of two or more parties' conflict, separate counsel shall be provided for each of them.

An *IN FORMA PAUPERIS* and *AFFIDAVIT OF INDIGENCY* has been filed subsequent to this motion.

_[signature] @ 8/18/20_

MATHIEU CADEAU
DEFENDANT