UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 24 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

<u>Hall et al</u>

Plaintiff,

        V.        Case Number:  1:18CV4710

<u>City of Atlanta et al</u>

Defendant

# **<u>DEFENDANT CADEAU'S RESPONSE TO RENEWED MOTION FOR DEFAULT JUDGEMENT</u>**

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## I. INTRODUCTION

The Court should set aside entry of default against Defendant pursuant to Fed. R. Civ. P. 55(c) because there is good cause for Defendant's delay in appearing in this action. Defendant *(name)*: Mathieu Cadeau appears *pro se* on behalf of *(check one)*:

- ✓ Defendant only.

    Defendant individually and doing business as Defendant's unincorporated sole proprietorship, *(name of business)*:

    _____

    _____

## II. STATEMENT OF FACTS AND PROCEDURAL HISTORY

Defendant took the following actions in response to the lawsuit:

1. Sought assistance from the International Brotherhood of Police and was advised that civil litigation representation could not be provided.

2. Submitted a motion to appoint counsel, **Pro Bono** along with an affidavit of indigency.

3. Resubmitted a second motion to appoint **Pro Bono** counsel.

4. Continues to seek counsel for this suit for proper representation with difficulty.

2

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Defendant did not file a response to the lawsuit with the Court on time for the following reasons:

1. ***Did not*** receive any response to the Motion to Appoint Counsel.

2. ***Awaiting*** response from the Court to Appoint Counsel.

3. ***Did not*** receive notice of filings or copies of the court for judgment and/or the request for default judgement.

4. ***Did*** give forwarding address of; 2000 Towaliga Court, Locust Grove, GA 30248; to Postal Service on the month of April in the year of 2019

5. ***Was not*** made aware that my initial request for ***Pro Bono*** counsel was denied moot because the court ordered the plaintiff to amend their complaint to cure deficiency.

### III. CONCLUSION

Based on the above reasons, this Court should grant Defendant's motion.

DATED: 9/24/20

By: _____ 9/24/20

Mathieu Cadeau

Defendant in Pro Se

3