UNITED STATES DISTRICT COURT



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 24 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

for the

Northern District of Georgia

Atlanta Division

Hall et al

Plaintiff,

                    V.                    Case Number:  1:18CV4710


City of Atlanta et al

Defendant


# DEFENDANTS CADEAU'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

# <u>JURISDICTION AND VENUE</u>

## 1.

I do not know.

## 2.

I do not know.

# <u>IDENTIFICATION OF PARTIES</u>

## 3.

I am Without Knowledge or Information Sufficient to form a belief.

## 4.

I do not know.

## 5.

I do not know.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

6.

I do not know.

7.

I Admit.

8.

I Deny.

9.

I Deny.

10.

I Deny.

11.

I Deny.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

# **FACTUAL ALLEGATIONS**

## 12.

I Admit.

## 13.

I am Without Knowledge or Information Sufficient to form a belief.

## 14.

I Admit.

## 15.

I Admit.

## 16.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 17.

I am Without Knowledge or Information Sufficient to form a belief.

## 18.

I Deny.

## 19.

I Deny.

## 20.

I Deny.

## 21.

I Deny.

## 22.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

23.

I am Without Knowledge or Information Sufficient to form a
belief.

24.

I Deny.

25.

I Admit.

26.

I Admit.

27.

I Admit the assertion of fear.  I am Without Knowledge or
Information Sufficient to form a belief of the other two officers.

28.

I Deny.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 29.

I Admit.

## **COUNT ONE**

## 30.

I Admit.

## 31.

I Deny.

## 32.

I am Without Knowledge or Information Sufficient to form a belief.

## 33.

I Admit to firing my weapon.

## 34.

I Deny.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

35.

I Deny.

36.

I am Without Knowledge or Information Sufficient to form a belief.

37.

I Deny.

38.

I Deny.

39.

I Deny.

40.

I Deny.

41.

I Deny.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

42.

I Deny.

43.

I Deny.

44.

I Deny.

45.

I am Without Knowledge or Information Sufficient to form a
belief.

46.

I Deny.

47.

I Deny. I am Without Knowledge or Information Sufficient to
form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

48.

I Deny.

49.

I Deny.

## **<u>COUNT TWO</u>**

50.

I Admit

51.

I Admit

52.

I am Without Knowledge or Information Sufficient to form a belief.

53.

I Admit.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

54.

I am Without Knowledge or Information Sufficient to form a
belief.

55.

I am Without Knowledge or Information Sufficient to form a
belief.

56.

I Deny.

57.

I Deny.

58.

I Deny.

59.

I Deny.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

## 60.

I Deny.

## 61.

I am Without Knowledge or Information Sufficient to form a belief.

## 62.

I Deny

## 63.

I Admit.

## 64.

I Admit.

## 65.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

66.

I am Without Knowledge or Information Sufficient to form a
belief.

67.

I am Without Knowledge or Information Sufficient to form a
belief.

68.

I am Without Knowledge or Information Sufficient to form a
belief.

69.

I am Without Knowledge or Information Sufficient to form a
belief.

70.

I am Without Knowledge or Information Sufficient to form a
belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

71.

I am Without Knowledge or Information Sufficient to form a
belief.

72.

I am Without Knowledge or Information Sufficient to form a
belief.

73.

I am Without Knowledge or Information Sufficient to form a
belief.

74.

I am Without Knowledge or Information Sufficient to form a
belief.

75.

I am Without Knowledge or Information Sufficient to form a
belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

76.

I am Without Knowledge or Information Sufficient to form a
belief.

77.

I am Without Knowledge or Information Sufficient to form a
belief.

78.

I am Without Knowledge or Information Sufficient to form a
belief.

79.

I am Without Knowledge or Information Sufficient to form a
belief.

80.

I am Without Knowledge or Information Sufficient to form a
belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

81.

I am Without Knowledge or Information Sufficient to form a
belief.


82.

I am Without Knowledge or Information Sufficient to form a
belief.


83.

I am Without Knowledge or Information Sufficient to form a
belief.


84.

I am Without Knowledge or Information Sufficient to form a
belief.


85.

I am Without Knowledge or Information Sufficient to form a
belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

86.

I am Without Knowledge or Information Sufficient to form a
belief.

87.

I am Without Knowledge or Information Sufficient to form a
belief.

88.

I am Without Knowledge or Information Sufficient to form a
belief.

89.

I am Without Knowledge or Information Sufficient to form a
belief.

90.

I am Without Knowledge or Information Sufficient to form a
belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

### 91.

I am Without Knowledge or Information Sufficient to form a belief.

### 92.

I am Without Knowledge or Information Sufficient to form a belief.

### 93.

I am Without Knowledge or Information Sufficient to form a belief.

### 94.

I am Without Knowledge or Information Sufficient to form a belief.

### 95.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

96.

I am Without Knowledge or Information Sufficient to form a belief.

97.

I am Without Knowledge or Information Sufficient to form a belief.

98.

I am Without Knowledge or Information Sufficient to form a belief.

99.

I am Without Knowledge or Information Sufficient to form a belief.

100.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

## 101.

I am Without Knowledge or Information Sufficient to form a belief.

## 102.

I am Without Knowledge or Information Sufficient to form a belief.

## 103.

I am Without Knowledge or Information Sufficient to form a belief.

## 104.

I am Without Knowledge or Information Sufficient to form a belief.

## 105.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

## 106.

I am Without Knowledge or Information Sufficient to form a belief.

## 107.

I am Without Knowledge or Information Sufficient to form a belief.

## 108.

I am Without Knowledge or Information Sufficient to form a belief.

## 109.

Not Entered.

## 110.

Not Entered.

## 111.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

## 112.

I am Without Knowledge or Information Sufficient to form a belief.

## 113.

I am Without Knowledge or Information Sufficient to form a belief.

## **<u>COUNT THREE</u>**

## 114.

I Admit.

## 115.

I Deny.

## 116.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

117.

I am Without Knowledge or Information Sufficient to form a belief.


118.

I am Without Knowledge or Information Sufficient to form a belief.


119.

I am Without Knowledge or Information Sufficient to form a belief.


120.

I am Without Knowledge or Information Sufficient to form a belief.


121.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 122.

I am Without Knowledge or Information Sufficient to form a belief.

## 123.

I Deny.

## 124.

I Deny.

## **COUNT FOUR**

## 125.

I am Without Knowledge or Information Sufficient to form a belief.

DATED: ___9/24/20___          By: _____ @ 9/24/20

Mathieu Cadeau

Defendant in Pro Se