UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB - 9 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Hall et al

Plaintiff,

        V.                      Case Number:  1:18CV4710

City of Atlanta et al

Defendant

# THIRD APPEAL MOTION FOR RECONSIDERATION TO APPOINT COUNSEL

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
<u>ATLANTA DIVISION</u>

Defendant Mathieu Cadeau is filing this Third Appeal Motion of Reconsideration to Appoint Counsel, ***Pro Bono*** for:

Civil Action Case – 1:18CV4710

Case Name Hall et al V. City of Atlanta et al.

## I. Background

Defendant Cadeau has filed two motions for appointment of counsel, *Pro Bono,* by the courts under the merit of IN FORMA PAUPERIS INDIGENCY. The Court denied this claim citing that Defendant Cadeau **Does Not** meet the requirement of indigent of a single person.

Defendant Cadeau then filed a Motion of reconsideration to appoint counsel presenting the Five-factor *Maclin* Test. The Court does find an exceptional circumstance in this case given the prohibition from having any contact with the plaintiffs. However, it is not clear to the Court that Cadeau indigent and cannot find that Cadeau is indigent for the purpose of appointing counsel.

The Court mentions that Defendant Cadeau has made no showing attempting to obtain counsel other than through the Brotherhood of Police and of this Court. The Court recognizes that there is a limited pool of volunteer attorneys who would agree to a provide services *Pro Bono*.

2

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## II. LISTINGS

Defendant Cadeau will provide a list of Attorneys solicited for representation in this case *Pro Bono*. Following this listing will be email attachments showing timeline and response from the solicited attorney and/or firm.

The list is as follows;

City of Atlanta Legal Department            404-330-6402
Cadeau terminated with cause. No representation will be provided.

International Brotherhood of Police Organization    404-521-9043
Advised that no services are provided in Civil Court. No referrals received upon request.

Attorney Ramona Jones (IBPO)                678- 234- 5217
Called 8/10/2020   Does not provide service for Civil Litigation

Attorney Lance LaRusso                       770- 644- 2378
Called August and September 2020.  No call backs after several attempts.

 Police Benevolent Association               800- 233- 3506
Cadeau not a member of the PBA, no assistance will be provided.

Attorney Amy Maxwell                         404-621-0066
Received no callback after several attempts

Attorney Brian Steel                         404-605-0023
Office does not service Civil Litigation

3

Attorney L David Wolfe PC                      404-352-5000
Received no callback after several attempts

Georgia Legal Aid Services                      404- 894- 7707
Does not provide services for Civil 1983 Tort claim

Georgia Legal Service Program                 833- 457- 7529
Cadeau does not meet the age requirement of 60 for assistance

Hornsby Law Group                               404-577-1505
Firm does not handle defense of individuals or companies
Email provided

Christopher Jones PC                            404-434-0156
Received no callback after several attempts

Atlanta Bar Association                           404-521-0781
Referred The Law Office of Trey Office          678-973-1274
Received and estimated quote of $5000 to start retainer for Deposition.
Payment plan Offer of $2500, $500, $1000 (2).
Attorney Ross could not accept offer of $500, $1000(2), $2500.
Attorney Ross require a payment of $2500 initial to retain.

Moore Ingram Johnson & Steele, LLP          770-429-1499
Unable to assist me in this matter.

The Lance LaRusso Law Firm                   770-644-2378
 Unable to provide *Pro Bono* services

Attorney Sandra Michaels                        404-312-5781
Gave referral of Joseph King Jr.                      404-892-4444

Attorney Joseph H King Jr                         404-892-4444
Gave estimated quote $20,000 requiring $2000 deposit. Rejected offer of two payments of $1000.

Police Benevolent Association                                                  800- 233-3506
Not a member

### III. FINANCIAL STATUS

December 2020, Cadeau received a letter of garnishment of wages (20%) from the Law Office of Adam L. Cleveland, PC.   This garnishment comes post the *voluntary repossession* of Cadeau's vehicle financed by Georgia United Credit Union. Attached is a copy of the initial garnishment.

DATED: 2/9/21                                        By: /s/ Mathieu Cadeau 2/9/21

                                                                                  Mathieu Cadeau

                                                                                  Defendant in Pro Se

Filed in Office on 11/20/2020 4:00 PM for 20-GC-02389
Gwinnett State Court, Richard T. Alexander, Jr, Clerk of Court

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

**Plaintiff:**
Georgia United Credit Union as successor in interest to Carma Automotive Group

**Plaintiff's contact information:**
Adam L. Cleveland
P.O. Box 767176
Roswell, GA 30076
adam@atclevelaw.com
404-736-6803
GSBN: 101067

v.

**Defendant:**
Mathieu Cadeau
4574 Carriage Park Drive
Lithonia, GA 30038

**Garnishee:**
Lazer Spot, Inc.
Attn: Corporation Service Company
40 Technology Parkway South, Suite 300
Norcross, GA 30092

**Civil Action File No.**

**20-GC-02389**

**Garnishment Court Information:**

75 Langley Drive
Lawrenceville, GA 30046
770-822-8100

## SUMMONS OF CONTINUING GARNISHMENT

**TO THE ABOVE-NAMED GARNISHEE(S):**
Total amount claimed due by the Plaintiff     $15,649.87
Plus court costs due on this summons          $211.00
    Total garnishment claim                   $15,860.87

**COURT OF JUDGMENT** State Court of DEKALB County.
**JUDGMENT CASE NO.:** 19-A-74901

**YOU ARE HEREBY COMMANDED** to immediately hold all money, including wages, and other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant named above beginning on the day of service of this summons and including the next 179 days. You are **FURTHER COMMANDED** to file your answer, in writing, not later than 45 days from the date you were served with this summons, with the Clerk of this Court and serve a copy of your answer upon the Plaintiff or Plaintiff's Attorney named above and the Defendant named above, or the Defendant's Attorney, if known, at the time of making such answer. Your answer shall state what money, including wages, or other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant you hold or owe beginning on the day of service of this summons and between the time of such service and the time of making your first answer. Thereafter, you are required to file further answers no later than 45 days after your last answer. Every further answer shall state what money, including wages, and other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant you hold or owe at and from the time of the last answer to the time of the



Mathieu Cadeau <mcadeau815@gmail.com>

## Introduction

**Christian Laycock** <chlaycock@mijs.com>     Tue, Jan 5, 2021 at 2:44 PM
To: Mathieu Cadeau <mcadeau815@gmail.com>
Cc: Taiylor Rinehart <tarinehart@mijs.com>

Mr. Cadeau,

I have spoken to the partnership and, unfortunately I am not able to represent you in this matter.

I have spoke to Lance LaRusso at the LoRusso Law Firm. He handles a large number of criminal and civil cases for public safety. While he cannot represent you Pro Bono, he informed me that his firm could give you some advice regarding your upcoming deposition. The contact number for the firm is 770-644-2378. You should ask to speak with Shawn at the office.

Sincerely,

**Christian Laycock**
Partner
Moore Ingram Johnson & Steele, LLP

| Main: | 770-429-1499 |
| Fax: | 770-429-8631 |

chlaycock@mijs.com
Attorney Biography



Emerson Overlook
326 Roswell Street, Suite 100
Marietta, GA 30060

MIJS Profile     Practice Areas     Events     Locations

**From:** Mathieu Cadeau <mcadeau815@gmail.com>
**Sent:** Friday, December 25, 2020 5:17 PM
**To:** Christian Laycock <chlaycock@mijs.com>
**Subject:** Re: Introduction

Happy Holidays

Apologies for the inconvenience of not getting through. As per you, I will call at the designated time on your direct line.



Mathieu Cadeau <mcadeau815@gmail.com>

## Thank you, Mathieu! [ ref:_00D46oe2S._5004A1zXgmb:ref ]
2 messages

**CaseManager** <cm@hornsbylaw.com>  Thu, Sep 24, 2020 at 9:48 AM
To: "Mcadeau815@gmail.com" <mcadeau815@gmail.com>

Thank you for contacting us. Unfortunately, we are unable to accept your case and we do not have a referral. We do not handle matters involving the defense of individuals or companies.

You may want to look at the website www.lawyers.com for a lawyer and www.findlaw.com for general legal information. We wish you great luck in your efforts to find representation.

With Best Regards,

Case Manager
Hornsby Law Group

Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

ref:_00D46oe2S._5004A1zXgmb:ref

---

**mcadeau815@gmail.com** <mcadeau815@gmail.com>  Thu, Sep 24, 2020 at 11:05 AM
To: CaseManager <cm@hornsbylaw.com>

Thank you for your efforts

*Sent from my T-Mobile 4G LTE device*