





DEFENDANT'S
EXHIBIT
C
Cadeau
1/25/21

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Noel Hall and Christina Hall | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| City of Atlanta, a municipal corporation | ) | **CIVIL ACTION** |
| of the State of Georgia; GEORGE N. | ) | |
| TURNER, in his individual capacity as | ) | **FILE NO.: 1:18-cv-4710-CAP** |
| former Chief of Police of the City of | ) | |
| Atlanta Police Department and | ) | |
| MATHIEU CADEAU, in his individual | ) | |
| capacity as former Police Officer of the | ) | |
| City of Atlanta Police Department, | ) | |
| | ) | |
| **Defendants.** | ) | |

### SIXTH AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION OF MATHIEU CADEAU

**TO:**   Mathieu Cadeau
c/o Marriah N. Paige, Esq.
Thomas Kennedy Sampson & Tompkins, LLP
3355 Main Street
Atlanta, Georgia 30337

YOU ARE HEREBY NOTIFIED that Plaintiffs NOAH HALL and

CHRISTINA HALL, by and through their undersigned counsel, gives notice that,

pursuant to Federal Rule of Civil Procedure 30, will take the videotaped deposition

of Mathieu Cadeau, on **Monday, January 25, 2021, beginning at 1:00 p.m.**


PLAINTIFF'S EXHIBIT
1
Cadeau
1/25/21

The deposition will be taken at **Marriott Atlanta Northeast/Emory Area, 2000 Century Boulevard, NE, Dunwoody Conference Room, Atlanta, GA 30344**.

The deposition will be taken for discovery and for all other purposed allowed by the Federal Rules of Civil procedure. The deposition will be taken by oral examination before an officer duly authorized by law to take depositions. The deposition will continue from day-to-day until completed.

Respectfully submitted, this 12th day of January, 2020.

**THE COCHRAN FIRM – ATLANTA**

*/s/ Samuel L. Starks*
Shean D. Williams, Esq.
Georgia State Bar No. 764139
Samuel L. Starks, Esq.
Georgia State Bar No.: 676515
Mecca S. Anderson, Esq.
Georgia State Bar No.: 624622
**Attorneys for Plaintiffs**

100 Peachtree Street, Suite 2600
Atlanta, Georgia 30303
Telephone: 404-222-9922
Fax: 404-222-0170
Email: swilliams@cochranfirmatl.com
        sstarks@cochranfirmatl.com
        manderson@cochranfirmatl.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Noel Hall and Christina Hall | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| City of Atlanta, a municipal corporation | ) | **CIVIL ACTION** |
| of the State of Georgia; GEORGE N. | ) | |
| TURNER, in his individual capacity as | ) | **FILE NO.: 1:18-cv-4710-CAP** |
| former Chief of Police of the City of | ) | |
| Atlanta Police Department and | ) | |
| MATHIEU CADEAU, in his individual | ) | |
| capacity as former Police Officer of the | ) | |
| City of Atlanta Police Department, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby Certify that I have this day served all counsel of record in the foregoing matter with a copy of *Sixth Amended Notice to Take Videotaped Deposition of Mathieu Cadeau* via Odyssey eFileGA which will send email notifications to the following:

Thomas G. Sampson, II. Esq.
Marriah N. Paige, Esq.
Tiffany Carter Sellers, Esq.
Thomas Kennedy Sampson & Tompkins, LLP
3355 Main Street
Atlanta, Georgia 30337

Mathieu Cadeau
2000 Towaliga Court
Locust Grove, Georgia 30248

Respectfully submitted this 12th day January, 2020.

**THE COCHRAN FIRM – ATLANTA**

/s/Samuel L. Starks
Shean D. Williams, Esq.
Georgia State Bar No.: 764139
Samuel L. Starks, Esq.
Georgia State Bar No.: 676515
Mecca S. Anderson, Esq.
Georgia State Bar No. 624622
***Attorneys for Plaintiffs***

100 Peachtree Street, Suite 2600
Atlanta, Georgia 30303
T: 404-222-9922
F: 404-222-0170
swilliams@cochranfirmatl.com
sstarks@cochranfirmatl.com
manderson@cochranfirmatl.com

-4-

UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 24 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Hall et al

Plaintiff,

V.                           Case Number: 1:18CV4710

City of Atlanta et al

Defendant

# DEFENDANTS CADEAU'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES



PLAINTIFF'S
EXHIBIT

2

Cadeau

PENGAD 800-631-6989
1/25/21

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

# JURISDICTION AND VENUE

### 1.

I do not know.

### 2.

I do not know.

# IDENTIFICATION OF PARTIES

### 3.

I am Without Knowledge or Information Sufficient to form a belief.

### 4.

I do not know.

### 5.

I do not know.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 6.

I do not know.

## 7.

I Admit.

## 8.

I Deny.

## 9.

I Deny.

## 10.

I Deny.

## 11.

I Deny.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

# FACTUAL ALLEGATIONS

## 12.

I Admit.

## 13.

I am Without Knowledge or Information Sufficient to form a
belief.

## 14.

I Admit.

## 15.

I Admit.

## 16.

I am Without Knowledge or Information Sufficient to form a
belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 17.

I am Without Knowledge or Information Sufficient to form a belief.

## 18.

I Deny.

## 19.

I Deny.

## 20.

I Deny.

## 21.

I Deny.

## 22.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 23.

I am Without Knowledge or Information Sufficient to form a belief.

## 24.

I Deny.

## 25.

I Admit.

## 26.

I Admit.

## 27.

I Admit the assertion of fear.  I am Without Knowledge or Information Sufficient to form a belief of the other two officers.

## 28.

I Deny.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 29.

I Admit.

## COUNT ONE

## 30.

I Admit.

## 31.

I Deny.

## 32.

I am Without Knowledge or Information Sufficient to form a belief.

## 33.

I Admit to firing my weapon.

## 34.

I Deny.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 35.

I Deny.

## 36.

I am Without Knowledge or Information Sufficient to form a belief.

## 37.

I Deny.

## 38.

I Deny.

## 39.

I Deny.

## 40.

I Deny.

## 41.

I Deny.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 42.

I Deny.

## 43.

I Deny.

## 44.

I Deny.

## 45.

I am Without Knowledge or Information Sufficient to form a belief.

## 46.

I Deny.

## 47.

I Deny. I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 48.

I Deny.

## 49.

I Deny.

## **COUNT TWO**

## 50.

I Admit

## 51.

I Admit

## 52.

I am Without Knowledge or Information Sufficient to form a belief.

## 53.

I Admit.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 54.

I am Without Knowledge or Information Sufficient to form a belief.

## 55.

I am Without Knowledge or Information Sufficient to form a belief.

## 56.

I Deny.

## 57.

I Deny.

## 58.

I Deny.

## 59.

I Deny.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 60.

I Deny.

## 61.

I am Without Knowledge or Information Sufficient to form a
belief.

## 62.

I Deny

## 63.

I Admit.

## 64.

I Admit.

## 65.

I am Without Knowledge or Information Sufficient to form a
belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 66.

I am Without Knowledge or Information Sufficient to form a belief.

## 67.

I am Without Knowledge or Information Sufficient to form a belief.

## 68.

I am Without Knowledge or Information Sufficient to form a belief.

## 69.

I am Without Knowledge or Information Sufficient to form a belief.

## 70.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 71.

I am Without Knowledge or Information Sufficient to form a
belief.

## 72.

I am Without Knowledge or Information Sufficient to form a
belief.

## 73.

I am Without Knowledge or Information Sufficient to form a
belief.

## 74.

I am Without Knowledge or Information Sufficient to form a
belief.

## 75.

I am Without Knowledge or Information Sufficient to form a
belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 76.

I am Without Knowledge or Information Sufficient to form a
belief.

## 77.

I am Without Knowledge or Information Sufficient to form a
belief.

## 78.

I am Without Knowledge or Information Sufficient to form a
belief.

## 79.

I am Without Knowledge or Information Sufficient to form a
belief.

## 80.

I am Without Knowledge or Information Sufficient to form a
belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 81.

I am Without Knowledge or Information Sufficient to form a belief.

## 82.

I am Without Knowledge or Information Sufficient to form a belief.

## 83.

I am Without Knowledge or Information Sufficient to form a belief.

## 84.

I am Without Knowledge or Information Sufficient to form a belief.

## 85.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 86.

I am Without Knowledge or Information Sufficient to form a belief.

## 87.

I am Without Knowledge or Information Sufficient to form a belief.

## 88.

I am Without Knowledge or Information Sufficient to form a belief.

## 89.

I am Without Knowledge or Information Sufficient to form a belief.

## 90.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 91.

I am Without Knowledge or Information Sufficient to form a
belief.

## 92.

I am Without Knowledge or Information Sufficient to form a
belief.

## 93.

I am Without Knowledge or Information Sufficient to form a
belief.

## 94.

I am Without Knowledge or Information Sufficient to form a
belief.

## 95.

I am Without Knowledge or Information Sufficient to form a
belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 96.

I am Without Knowledge or Information Sufficient to form a belief.

## 97.

I am Without Knowledge or Information Sufficient to form a belief.

## 98.

I am Without Knowledge or Information Sufficient to form a belief.

## 99.

I am Without Knowledge or Information Sufficient to form a belief.

## 100.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 101.

I am Without Knowledge or Information Sufficient to form a belief.

## 102.

I am Without Knowledge or Information Sufficient to form a belief.

## 103.

I am Without Knowledge or Information Sufficient to form a belief.

## 104.

I am Without Knowledge or Information Sufficient to form a belief.

## 105.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 106.

I am Without Knowledge or Information Sufficient to form a belief.

## 107.

I am Without Knowledge or Information Sufficient to form a belief.

## 108.

I am Without Knowledge or Information Sufficient to form a belief.

## 109.

Not Entered.

## 110.

Not Entered.

## 111.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 112.

I am Without Knowledge or Information Sufficient to form a belief.

## 113.

I am Without Knowledge or Information Sufficient to form a belief.

## COUNT THREE

## 114.

I Admit.

## 115.

I Deny.

## 116.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 117.

I am Without Knowledge or Information Sufficient to form a belief.

## 118.

I am Without Knowledge or Information Sufficient to form a belief.

## 119.

I am Without Knowledge or Information Sufficient to form a belief.

## 120.

I am Without Knowledge or Information Sufficient to form a belief.

## 121.

I am Without Knowledge or Information Sufficient to form a belief.

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## 122.

I am Without Knowledge or Information Sufficient to form a belief.

## 123.

I Deny.

## 124.

I Deny.

## **COUNT FOUR**

## 125.

I am Without Knowledge or Information Sufficient to form a belief.

DATED: 9/24/20

By: Mathieu Cadeau @ 9/24/20

Mathieu Cadeau

Defendant in Pro Se

COA002026

# *GEORGIA*
# *PEACE OFFICER STANDARDS*
# *AND*
# *TRAINING COUNCIL*



# *APPLICATION FOR CERTIFICATION*

*This application complies with the requirements of O.C.G.A. § 35-8-7.1, 35-8-8, and 35-8-10.  Failure to complete all portions of the application will result in a delay in processing and could result in denial of certification.*

*O.C.G.A. § 35-8-15 requires each law enforcement unit to prepare duplicate records on any candidate, forward one copy to the Council and maintain the second copy on file at the headquarters of the law enforcement unit.*

*Applications for certification must be received by the Council 10 days prior to the commencement of a Basic Training Course.  Failure to do so may result in delays which would prohibit the applicant from attending the Basic Training Course on that date.*

*Return to:*
*GEORGIA PEACE OFFICER STANDARDS AND TRAINING COUNCIL*
*5000 Austell-Powder Springs Road, Suite 261*
*Austell, Georgia 30106*



PLAINTIFF'S
EXHIBIT
3
Cadeau
1/25/21
PENGAD 800-631-6989

COA002027

**THE FOLLOWING MUST BE COMPLETED BY APPLICANT**
Applicable Code Sections O.C.G.A. § 35-8-7.1 and 35-8-8

**PERSONAL INFORMATION**

1. ▓▓▓▓▓   2. CADEAU _Mathieu_ _Elsh Pierre Sterling_
Social Security #     Last Name,     First     Middle

3. Address: 9451 MERUST Lane     Gaithersburg     MD     20879
Street #     Street     City,     State     Zip Code

4. U.S. Citizen: Yes / ___   5. 6'   215lbs   Black   6. DK Brown   7. D.O.B. ▓▓▓ 166
     Yes   No   Height   Weight   Hair Color   Eye Color

8. Sex: M   9. Race: Afro-Am   *** Note:   Race is used for statistical purposes only and is not required for
     certification as a peace officer. Providing this information is voluntary.

**EDUCATION**

10. High School Graduate: ✓ ___     11. GED: ___ ___
     Yes   No     Yes   No

11. FAR Rockaway H.S.   FAR Rockaway   NY   June 1984
     Name of High School   City   State   Graduation Date

12. Franklin Pierce College   Rindge   NH   N/A
     College Attended   City   State   Graduation Date

13. University of Phoenix   AZ
     Additional Colleges   City   State   Type of Degree

**PREVIOUS LAW ENFORCEMENT EMPLOYMENT**

14. Have you ever been employed in Law Enforcement? ✓ ___   If no, go to next section.
     Yes   No

15. Have you ever been certified as a Peace Officer? ___ ✓   If yes, ___
     Yes   No   Certification #   State

16. Department Name   Location   From   To   Reason for Leaving
Corrections Corp of America   Washington, DC   1/05   Present   Relocating

*(Use additional paper if necessary)*

**MILITARY**

17. If none, check here ___ and go to the next section.

18. Branch: ___     Dates of enlistment: ___ / ___ / ___   19. Type of Discharge: ___
     If Discharge is anything other than Honorable, attach an explanation.

**AFFIDAVIT**

20. O.C.G.A. § 16-10-20- A person who knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device
a material fact: makes a false, fictitious or fraudulent statement or representation, or makes or uses any false writing or document,
knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of this state
department or agency of state government or of the government of any county, city or other political subdivision of this state
shall, upon conviction thereof, be punished by a fine of not more than $1,000 or by imprisonment for not less than one nor
more than five years or both.

I attest and affirm that I have reviewed this application and the information supplied is true to the best of my knowledge.

Signature- Agency Head/Authorized Signature     Applicant Signature

JULIO ZAMBRANO
COMMISSION EXPIRES
Notary Public (Seal)
19
2010
HENRY CO. GEORGIA
NOTARY PUBLIC

1

COA002028

## CRIMINAL AND TRAFFIC HISTORY

### Please read the following information before completing this page!!!

Pursuant to Title 35, Chapter 8 of the Official Code of Georgia Annotated and the Rules of the Georgia Peace Officer Standards and Training Council, each applicant is required to disclose in the space below **EACH AND EVERY** arrest and/or citation which the applicant has received, along with the disposition of **EACH AND EVERY** arrest and/or citation. Dispositions include, but are not specifically limited to, dismissal, placement on a dead docket, nolle prosequi, finding or verdict of guilty or not guilty, plea of guilty, plea of nolo contendere, treatment under the First Offender Act, and bond forfeiture.

**NOTE:** The failure to provide all of the requested information, leaving this section blank, or stating "see attached criminal history" may result in the rejection or denial of the application. If the applicant has no criminal or traffic history, the applicant **MUST** write "NONE" in the appropriate space below.

### CRIMINAL HISTORY (Misdemeanors and Felonies)

| Charge | Date | Location | Disposition |
|--------|------|----------|-------------|
| N/A | | | |
| N/A | | | |
| N/A | | | |

### TRAFFIC HISTORY

| Violation | Date | Location | Disposition |
|-----------|------|----------|-------------|
| 10/03 No Seat Belt | 10/03 | Queens, NY | Paid Fine |
| Suspended Registration | 3/03 | Queens, NY | Dismissed |
| No Insurance | 3/03 | Queens, NY | Dismissed |

*(Use additional paper if necessary)*    Refer to Reverse Side

**ATTENTION!!** Have you completed the above section according to the instructions? If so, check the box to the left. If not, do so **NOW** before continuing.

### ATTESTATION

I have personally reviewed the above section. I attest and affirm that the above information regarding my criminal and traffic history is complete and correct to the best of my knowledge. I further understand that any act of omission may be grounds for denial of this application for certification as a peace officer (O.C.G.A. § 35-8-19) and may result in criminal prosecution (O.C.G.A. § 16-10-20).

_____
Applicant Signature

_____
Notary Public / Seal

JULIO ZAMBRANO
COMMISSION EXPIRES
DEC
2010
HENRY CO. GEORGIA
NOTARY PUBLIC

COA002029

I, (Full Name of Applicant) __Mathieu Elsh Pierre Sterling Cadeau__, when approved for Basic Law Enforcement Academy Training, agree to obey all rules and regulations, and understand that I am subject to dismissal from the Training Academy for any infractions or failure to achieve the scholastic standard set by the Georgia POST Council. I further certify that I am in good health, physically fit, and of good moral character and release the Georgia Peace Officer Standards and Training Council, the Department of Public Safety, the Georgia Public Safety Training Center, the State of Georgia, and any other official associated or connected with the training academy for liability in case of illness or accident.

I understand that I must satisfactorily complete a basic training course prior to performing the duties of a peace officer, according to O.C.G.A. § 35-8-9.

This application will be valid for 18 months only. If not certified by that time, this application will be returned to my employing agency and a new application submitted according to POST Council rule 464-3-.01.



_Applicant Signature_                       4/23/07
                                              _Date_

_Agency Head or Authorized Representative_    5/30/07

COA002030

## *PERSONAL HISTORY RELEASE*

*I do hereby authorize the review of and full disclosure of all records concerning myself to the duly authorized agent of the Georgia Peace Officer Standards and Training Council.*

*The intent of this authorization is to give my consent for full and complete disclosure of the records of educational institutions; financial statements and records wherever filed; medical and psychiatric treatment and/or consultation including hospitals, clinics, private practitioners, and the U.S. Veterans' Administration; employment and preemployment records, including background reports, polygraph examinations or reports, efficiency ratings, complaints or grievances filed by or against me and the records and recollections of attorneys at law, or of other counsel, whether representing me or another person in any case, either criminal or civil, in which I presently have or have had an interest.*

*I understand that any information obtained by a personal history background investigation, which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in compiling any report for the Georgia Peace Officer Standards and Training Council. I certify that any person(s) who may furnish such information concerning me shall not be held accountable for giving this information; and I do hereby release said person(s) from any and all liability, which may be incurred as a result of furnishing such information.*

*A photo copy of this release form will be valid as an original thereof, even though the said photocopy does not contain an original writing of my signature.*

**Signature (Including maiden name)**                **Date** 4/23/07

**Address** 9451 Herust Lane

**Phone Number** 301·330·3647 (Home) 646·739·3000 (cell)

**City** Gaithersburg  **State** MD  **Zip** 20879

**Social Security Number**

**Date of Birth** NYC

**Notary Public**  DEC 19 2010

JULIO ZAMBRANO
COMMISSION EXPIRES
NOTARY PUBLIC

**Date** 5/30/07

*understand that this information may be obtained through the use of this waiver at any time during which my employment or certification is maintained through the Georgia Peace Officer Standards and Training Council.*

COA002031

## *CANDIDATE TRAINING AND CERTIFICATION*

*Agency Making Application:* __Atlanta Police Department__

*Address:* __675 Ponce de Leon Ave. NE Atlanta, GA 30308__

*Agency Phone Number:* __404,853-3434__

*Candidate Name:* __Mathieu Cadeau__

*Candidate is employed full-time as a peace officer with this agency working a minimum of 30 hours per week or 120 hours per 28 day period.*

Yes __✓__   No ____   Reserve ____

*Date Interviewed:* __1 / 3 / 07__ *(POST rule 464-14-.02(h))*

*Date of Employment:* __6/26/07__ *(in position that you are applying for)*

*Position: (check one)*   __✓__   _____   _____   _____
                          Patrol      Jailer      Ranger      Other (explain)

*A background investigation was completed by* __J. Zambrano__
                                              (Investigator)

*on* __3/9/07__*. Candidate was found to satisfy requirements of O.C.G.A. § 35-8-8.*

*The Candidate named on this application is recommended by me for attendance to a Basic Law Enforcement Training Course and for certification upon successfully completing this training. I understand that POST reimbursement guidelines prevent subsistence reimbursement for trainees who live within 45 miles of the training academy or who fail to satisfactorily complete the training. Also, no training costs (tuition or subsistence) will be paid for a trainee receiving a reduced salary during training.*

***NOTE:*** *If Candidate is approved for training a POSTFORM #2 authorizing the academy school attendance will be sent to the agency head. No person shall perform the duties of a peace officer until successful completion of the Basic Law Enforcement Training Course.*

*"(a) No person required to comply with the certification provisions of this chapter shall be employed or appointed by any law enforcement unit without certification from the Council that the applicant has met the preemployment requirements established in this chapter."*

*Date:* __5 30, 07__   *Signature:* _____
                                              Agency Head

4

COA002032



# CITY OF ATLANTA
## MEDICAL EXAMINATION REPORT & PHYSICIAN'S AFFIDAVIT

**SECTION ONE** *(MUST BE COMPLETED FOR **ALL** APPLICANTS)*

Applicant's Name: *CADEAU , MATHIEU*
(Last, First MI)

Social Security Number: ▮▮▮▮▮▮

Position: *POLICE OFFICER*
(Complete Section Two for Sworn Positions)

Date Applicant passed Medical Examination: *4-23-07*

Date Applicant passed TB Screen: _____

Date Applicant passed Drug Screen: *4-24-07*

Physician's Name (Printed): *JOVIN ESPAM*   Physician's Signature: _____

R.L. Brown Jr. Grady Medical Center
6000 North Terminal Parkway
Atrium Suite 375
Atlanta, GA 30320
404-616-0000
404-768-3990 (Fax)

Address: _____   Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SECTION TWO** *(COMPLETE THIS SECTION FOR SWORN APPLICANTS ONLY i.e. POLICE)*

**PHYSICIAN'S AFFIDAVIT**
*This applicant, if certified, will have the prerequisites necessary to gain employment at any Law Enforcement Agency in the State of Georgia, including but not limited to the current place of employment.*

*Peace Officers are charged with the responsibility of enforcing criminal laws and are subject to deal with violent individuals and situations. Officers are often required to defend themselves and others from physical attacks, subdue resisting individuals and make decisions under stress concerning the use of deadly force.*

I understand *MATHIEU CADEAU* is being considered for employment as a peace officer and as a result employment could be subjected to severe mental stress. I have examined *MATHIEU CADEAU* and to the of my knowledge this person is free from any physical, emotional or mental conditions which might adversely affect this person ability to perform the duties of peace officer or take part in training programs relative to law enforcement.

Physician's Name (Printed): *JOVIN ESPANY* _____

Physician's Signature: _____   Date: *5-1-07*





DOCUMENT NO. H 35755

VR 118-300M (3/88) P.O. NO. M816190

# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH
### VITAL RECORDS
## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Bureau of Vital Records, Department of Health, City of New York.

DATE OF BIRTH          1966          CERTIFICATE NO.     156-66-127007

BOROUGH    MANHATTAN     DATE FILED    08-18-66    DATE ISSUED    04-09-99

NAME:    ELSH MATHIEU PIERRE STERLING CADEAU***

SEX:    MALE

MOTHER'S MAIDEN NAME:    JACQUELINE RENEE DESIR

FATHER'S NAME:    MATHIEU P. S. CADEAU

STEVEN P. SCHWARTZ
CITY REGISTRAR

Do not accept this transcript unless it bears the raised seal of the Department of Health. The reproduction or alteration of this certification is prohibited by Section 3.21 of the New York City Health Code.

11597172

COA002034

TRANSCRIPT OF HIGH SCHOOL RECORD

**STUDENT INFORMATION**

NAME: CADEAL, J SH

ADDRESS: 146 39 223 ST

CITY: JAMAICA NY   STATE   11413

BIRTH-DATE: ___ 09/08/80

DATE ENTERED SECONDARY SCHOOL: 09/08/80

EXPECTED DATE OF GRAD.: 06/84

SCHOOL NAME: FARR...

LOCATION: 821 BAY
FAR ROCKAWAY ST 11691

**SUMMARY / ACADEMIC**

| SIX SEMESTER RANK IN CLASS DATA | | |
|---|---|---|
| H.S. AVERAGE | 76.35 | |
| TOTAL POINTS | 2825 | |
| NO. OF MARKS | 37 | |
| AVERAGE | 76.35 | |
| RANK | 106 | N |
| GROUP SIZE | 295 | N |
| % IN STANDING | 295 - 64.06 |

OFFICIAL CLASS: 4B8

BATES NO.: 4057

CEEB SCHOOL NUMBER: 331890

CLASS SIZE: 295

SCHOOL ACCREDITED BY: NY ST. DEPT

DATE: 08/24/83

CLASS/PD (MAN): 45   WEEK'S HR: 40   PASS/GRADE: 65

MEETING/WK: 5

**ACADEMIC RECORD**

| AREA | UNITS | AV. | GRADE 9 SUBJECT | MARKS T1 | MARKS T2 |
|---|---|---|---|---|---|
| ENGL 1SH | 6.0 | 73 | HED TYPE 1 | 70 | CR |
| SOC STUC | 6.0 | 76 | ENG 1 | 85 | |
| MATH | 6.0 | 76 | THIRD WLD | 80 | |
| SCIENCE | 9.0 | 81 | SPAN 1 | 95 | |
| FOR LANG | 6.0 | 74 | MATH A | 80 | |
| PHYS ED | 2.0 | 70 | BOYS PE | 80* | |
| MUS/SEC/ART | 2.0 | 67 | GR SCI | 85 | |
| | | | INTRO FICT | | |
| | | | MINORITIES | 65 | |
| | | | SPAN 2 | 80 | |
| | | | MATH B | 65 | |
| | | | NUTRITION | 90* | |
| | | | MENS SCI 2 | 85* | |

GRADE 9 AV.: 78.7   UNITS: 12.0

| GRADE 10 SUBJECT | MARKS T1 | MARKS T2 |
|---|---|---|
| SCI FICT 1 | 75 | |
| WEST ST 1 | 75 | |
| SPANISH 3 | 65 | |
| MATH C | 65 | |
| MENS PE | 75* | |
| INT HLTH C | 85 | |
| BIO REGENT | 55 | |
| DECT & HYS | | |
| WEST ST 2 | 65 | |
| SPAN 4 | 80 | |
| MATH | 65 | |
| MENS PE | 90* | |
| HLTH HEAL | 85* | |
| BIO REG | 2 | |

GRADE 10 AV.: 72.5   UNITS: 11.0

| GRADE 11 SUBJECT | MARKS T1 | MARKS T2 |
|---|---|---|
| PUBLIC SPK | 85 | |
| AMER ST 1 | 80 | |
| SPANISH 5 | 75 | |
| 10 MATH B | 80 | |
| HA PHYS ED | 70* | |
| LIT HEALTH | 50 | |
| SPAN 6 | 65 | |
| 10 MATH C | 75 | |
| HA PHYS ED | 90 | |
| HEALTH AS2 | 85 | |
| ECONOMICS | 80 | |
| ART 1 | 75 | |

GRADE 11 AV.: 77.6   UNITS: 13.0

| GRADE 12 SUBJECT | MARKS T1 | MARKS T2 |
|---|---|---|
| ENGLISH | 55 | CR |
| AM SHML | 70 | |
| 11 YR MATH | 75 | |
| COMP MATH | 90 | |
| EN MED TECH | 70 | 65 |
| EN MED FD | 70 | 65 |
| CHEMISTRY | 85* | 65 |
| MENS P.E. | 85 | 65 |
| ENGLISH | 70 | 90 |
| HEALTH | 70 | 95 |
| 6 BUSINESS | | CR |

GRADE 12 AV.: 72.8   UNITS: 10.0

GRADE 12A AV.: 72.8   66...

**LEGEND FOR THIS SCHOOL**

**OFFICIAL TRANSCRIPT**

DATE OF GRADUATION: June 1984½

PRINCIPAL: D. Carle

DATE: 7/23/0 3

**FINAL COURSE AVG / HIS/CIENCE COURSE AVG**

FINAL COURSE AVG: 75
HIS/CIENCE COURSE AVG: 80

| EXAMINATIONS | SCORES |
|---|---|
| SCI READ R | 74 |
| SPAN 2 R | 65 |
| 10 MATH C R | 67 |
| SPAN 4 R | 77 |
| BIO REG R | 43 |
| SCT MATH | P |

| | | |
|---|---|---|
| 11 yr MATH R | 70 | |
| ENG R | 58 | |
| Am Hist R | 51 | |

**FAILURES**
BIO REGENT

| EXAMINATIONS | SCORES | TERM | YR. |
|---|---|---|---|
| | | 1 | 2 |

LEGEND
1. An "H" following a course title indicates an honors or accelerated course. An "LP" indicates a sub-standard course.
2. An "H" subject that has not been included in the Academic average.
3. Subjects indicated by an asterisk are not included in...
4. Subject titles preceded by special nature. Refer to the section "legend for the school"
5. Verbal source average is based on English, foreign languages
6. Examinations refer to New York State Regents Examinations...
7. Rating grades do not receive any unit credit but they are included in the average grade computation. Voided high.
8. Non-rating grades — electronic voids. Voided high.
9. P - 65 is limit.
10. Blank spaces do not receive any extra credit or weight in either the high school or academic average.

COA002035

*01/05/2007*

**AGENCY:** **ATLANTA POLICE DEPARTMENT**
**675 PONCE DE LEON, 9TH FLOOR**
**ATLANTA, GA 30308-**

**APPLICANT:** **CADEAU , MATHIEU**

**DOB:** ▮▮5/1966   **SSN:** ▮▮▮▮▮▮

**ENTRANCE EXAMINATION STATUS:** ***ACCEPTABLE***

*This applicant has met the pre-employment entrance examination requirement of O.C.G.A. 35-8-8(a)(9). This examination is only a measure of the applicant's ability to read and understand what he/she has read. This examination is used by P.O.S.T. solely as a predictor of the applicant's ability to pass the academic portion of the Basic Law Enforcement or Corrections Training Course. Any other use of this examination may be a violation of the Equal Employment Opportunity Commission (E.E.O.C.) guidelines.*

*This original must be attached to page 9 of the application for certification when submitting to P.O.S.T.*

COA002036

6625982



6601 Ritchie Highway, N.E.
Glen Burnie, Maryland 21062

Motor Vehicle Administration

AS MOTOR VEHICLE ADMINISTRATOR FOR THE STATE OF MARYLAND AND BY VIRTUE OF
THE AUTHORITY VESTED IN ME UNDER THE TRANSPORTATION ARTICLE, MARYLAND
VEHICLE LAW, I DO HEREBY CERTIFY, UNDER PENALTY OF PERJURY, THAT THE
FOLLOWING IS A TRUE COPY TAKEN FROM THE ORIGINAL NOW ON FILE AND PART OF
THE RECORDS OF THIS ADMINISTRATION.

06625978

|  |  | HGT | WGT | RACE | SEX | BIRTH-DATE | PAGE |
|---|---|---|---|---|---|---|---|
| C 300-589-694-638 |  | 6-00 | 250 | 1 | M | 08-15-66 | 1 |
| MATHIEU PS CADEAU |  |  |  |  |  |  |  |
| RES: 9451 MERUST LN |  |  |  |  |  | CERTIFIED |  |
| GAITHERSBURG | M MD 20879 |  |  |  |  |  |  |

DRIVING PRIVILEGE STATUS: VALID

| LIC-CLASS | GLS-TY | TY D | DOC | ISSUE-DT | EXPIR-DT | ENDOR | RESTRICTION | SP-RES |
|---|---|---|---|---|---|---|---|---|
| CLASS C |  | N | P | 02/04/04 | 08/15/09 |  |  |  |

THE RECORD REFLECTS ENTRIES FOR THE PAST 60 MONTHS

| V/ADM DT | CONV DT | SUMMARY | DESCRIPTION | PTS |
|---|---|---|---|---|
| 07-31-06 |  |  | ADDRESS CHANGE |  |
| 02-04-04 |  | NY04DNC | MD LICENSE ISSUED/OUT OF |  |
|  |  |  | ST LIC SURRENDERED/VOIDED |  |

RECORD END   TOTAL CURRENT POINTS   00

MARYLAND AND FEDERAL LAW PROHIBITS UNAUTHORIZED
DISCLOSURE OF INFORMATION FROM MVA RECORDS.
VIOLATION OF THESE PROVISIONS IS A
MISDEMEANOR PUNISHABLE BY A FINE UP TO $1000
DOLLARS.

AS WITNESS, MY HAND AND THE SEAL OF THIS
ADMINISTRATION THE DAY AND YEAR SET OPPOSITE.



OCT 27 2006



Certified Copy-060 (7-05)
Maryland Motor Vehicle Admin.

21

COA002037

APDX-04238  Fri Mar 02, 2007 12:29:31  [ BQSA5BTKAQ3G ]  ACK

-------------------------------------------

APDX-9809 S CCH      03/02/07 12:29:33 - 03/02/07 12:29:33 BQSA5BTKAQ3G
IR.GASIR0000.GAAPD0004.*MGA1-HEC8L.
TXT
ATN/B FORD/BF ARN/ PUR/J
THE FOLLOWING RECORD PERTAINS TO SOC/███████ NAM/CADEAU, MATHIEU

NO RECORD ON FILE

-------------------------------------------
METRGAAPD0004DMXCSV.
-------------------------------------------

APDX-9810 S NCIC2      03/02/07 12:29:35 - 03/02/07 12:29:35 BQSA5BTKAQ3G
NL01254504C4CA3IQ
GAAPD0004
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/CADEAU,MATHIEU.SOC/███████.PUR/J.
END

-------------------------------------------

APDX-9811 S NCIC1      03/02/07 12:29:35 - 03/02/07 12:29:35 BQSA5BTKAQ3G
1L01254504C4CA2QWA
GAAPD0004

NC..CIC WANT S0C/███████
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

-------------------------------------------
METRGAAPD0004DMXCSV.
-------------------------------------------

COA002038

```
Received: from tnet02.GBITNET.local (tnet02 [167.192.22.25]) by natms.coaafis.or
From: tnetsystem@TNET02.GBITNET.local
Received: from TNET01 (tnet01.GBITNET.local [192.168.10.2]) with SMTP id l03LjkwF026899;
        by tnet02.GBITNET.local (8.12.11/8.12.11) with SMTP id l03LjkwF026899;
        Wed, 3 Jan 2007 16:45:46 -0500
Message-Id: <200701032145.l03LjkwF026899@tnet02.GBITNET.local>
Date: Wed, 03 Jan 2007 16:45:46 -0500
Subject: mfi TCN: 20070031485089999-0546003895 - FBI Identification Response
To: ls54@natms.coaafis.org, rjmail@natms.coaafis.org
Reply-To: tnetsystem@TNET02.GBITNET.local
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary=0A8B6045443D18768AFF082E5DA527D7


--0A8B6045443D18768AFF082E5DA527D7
Content-Type: text/plain
Content-Transfer-Encoding: quoted-printable

TYPE:mfi - FBI Identification Response
LS TCN:0546003895
GBI TCN:70031485089999
DATE/TIME:2007/01/03 16:45:45
OCA:
FBI NUMBER:
SID:
NAME:CADEAU,MATHIEU PS
FBI IDENT:N
FBI RAPSHEET RESPONSE BELOW:
```

                    CIVIL APPLICANT RESPONSE


```
ICN IFCS0001000023224689        CIDN                OCA
CADEAU,MATHIEU PS              B 600 1966/
MNU            SOC              SEX M
FPC
HENRY CLASS                        API
```

        GAAPD0000 POLICE DEPARTMENT       DATE FP
                  ATLANTA GA              2007/01/03
        A SEARCH OF THE FINGERPRINTS ON THE ABOVE
INDIVIDUAL HAS REVEALED NO PRIOR ARREST
DATA.          CJIS DIVISION
2007/01/03     FEDERAL BUREAU OF INVESTIGATION

COA002039

Received: from tnet02.GBITNET.local (tnet02 [167.192.22.25]) by natms.coaafis.o
From: tnetsystem@TNET02.GBITNET.local
Received: from TNET01 (tnet01.GBITNET.local [192.168.10.2])
        by tnet02.GBITNET.local (8.12.11/8.12.11) with SMTP id l03LgC8W022574;
        Wed, 3 Jan 2007 16:42:12 -0500
Message-Id: <200701032142.l03LgC8W022574@tnet02.GBITNET.local>
Date: Wed, 03 Jan 2007 16:42:12 -0500
Subject: mid TCN: 0546003895 - GBI Identification Response
To: ls54@natms.coaafis.org, rjmail@natms.coaafis.org

TYPE:mid
LSTCN:0546003895
GBITCN:70031485089999
DATE/TIME:2007/01/03 16:42:12
NAME:CADEAU, MATHIEU PS
SID:NoRecord
IDENT:NO RECORD ON FILE

COA002040



# CITY OF ATLANTA   Internal Correspondence

Atlanta Police Department

## M E M O R A N D U M

**TO:** **Chief of Police R.J. Pennington**

**FROM:** **Major G.N. Turner**

**DATE:** **March 13, 2007**

**RE:** **COMMAND REVIEW ON MATHIEU CADEAU- POLICE OFFICER APPLICANT**

*A thorough and complete background investigation has been conducted on the applicant for the position sought.*

*A review was conducted into the applicant's overall compliance with the Department's Decision Rule Guidelines with the following area of concern revealed:*

### EMPLOYMENT HISTORY

*Based on the information gathered in this background, I submit this file for your review.*

*RECOMMEND APPROVAL ale AD 5/26/07*

Reviewed for Conditional Approval by Chief Alan Dreher          Date

*3/27/07*

Conditionally Approval:                                                    Date
Richard J. Pennington, Chief of Police

*ale om*

*RECOMMEND APPROVAL ale AD 5/22/07*

Reviewed for Final Approval by Chief Alan Dreher          Date

*5/24/07*

Final Approval:                                                    Date
Richard J. Pennington, Chief of Police

*lc AD*

Not Approved:                                                    Date
Richard J. Pennington, Chief of Police
          RJP/jd



COA002041

## City of Atlanta
Atlanta Police Department

Internal Correspondence

# *M E M O R A N D U M*

**TO:**     *Major G.N. Turner*

**FROM:**   *Lieutenant M.A. Perdue*

**DATE:**   *March 13, 2007*

**RE:**     *MATHIEU CADEAU- POLICE OFFICER APPLICANT*

*A thorough and complete background investigation has been conducted on the applicant for the position sought. The applicant's file thus far has been found to be in compliance with the Decision Rule Guidelines with the following area of concern revealed in his/her EMPLOYMENT HISTORY:*

*Mr. Cadeau has an extensive work history that was difficult to verify. Many of his former employers were either unresponsive or verified dates only. He was informed of the importance of this information but he was unable to provide anything further.*

*Based on this information, I submit this file for your review.*

_____          3/13/07
RECOMMENDED                               DATE

_____          _____
NOT RECOMMENDED                          DATE

jd

COA002042

## City of Atlanta
Internal Correspondence

Atlanta Police Department

## *M E M O R A N D U M*

**TO:**       *Lieutenant M.A. Perdue*

**FROM:**   *Sergeant J. Dixon*

**DATE:**    *March 13, 2007*

**RE:**        *MATHIEU CADEAU- POLICE OFFICER APPLICANT*

---

*A thorough and complete background investigation has been conducted on the applicant for the position sought. The applicant's file thus far has been found to be in compliance with the Decision Rule Guidelines with the following area of concern revealed in his/her EMPLOYMENT HISTORY:*

*Mr. Cadeau has an extensive work history that was difficult to verify. Many of his former employers were either unresponsive or verified dates only. He was informed of the importance of this information but he was unable to provide anything further.*

*Based on this information, I submit this file for your review.*

LT M.A Perdue                          03/13/07
_____          _____
RECOMMENDED                          DATE

_____          _____
NOT RECOMMENDED                      DATE

jd

COA002043



# CITY OF ATLANTA

**SHIRLEY FRANKLIN**
**MAYOR**

675 PONCE DE LEON AVENUE
ATLANTA, GEORGIA 30308
404-853-3434

ATLANTA POLICE DEPARTMENT
RICHARD J. PENNINGTON
CHIEF OF POLICE

*March 9, 2007*

## -RESULTS OF BACKGROUND INVESTIGATION-

| | | | |
|---|---|---|---|
| **Position:** | Police Officer | **Race/Sex/Age:** | B/M/40 |
| **Applicant:** | Mathieu Cadeau | **Marital Status:** | Married |
| **Education:** | High School Diploma | **Military Service:** | None |
| **Residence:** | 9451 Merust Ln.<br>Gaithersburg, MD 20879 | | |

### Biography
Mathieu Cadeau was born in New York, New York in 1966. He graduated from Far Rockaway High School in June 1984. He is currently employed with Corrections Corporation of America as an Assistant Shift Commander.

### Financial Management
Mr. Cadeau's credit report indicates 21 accounts: 15-ones, 1-three, 2-fives, 1-nine.

### Controlled Substances
Mr. Cadeau states that he experimented with marijuana two times in 1987. He states that he has never experimented with any other illegal drugs and has never been involved in the sale of any drugs.

### Employment History
Mr. Cadeau has held a total of ten jobs. He is currently employed with Corrections Corporation of America as an Assistant Shift Commander.

*Page 2-*                                                      COA002044

**Military History**
None

**~sts Results**
**J.C.R.T. Score**            Pending
**Psychometric Report**       87

**CVSA Examination**
The CVSA will be scheduled pending conditional approval.

**Criminal/Driver History**
NCIC, GCIC, LEDS, and local checks are clear.   Mr. Cadeau currently possesses a Maryland driver's license.  He admits to seven traffic citations between 1994 and 2003, for which he paid fines. A check of his Maryland driving history revealed no citations.

**Area of Concern**
- Mr. Cadeau was terminated from New York Community Bank in 2001. According to Mr. Cadeau, he failed to follow company policy. No fraudulent activity was found, but the ruling remained. This employer refused to release any information other than dates of employment and position held.
- Mr. Cadeau was given a written reprimand for not completing a report on time while employed at Corrections Corporation of America. Mr. Cadeau affirmed that he had no knowledge of this disciplinary action.

**~commendation**
Mr. Cadeau has met the minimum requirements and is in compliance with the Decision Rules Guidelines. Therefore, I submit this file for your review.

| | |
|---|---|
| J. Zambrano | March 9, 2007 |
| **Investigator** | **Date** |
| Sgt. J. Dixon | 3/13/07 |
| **Recommended** | **Date** |
| | |
| **Not Recommended** | **Date** |

*Page 3-*                          COA002045

## NEIGHBOR/LANDLORD CHECKS

.. Number of references sent out: [ 3 ]

2. Number of references returned: [ 3 ]

3. Overall evaluation: [ 2 ] Excellent  [ 1 ] Good  [  ] Average  [  ] Unknown

4. Recommended for position:  [ 3 ] Yes  [  ] No  [  ] Not sure


5. Additional Comments: _____

_____

_____


## CHARACTER CHECKS

1. Number of references sent out:  [ 4 ]

_. Number of references returned:  [ 3 ]

3. Overall Evaluation:  [ 3 ] Excellent  [  ] Good  [  ] Average  [  ] Questionable  [  ] Unknown

4. Recommended for position:  [ 3 ] Yes  [  ] No  [  ] Not sure  [  ] Unknown/Not given


5. Additional Comments: _____

_____

_____

*Page 4*                                                      COA002046

## EMPLOYMENT HISTORY/COMMENTS

- **Correction Corporation of America**   -   January 2005 to Present.   Assistant Shift Commander. Employment questionnaire was returned blank with a letter verifying employment.

- **Montgomery County Teachers Federal Credit Union** -  May 2004 to December 2004. Financial Phone Center Representative. The questionnaire was returned blank with a letter verifying employment.

- **Greenpoint Bank** -   This employer is now North Fork Bank. This employer uses The Work Number for employment verifications.

- **Cablevision/Lloyd Staffing**  -  December 2001 to December 2001.  Company policy permits the release of employment dates only.

- **New York Community Bank**  - April 1998 to November 2001. Processor. Ms. Beni Jane Sanjuan indicated that only dates of employment are available per company policy.

- **Labcorp Inc.** September 1997 to April 1998. This employer uses The Work Number for all employment verifications.

- **JPMorgan Chase**  - May 1996 to August 1997.  Service Representative.  Automated system verification. No other information available.

- **Canon USA** - December 1994 to February 1995.  Customer Service Representative.  Only dates of employment and title are available per company policy.

- **1-800-flowers** -  This employer uses an automated verification for a fee. This employment was not verified.

- **NYC Board of Education** – July 1992 to November 1995. Substitute Professional.  Ms. Gloria Rivera indicated that no other information was available regarding Mr. Cadeau's employment.



COA002047

**CORRECTIONS CORPORATION OF AMERICA**

**Correctional Treatment Facility**

To Whom It May Concern:

      This correspondence is to affirm that Mathieu Cadeau is currently employed at CCA / Correctional Treatment Facility (CTF) as of January 3, 2005 and his current position is Assistant Shift Commander.

If you have any further questions, please feel free to contact me at 202- 698- 3000 ext.

Thank you,

Rhonda Williams
Human Resource Manager

COA002048

Sick Day Usage:      List the total number of sick days used in the past two years. 2

Internal Affairs Record:

Number of complaints                              1

Number of complaints sustained                   1

Workdays lost due to suspension                  0

Nature of complaint and disposition of all complaints filed:

13 SEPT 2006 - FAILED TO COMPLETE USE OF FORCE
REPORT BY END OF TOUR OF DUTY. HE DID CONDUCT
FULL INVESTIGATION AND INTERVIEWS. NO DELIBERATE
NEGLECT OF DUTY OCCURRED, RATHER FAILURE TO
INSURE COMPLETION OF REPORTS BY END OF SHIFT

Counseling or disciplinary actions from immediate supervisor:

IN REGARDS TO ABOVE INCIDENT, REPORT WAS
COMPLETED AFTER THE FACT. CADEAU WAS GIVEN
WRITTEN REPRIMAND BY A/W ISAAC JOHNSTON. NO
OTHER INCIDENTS ON RECORD.

On duty traffic accidents   (chargeable & Non-chargeable):

ZERO / NO HISTORY OF MVR.

A report or documentation of above concerns is appreciated.

Lt. CADEAU IS AN EXCELLENT SUPERVISOR AND
IS HIGHLY RECOMMENDED FOR A LAW ENFORCEMENT CAREER

Questionnaire completed by:

Donald H. Paul    (202) 84-11345
INTERNAL AFFAIRS
Date: 2 MARCH 2007





COA002049

January 26, 2007

To Whom It May Concern:

Mathieu Cadeau was employed with Montgomery County Teachers Federal Credit Union as a Financial Phone Center Representative. His dates of employment were 5/17/2004 through 12/31/2004.

Any other questions, please feel free to contact the Human Resource Department at (240) 599-7488.

Kathryn Shibelski
Human Resources Assistant

04/05/2014 02:35 FAX   516 683 8364        NYCB                                    002/003
COA002050

NAME **MATRIEU CADERU**
SSN
INVESTIGATOR **J. Zambrano**

COMPANY NAME: **NEW YORK COMMUNITY BANK**

1. What were the employee's dates of employment?    From **05/18/98** To **11/01/01**
2. What was the employee's job title and duties?

**POSITION: PROCESSOR**

3. Based on records or knowledge of the employee, please rate him/her on the following factors:

| Reemployment Status | [ ]Eligible for Rehire | [ ]Resigned Under Pressure | [ ]Was Fired | [ ]Other_____ Please Specify | |
|---|---|---|---|---|---|
| Punctuality & Attendance | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Dependability | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Disciplinary Record | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Productivity | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Abuse/Misuse of Co. Equipment/resources | [ ]No Record | [ ]1 Incident | [ ]2 Incidents | [ ]More than 2 Incidents | |
| Sick Leave Record | [ ]Took no Sick Leave  [ ]Took Average Sick Leave | [ ]Took Little Sick Leave  [ ]Took Excessive Sick Leave | | IT IS OUR POLICY TO VERIFY DATES OF EMPLOYMENT ONLY | |
| Reputation for Honesty | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with CO-Workers | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with Superiors | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with Others | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |

**PLEASE ANSWER QUESTIONS ON THE NEXT PAGE**

COA002051

Page 2

4. Was the company ever contacted by the employee's creditors for assistance in obtaining payments of bills or other obligations?     [ ]Yes          [ ]No   (If Yes, please explain)

_____

_____

5. Would you recommend the applicant for the position he/she is seeking?
   [ ]Yes       [ ]No        [ ]Not Sure

6. Are you related to the applicant?      [ ]Yes         [ ]No  (If Yes, what is the nature of your relationship?)

_____

7. Is there any other information you would like to provide about the applicant?
   [ ]Yes-by telephone Yes-see below            [ ]No

_____

_____

IT IS OUR POLICY TO VERIFY
DATES OF EMPLOYMENT ONLY

_____

_____

This form completed by: JENI JAYNE SANJUAN (PAYROLL COORDINATOR)
Date  03/01/09

Print Name: _____


BH/jz

COA002052

| NAME | Mathieu Cadeau |
| SSN | |
| INVESTIGATOR | J. Zambrano |

COMPANY NAME: **Cablevision**

1. What were the employee's dates of employment?  From _____ To _____
2. What was the employee's job title and duties?

_____

_____

3. Based on records or knowledge of the employee, please rate him/her on the following factors:

| Reemployment Status | [ ]Eligible for Rehire | [ ]Resigned Under Pressure | [ ]Was Fired | [ ]Other _____ Please Specify | |
|---|---|---|---|---|---|
| Punctuality & Attendance | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Dependability | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Disciplinary Record | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Productivity | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Abuse/Misuse of Co. Equipment/resources | [ ]No Record | [ ]1 Incident | [ ]2 Incidents | [ ]More than 2 Incidents | |
| Sick Leave Record | [ ]Took no Sick Leave  [ ]Took Average Sick Leave | [ ]Took Little Sick Leave  [ ]Took Excessive Sick Leave | | | |
| Reputation for Honesty | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with CO-Workers | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with Superiors | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with Others | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |

*Please see attached*

PLEASE ANSWER QUESTIONS ON THE NEXT PAGE

COA002053

Page 2

4. Was the company ever contacted by the employee's creditors for assistance in obtaining payments of bills or other obligations?       [ ]Yes          [ ]No    (If Yes, please explain)

_____

_____

5. Would you recommend the applicant for the position he/she is seeking?
   [ ]Yes          [ ]No          [ ]Not Sure

6. Are you related to the applicant?       [ ]Yes       [ ]No   (If Yes, what is the nature of your relationship?)

_____

7. Is there any other information you would like to provide about the applicant?
   [ ]Yes-by telephone Yes-see below          [ ]No

_____

_____

_____

_____

_____

_____

This form completed by: _Debbie Hein Debbie Hein_
Date _____2-13-07_____

   Print Name: _Debbie Hein_

BH/jz

COA002054



**STAFFING**

LLOYD PERSONNEL
LLOYD CREATIVE
LLOYD HEALTHCARE STAFFING
SPIDER
PC & MAC CENTRAL

445 Broadhollow Road
Melville, NY 11747
Phone: 631.777.7600
Fax: 631.777.7626
www.lloydstaffing.com

**To:** Officer Zambrano @ Atlanta Police Dept.

**Fax #** 404-853-7645  **Pages** 4

We received a fax from you requesting employment verification information.

## EMPLOYMENT VERIFICATION POLICY

It is our policy at Lloyd Staffing to verify the dates of employment only. We will attach wage information provided we receive a signed authorization from the employee.

**Name:**

Mathieu Cadeau

**Was in our employ from:**

12-5-01

**To:**

12-16-01

Thank you,

*Delia Hein*

**Human Resources**

**Lloyd Staffing**

2-13-07

**Date**

**Wages Attached**

COA002055

## Applicant Payroll History

MATHIEU CADEAU

| Hours | P/E Date | Gross Pay | Net Pay | Check # | W/E Date | Chk Date | UPC # | Account |
|-------|----------|-----------|---------|---------|----------|----------|-------|---------|
| 21.00 | 12/16/01 | 231.00 | 212.67 | 114694 | 12/16/01 | 12/20/01 | | |

Done

Payroll Information - Click on any line for more details.                                  Inquire   TPF8HIST-[1]

COA002056



# AUTOMATED EMPLOYMENT
# VERFICATION SYSTEM

---

**Someone at your location requested this information.**
**Fax number: (404)853-7645**

---

**Date & Time:  02/13/2007      10:21:23 AM**
**Total pages (including cover):2**

---

The JP Morgan Chase Automated Employment Verification System provides the most recent
employment information about current and former domestic JP Morgan Chase employees.
It is available via touch-tone telephone 24 hours a day, seven days a week.

COA002057



# BASIC EMPLOYMENT VERIFICATION

HR Adminstration 1/OPS2
500 Stanton - Christiana Rd.
Newark, DE 19713

DATE: Tuesday, February 13, 2007

In response to your recent request, the following employment and detailed salary information is provided by JPMorganChase. Any inconsistency between the Original Hire Date and the Most Recent Hire Date is due to prior employment.

| | |
|---|---|
| **Employee Name:** | **Mathieu Cadeau** |
| **Social Security Number:** | |
| **Employment Status:** | **Former**      **End Date:08/29/1997** |
| **Original Hire Date:** | **05/17/1996** |
| **Most Recent Hire Date:** | **05/17/1996** |
| **Employment Type:** | **Full-time** |
| **Position/Title:** | **SERVICE REP** |

For Customer Service Please Call: (877) 576-2427

This is an official document from JP Morgan Chase verifying the above individual's employment and salary information.
Automated Employment Verification System

COA002058

| | |
|---|---|
| NAME | Mathieu Cadeau |
| SSN | |
| INVESTIGATOR | J. Zambrano |

COMPANY NAME: **Canon, USA**

1. What were the employee's dates of employment?   From __12/12/94__ To __02/22/95__
2. What was the employee's job title and duties?

_____**Customer Service Representative**_____

3. Based on records or knowledge of the employee, please rate him/her on the following factors:

| Reemployment Status | [ ]Eligible for Rehire | [ ]Resigned Under Pressure | [ ]Was Fired | [ ]Other_____ Please Specify | |
|---|---|---|---|---|---|
| Punctuality & Attendance | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Dependability | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Disciplinary Record | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Productivity | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Abuse/Misuse of Co. Equipment/resources | [ ]No Record | [ ]1 Incident | [ ]2 Incidents | [ ]More than 2 Incidents | |
| Sick Leave Record | [ ]Took no Sick Leave  [ ]Took Average Sick Leave | [ ]Took Little Sick Leave  [ ]Took Excessive Sick Leave | | | |
| Reputation for Honesty | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with CO-Workers | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with Superiors | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with Others | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |

**PLEASE ANSWER QUESTIONS ON THE NEXT PAGE**

COA002059

Page 2

4. Was the company ever contacted by the employee's creditors for assistance in obtaining
   payments of bills or other obligations?        [ ]Yes           [ ]No   (If Yes, please explain)

   _____
   _____
   _____

5. Would you recommend the applicant for the position he/she is seeking?
   [ ]Yes        [ ]No        [ ]Not Sure

6. Are you related to the applicant?        [ ]Yes        [ ]No  (If Yes, what is the nature of your
   relationship?)

7. Is there any other information you would like to provide about the applicant?
   [ ]Yes-by telephone Yes-see below               [ ]No

   _____

   _____

   **No other information available per company policy**

   _____

   _____

   _____


This form completed by:___**Ms. D. Randall** (**Payroll Coordinator**)
Date___2/13/07_____

     Print Name: **Via Telephone**_____


BH/jz

TC0700  PAGE: 1/1

# VERIFY JOB SYSTEM

COA002060

**Confidential**

Powered by **ComputerSoft**

| | |
|---|---|
| To Fax Number: | **14048537645** |
| Subject: | **Attn: Officer Zambrano** |
| From : | **VERIFY JOB SYSTEM - ALANA** |
| Fax Number : | **910-392-8159** |
| Time Sent : | **Friday, Feb 16, 2007   00:13PM** |

This fax is in response to your request for employment
verification of Mathieu Cadeau with 1-800 flowers.   In
orderto process this request, please refax and include the
employee's social security number.
Thank you.

Post Office Box 1570
Wrightsville Beach, NC

Verification      https://www.VJSUS.com
Service Line     (910)-392-0811

## http://www.VJSUS.com

*******CONFIDENTIAL*******

CONFIDENTIALITY NOTICE: The information contained in this facsimile message is confidential information intended for the exclusive use of the
addressee named above. It maybe also subject to the attorney-client privilege work product or proprietary information. If you are not the intended recipient,
you are hereby notified that any use, disclosure, dissemination, distribution, copying, or the taking of any action because of this information is strictly
prohibited. If you received this communication in error, please immediately notify us by telephone to arrange for the return of the documents, THANK YOU.

COA002061

| | NAME | Mathieu Cadeau |
| --- | --- | --- |
| | SSN | |
| | INVESTIGATOR | J. Zambrano |

COMPANY NAME: NYC Board of Education

1. What were the employee's dates of employment?     From 7.16.92 To 11.30.95.
2. What was the employee's job title and duties?     Substitute Paraprofessional

3. Based on records or knowledge of the employee, please rate him/her on the following factors:

| Reemployment Status | [ ]Eligible for Rehire | [ ]Resigned Under Pressure | [ ]Was Fired | [ ]Other_____ Please Specify | |
| --- | --- | --- | --- | --- | --- |
| Punctuality & Attendance | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Dependability | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Disciplinary Record | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Productivity | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Abuse/Misuse of Co. Equipment/resources | [ ]No Record | [ ]1 incident | [ ]2 incidents | [ ]More than 2 incidents | |
| Sick Leave Record | [ ]Took no Sick Leave [ ]Took Average Sick Leave | [ ]Took Little Sick Leave [ ]Took Excessive Sick Leave | | | |
| Reputation for Honesty | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with CO-Workers | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with Superiors | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |
| Relationship with Others | [ ]Excellent | [ ]Good | [ ]Fair | [ ]Poor | [ ]Unknown |

N A

PLEASE ANSWER QUESTIONS ON THE NEXT PAGE

COA002062

Page 2

4. Was the company ever contacted by the employee's creditors for assistance in obtaining payments of bills or other obligations?    [ ]Yes         [ ]No   (If Yes, please explain)

_____

_____

_____

5. Would you recommend the applicant for the position he/she is seeking?
   [ ]Yes      [ ]No      [ ]Not Sure   N | A-

6. Are you related to the applicant?     [ ]Yes        [ ]No   (If Yes, what is the nature of your relationship?)

_____

7. Is there any other information you would like to provide about the applicant?
   [ ]Yes-by telephone Yes-see below     [ ]No

The reason I could not answer these questions where because this is central board and not the schools that he/she worked for.

_____

_____

_____

This form completed by: G. Rivera  Clerical Aide
Date   2/16/07

Print Name:   Gloria Rivera

BH/jz

COA002063

CHARACTER / SOCIAL REFERENCES
MAILED OUT 01/17/07

| FirstName | LastName | Address1 | City | State | PostalCode |
|---|---|---|---|---|---|
| Kenneth | Huggins | 4070 Brushy Mill Ct. | Loganville | GA | 30052 |
| Paul | Valles Jr. | 22 Alberts Ave. | Sicklerville | NJ | 08081 |
| Dale | London | 1901 East St. SE | Washinfton | DC | 20003 |
| James | Tomes | 3928 Suitland Rd. Apt. 203 | Suitland | MD | 20749 |

COA002064

Re:
Investigator:     J Zambrano

## CHARACTER REFERENCE CHECK

1   Are you related to the applicant?        [ ]Yes [X]No If Yes,  what is the nature of the relationship?


2   How long have you known the applicant? [29]Years [ ]Months

3   Please rate the applicant to the best of your knowledge on the factors indicated below:

| | | | | |
|---|---|---|---|---|
| Overall Evaluation | [X]Excellent | [ ]Good | [ ]Average | [ ]Questionable | [ ]Unknown |
| Family Background | [X]Excellent | [ ]Good | [ ]Average | [ ]Questionable | [ ]Unknown |
| Ability to Handle Stress | [X]Excellent | [ ] Good | [ ]Average | [ ]Questionable | [ ]Unknown |
| Temperament | [X]Maintains Control of Temper | | [ ]Loses Temper Sometimes | |
| | [ ]Loses Temper Easily | | [ ]Unknown | |
| Willingness to Serve Others | [X]Helpful | | [ ]Helpful Sometimes | [ ]Helpful When Asked |
| | [ ]Never Does Anything To Help | | [ ]Unknown | |
| Personality | [X]Outgoing/ Friendly | [X]Outspoken | [ ]Argues A Lot | [ ]Never Argues | [ ]Shy/ Reserved |
| | [ ]Quiet | [ ]Narrow Minded | [ ]Argues Sometimes | | |
| | [ ]Other: | | | | |
| Alcohol/Drug Use | [ ]Drinks to Excess | [X]Drinks Moderately | [ ]Does not Drink | [ ]Unknown |
| | [ ]Uses Drugs Regularly | [ ]Uses Drugs Sometimes | [X]Does Not Use Drugs | [ ]Unknown |
| Meets and Converses with New Acquaintances | [X]Easily | [ ]With Difficulty | [ ]Unknown | |
| Would You Recommend Applicant for position | [X]Yes | [ ]No | [ ]Not Sure | |

4. If you would like to provide additional information or comments about the applicant, please do so in the space provided below. Use the back of this page if additional space is needed

In the 29 years that I have known Mathieu, I have watched him grow and mature mentally, physically and emotionally. I have watched him set and achieve the goals necessary to pursue his life-long ambition of becoming a law enforcement official, and now to excel in that arena. His confident, professional, and easy going demeanor, are all perfect qualities useful when  dealing with diverse segments of the general public. His innate ability to remain calm and in control in stressful situations will make him a very effective officer. I truly believe that Mathieu will be a tremendous asset to both the Atlanta Police Department and the City of Atlanta.

This form completed by:  Kenneth C. Huggins,    Federal Flight Deck Officer        Date: 01-23-2007

(Print)

COA002065

Re:
Investigator:   J. Zambrano

## CHARACTER REFERENCE CHECK

1.  Are you related to the applicant?  [ ]Yes [√]No  If Yes, what is the nature of the relationship?

2.  How long have you known the applicant?  [2]Years [ ]Months

3.  Please rate the applicant to the best of your knowledge on the factors indicated below:

| | | | | | |
|---|---|---|---|---|---|
| Overall Evaluation | [√]Excellent | [ ]Good | [ ]Average | [ ]Questionable | [ ]Unknown |
| Family Background | [√]Excellent | [ ]Good | [ ]Average | [ ]Questionable | [ ]Unknown |
| Ability to Handle Stress | [√]Excellent | [ ]Good | [ ]Average | [ ]Questionable | [ ]Unknown |
| Temperament | [√]Maintains Control of Temper | | [ ]Loses Temper Sometimes | | |
| | [ ]Loses Temper Easily | | [ ]Unknown | | |
| Willingness to Serve Others | [√]Helpful | | [ ]Helpful Sometimes | | [ ]Helpful When Asked |
| | [ ]Never Does Anything To Help | | [ ]Unknown | | |
| Personality | [ ]Outgoing/ Friendly | [√]Outspoken | [ ]Argues A Lot | [ ]Never Argues | [ ]Shy/ Reserved |
| | [ ]Quiet | [ ]Narrow Minded | [ ]Argues Sometimes | | |
| | [ ]Other: | | | | |
| Alcohol/Drug Use | [ ]Drinks to Excess | [ ]Drinks Moderately | [ ]Does not Drink | [√]Unknown | |
| | [ ]Uses Drugs Regularly | [ ]Uses Drugs Sometimes | [√]Does Not Use Drugs | [ ]Unknown | |
| Meets and Converses with New Acquaintances | [√]Easily | [ ]With Difficulty | [ ]Unknown | | |
| Would You Recommend Applicant for position | [√]Yes | [ ]No | [ ]Not Sure | | |

4.  If you would like to provide additional information or comments about the applicant, please do so in the space provided below.  Use the back of this page if additional space is needed.

I have known Mathieu, Cadeau For 2 years when have become good Friends He is always been there there For me and also list to me when have sothing one my mide

This form completed by:  James, Tome       Date: 1-23-07
(Print)

you will be getting a good person and a applicant For Police officer

COA002066

Re:
Investigator:  J. Zambrano

## CHARACTER REFERENCE CHECK

1.  Are you related to the applicant? [ ]Yes [✓]No  If Yes, what is the nature of the relationship?
*Close family friend since childhood.*

2.  How long have you known the applicant? [✓]Years [ ]Months   *40*

3.  Please rate the applicant to the best of your knowledge on the factors indicated below:

| | | | | | |
|---|---|---|---|---|---|
| Overall Evaluation | [✓]Excellent | [ ]Good | [ ]Average | [ ]Questionable | [ ]Unknown |
| Family Background | [✓]Excellent | [ ]Good | [ ]Average | [ ]Questionable | [ ]Unknown |
| Ability to Handle Stress | [✓]Excellent | [ ]Good | [ ]Average | [ ]Questionable | [ ]Unknown |
| Temperament | [✓]Maintains Control of Temper | | [ ]Loses Temper Sometimes | | |
| | [ ]Loses Temper Easily | | [ ]Unknown | | |
| Willingness to Serve Others | [✓]Helpful | | [ ]Helpful Sometimes | | [ ]Helpful When Asked |
| | [ ]Never Does Anything To Help | | [ ]Unknown | | |
| Personality | [✓]Outgoing/ Friendly | [ ]Outspoken | [ ]Argues A Lot | [ ]Never Argues | [ ]Shy/ Reserved |
| | [ ]Quiet | [ ]Narrow Minded | [ ]Argues Sometimes | | |
| | [ ]Other: | | | | |
| Alcohol/Drug Use | [ ]Drinks to Excess | [✓]Drinks Moderately | [ ]Does not Drink | [ ]Unknown | |
| | [ ]Uses Drugs Regularly | [ ]Uses Drugs Sometimes | [✓]Does Not Use Drugs | [ ]Unknown | |
| Meets and Converses with New Acquaintances | [✓]Easily | [ ]With Difficulty | [ ]Unknown | | |
| Would You Recommend Applicant for position | [✓]Yes | [ ]No | [ ]Not Sure | | |

4.  If you would like to provide additional information or comments about the applicant, please do so in the space provided below.  Use the back of this page if additional space is needed.

*As a 14 year veteran of the New Jersey State Police and a life long friend of Mathieu Cadeau, it is my pleasure to provide a reference for him. He has all the qualities necessary to be an effective and compassionate Police Officer, honesty, integrity and a candid attitude. I can confidently say he will be a valuable addition to your P.D.*

This form completed by: *Paul M. Valles Jr.*       Date:  *1-22-07*
                        (Print)

COA002067

## NEIGHBORHOOD CHECKS  - Sent January 17, 2007

| FirstName | LastName | Address1 | City | State | PostalCode |
|---|---|---|---|---|---|
| Delante | Morgan | 9453 Merust Ln. | Gaithersburg | MD | 20879 |
| Rochelle | Cooper | 10000 Brunswick Ave. | Silver Spring | MD | 20910 |
| Dawn-nell | Martenia | 18243 Lost Knife Cir. #202 | Gaithersburg | MD | 20886 |

COA002068

## NEIGHBORHOOD / COMMUNITY STANDING

Date: 1-20-07

1. Name of person contacted   Dawn-nell Murtenia
2. Address of person contacted   18843 Lost Knife Cir. 202 Mont Village md 2088
   Telephone number of person contacted   (240) 543-9490

3. What is your relationship to the applicant:   a long time friend

4. To the best of your knowledge, have the Police ever been called in regards to the applicant's behavior?
   [✓] Never   [ ] Sometimes   [ ] Yes   [ ] Often   (Explain)

   _____

   _____

5. To the best of your knowledge, has the applicant had verbal or physical confrontations with neighbors?
   [✓] No   [ ] Yes   (Explain)

   _____

   _____

6. Leasing Office, do you receive calls or complaints against the applicant from other neighbors?
   [✓] No   [ ] Yes   (Explain)

   _____

   _____

7. Applicant is rated as follows:
   [ ] Excellent Neighbor          [✓] Stays To Self   [ ] Noisy
   [✓] Good Neighbor               [✓] Quiet
   [ ] Active In Neighborhood      [ ] In-active In Neighborhood
   [ ] Average Neighbor            [ ] Causes Problems
   [✓] Helpful                     [ ] Never Causes Problems
   [ ] Bad Neighbor                [ ] Never Helpful
   [ ] Does Not Know Well Enough   [ ] Does Not Know Well Enough
       To Evaluate                     To Evaluate

COA002069

8. Have you ever witnessed or suspected the applicant to be involved in any questionable activities?
   [ ✓ ] No      [   ] Yes   (Explain)

9. To your knowledge, has the applicant's home ever been frequented by person(s) of questionable character?
   [ ✓ ] No      [   ] Yes   (Explain)

10. Have you ever witnessed or suspected the applicant to be involved in any illegal drug activities ( i.e. use of, sale of, or associated with person(s) so involved?
   [ ✓ ] No      [   ] Yes   (Explain)

11. Have you ever witnessed the applicant drunk or drinking in Public?
   [ ✓ ] No      [   ] Yes   (Explain)

12. Would you recommend the applicant for the position?
   [   ] No      [ ✓ ] Yes      [   ] Not Sure   (Comments)

13. How long have you known this applicant?  ___1___ Years  _____ Mos
    Additional Comments:

Completed by:   (Print)   Dawn-Nell Murtenia

COA002070

# NEIGHBORHOOD / COMMUNITY STANDING

Date: January 23, 2007

1. Name of person contacted   Mathew Cadeau
2. Address of person contacted   Locust lane Gaithersburg MD
   Telephone number of person contacted   (   )

3. What is your relationship to the applicant: Assistant Manager of Complex

4. To the best of your knowledge, have the Police ever been called in regards to the applicant's behavior?
   [ ✓ ] Never     [   ] Sometimes     [   ] Yes     [   ] Often   (Explain)

   _____

   _____

5. To the best of your knowledge, has the applicant had verbal or physical confrontations with neighbors?
   [ ✓ ] No     [   ] Yes   (Explain)

   _____

   _____

6. Leasing Office, do you receive calls  or complaints against the applicant from other neighbors?
   [ ✓ ] No     [   ] Yes   (Explain)

   _____

   _____

7. Applicant is rated as follows:
   [ ✓ ] Excellent Neighbor                    [ ✓ ] Stays To Self   [   ] Noisy
   [ ✓ ] Good Neighbor                          [ ✓ ] Quiet
   [ ✓ ] Active In Neighborhood             [   ] In-active In Neighborhood
   [   ] Average Neighbor                        [   ] Causes Problems
   [ ✓ ] Helpful                                       [ ✓ ] Never Causes Problems
   [   ] Bad Neighbor                              [   ] Never Helpful
   [   ] Does Not Know Well Enough       [   ] Does Not Know Well Enough
         To Evaluate                                        To Evaluate

COA002071

8. Have you ever witnessed or suspected the applicant to be involved in any questionable activities?
   [ ✓ ] No      [   ] Yes   (Explain)

   _____

   _____

9. To your knowledge, has the applicant's home ever been frequented by person(s) of questionable character?
   [ ✓ ] No      [   ] Yes   (Explain)

   _____

   _____

10. Have you ever witnessed or suspected the applicant to be involved in any illegal drug activities ( i.e. use of, sale of, or associated with person(s) so involved?
   [ ✓ ] No      [   ] Yes   (Explain)

   _____

   _____

11. Have you ever witnessed the applicant drunk or drinking in Public?
   [ ✓ ] No      [   ] Yes   (Explain)

   _____

   _____

12. Would you recommend the applicant for the position?
   [   ] No      [ ✓ ] Yes      [   ] Not Sure   (Comments)

   Mr. Cadeau is a very responsible husband + Father
   in his community.

13. How long have you known this applicant? ___2___ Years _____ Mos
    Additional Comments:

   _____

   I think Mr. Cadeau would be a very good
   candidate for this position I wish him
   well and if he needs any recommendations
   please contact me

   Completed by:   (Print) Rochelle Cooper

COA002072

# NEIGHBORHOOD / COMMUNITY STANDING

Date: February 14, 2007

1. Name of person contacted   Delante Morgan
2. Address of person contacted   9453 Merust Lane   Gaithersburg, Md 20879
   Telephone number of person contacted   (301) 740·9741

3. What is your relationship to the applicant:   ~~Boss~~   ~~Manager~~   Neighbor / Associate

4. To the best of your knowledge, have the Police ever been called in regards to the applicant's behavior?
   [X] Never   [ ] Sometimes   [ ] Yes   [ ] Often   (Explain)

   _____
   _____

5. To the best of your knowledge, has the applicant had verbal or physical confrontations with neighbors?
   [X] No   [ ] Yes   (Explain)

   _____
   _____

6. Leasing Office, do you receive calls or complaints against the applicant from other neighbors?
   [X] No   [ ] Yes   (Explain)

   _____
   _____

7. Applicant is rated as follows:
   [X] Excellent Neighbor          [X] Stays To Self   [ ] Noisy
   [ ] Good Neighbor               [ ] Quiet
   [ ] Active In Neighborhood      [ ] In-active In Neighborhood
   [ ] Average Neighbor            [ ] Causes Problems
   [X] Helpful                     [X] Never Causes Problems
   [ ] Bad Neighbor                [ ] Never Helpful
   [ ] Does Not Know Well Enough   [ ] Does Not Know Well Enough
       To Evaluate                     To Evaluate

COA002073

8.  Have you ever witnessed or suspected the applicant to be involved in any questionable activities?
    [X] No      [  ] Yes   (Explain)

    _____

    _____

9.  To your knowledge, has the applicant's home ever been frequented by person(s) of questionable character?
    [X] No      [  ] Yes   (Explain)

    _____

    _____

10. Have you ever witnessed or suspected the applicant to be involved in any illegal drug activities ( i.e. use of, sale of, or associated with person(s) so involved?
    [X] No      [  ] Yes   (Explain)

    _____

    _____

11. Have you ever witnessed the applicant drunk or drinking in Public?
    [X] No      [  ] Yes   (Explain)

    _____

    _____

12. Would you recommend the applicant for the position?
    [  ] No      [X] Yes      [  ] Not Sure   (Comments)

    _____

    _____

13. How long have you known this applicant?  |_____ Years  _____ Mos
    Additional Comments:

    _____

    _____

    _____

    _____

    _____

                          Completed by:   (Print) _Lelante Morgan_

COA002074

APDX-04238  Fri Mar 02, 2007 12:29:31  [ BQSA5BTKAQ3G ]  ACK

□_____

APDX-9809 S CCH     03/02/07 12:29:33 - 03/02/07 12:29:33 BQSA5BTKAQ3G
IR.GASIR0000.GAAPD0004.*MGA1-HEC8L.
TXT
ATN/B FORD/BF ARN/ PUR/J
THE FOLLOWING RECORD PERTAINS TO SOC/██████ NAM/CADEAU, MATHIEU

NO RECORD ON FILE

□_____
METRGAAPD0004DMXCSV.
□_____

APDX-9810 S NCIC2     03/02/07 12:29:35 - 03/02/07 12:29:35 BQSA5BTKAQ3G
NL01254504C4CA3IQ
GAAPD0004
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/CADEAU,MATHIEU.SOC/051649939.PUR/J.
END

□_____

APDX-9811 S NCIC1     03/02/07 12:29:35 - 03/02/07 12:29:35 BQSA5BTKAQ3G
1L01254504C4CA2QWA
GAAPD0004

NO .CIC WANT S0C/███████
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

□_____
METRGAAPD0004DMXCSV.
□_____

COA002075

6625982

 6601 Ritchie Highway, N.E.
Glen Burnie, Maryland 21062

Motor Vehicle Administration

AS MOTOR VEHICLE ADMINISTRATOR FOR THE STATE OF MARYLAND AND BY VIRTUE OF THE AUTHORITY VESTED IN ME UNDER THE TRANSPORTATION ARTICLE, MARYLAND VEHICLE LAW, I DO HEREBY CERTIFY, UNDER PENALTY OF PERJURY, THAT THE FOLLOWING IS A TRUE COPY TAKEN FROM THE ORIGINAL NOW ON FILE AND PART OF THE RECORDS OF THIS ADMINISTRATION.

06625978

|  | HGT | WGT | RACE | SEX | BIRTH-DATE | PAGE |
|---|-----|-----|------|-----|-----------|------|
| C 300-589-694-638 | 6-00 | 250 | 1 | M | ██-66 | 1 |
| MATHIEU PS CADEAU |  |  |  |  |  |  |
| RES:  9451 MERUST LN |  |  |  |  | CERTIFIED |  |
| GAITHERSBURG       M   MD   20879 |  |  |  |  |  |  |

DRIVING PRIVILEGE STATUS: VALID

| LIC-CLASS | GLS-TY | TY D | DOC | ISSUE-DT | EXPIR-DT | ENDOR | RESTRICTION | SP-RES |
|-----------|--------|------|-----|----------|----------|-------|-------------|--------|
| CLASS C |  | N | P | 02/04/04 | 08/15/09 |  |  |  |

THE RECORD REFLECTS ENTRIES FOR THE PAST 60 MONTHS

| V/ADM DT | CONV DT | SUMMARY | DESCRIPTION | PTS |
|----------|---------|---------|-------------|-----|
| 07-31-06 |  |  | ADDRESS CHANGE |  |
| 02-04-04 |  | NY04DNC | MD LICENSE ISSUED/OUT OF ST LIC SURRENDERED/VOIDED |  |

RECORD END  TOTAL CURRENT POINTS  00

MARYLAND AND FEDERAL LAW PROHIBITS UNAUTHORIZED DISCLOSURE OF INFORMATION FROM MVA RECORDS. VIOLATION OF THESE PROVISIONS IS A MISDEMEANOR PUNISHABLE BY A FINE UP TO $1000 DOLLARS.

AS WITNESS, MY HAND AND THE SEAL OF THIS ADMINISTRATION THE DAY AND YEAR SET OPPOSITE.



OCT 27 2006

 Certified Copy-060 (7-05)
Maryland Motor Vehicle Admin.

21

STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES Empire State Plaza Albany N.Y.

## ABSTRACT OF DRIVING RECORD

Document # ALLDE002                              Total Fee Paid $10.00
PRINT DATE: 01/12/2007 TIME: 15:56:86   OPERATOR: LDE OFFICE: RHD

                                          CLIENT ID#: 743911281
CADEAU,MATHIEU,P,S                  DOB:        1966   SEX: M
170-12 130TH AV 1F                  HEIGHT: 6-0    EYE COLOR: BROWN
JAMAICA        NY 11434             COUNTY: QUEE
                                    MI #: C01118 77480 615340-66


LICENSE CLASS: *D*                  STATUS: VALID        EXPIRATION: 08/15/2004
PROBATION START: 10/26/2000    END: 04/26/2001

********************      ACTIVITY          ********************
DOCUMENT SURRENDERED ON: 11/25/1994 TO NY
        RETURNED TO NY ON: 05/18/2000

                    *** END OF RECORD ***

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (01/07)

ACTING COMMISSIONER OF MOTOR VEHICLES

FEB 21 '07  11:22AM APPLICANT INVEST

COA002077

# Nassau County



# Police Department

**THOMAS R. SUOZZI**
COUNTY EXECUTIVE

1490 Franklin Avenue
Mineola, New York 11501
(516) 573-7000

**JAMES H. LAWRENCE**
COMMISSIONER

## APPLICANT INVESTIGATION UNIT

### FAX TELEPHONE NUMBER - (516) 573-3386

## FAX COVER SHEET

TO:            Officer J. Zambrano

FROM:          PSA Dianne Armstrong – AIU – NCPD

NO. OF PAGES:  11
(INC. COVER SHEET)

DATE:          2/21/07

COMMENTS:

**PLEASE TAKE NOTE:**   This transmission is a privileged and confidential communication by a
Police Agency to an intended recipient.  Any dissemination of this communication is strictly prohibited.
If you have received this communication and are not the intended recipient, please notify us by
telephone, collect if necessary, for instructions to facilitate the return of this communication.  Thank you
for your anticipated cooperation.

Please telephone me if you do not receive all of the copies, or
if the copy quality is unsatisfactory.  Thank you.

Telephone: (516) 573-2700

FEB 21 '07  11:23AM APPLICANT INVEST

COA002078

**Nassau County**



**Police Department**

THOMAS R. SUOZZI
COUNTY EXECUTIVE

1490 Franklin Avenue
Mineola, New York 11501
(516) 573-7000

JAMES H. LAWRENCE
COMMISSIONER

February 21, 2007

**Atlanta Police Department**
**675 Ponce De Leon Avenue, N.E.**
**Atlanta, Georgia 30308**

Att: Recruitment Unit

Dear Sir or Madam:

As per your request, we are faxing you the following information pertaining to your applicant Cadeau, Mathieu:

WARRANT, SUSPECT ( ASSAULT ), CITATIONS (3)

If we can be of further assistance, please feel free to contact us.

Very truly yours,

Gregory Abruzzo
Lieutenant
Commanding Officer
Applicant Investigation Unit

GA:da

FEB 21 '07  11:23AM APPLICANT INVEST

NASSAU COUNTY POLICE DEPT

MNI QUERY - CADEAU JR MATHIEU S

COA002079

Printed 02/21/2007-10:36     By 4067CARMS     Page 1

---

### PERSONAL DATA

Name  CADEAU JR MATHIEU S                    M  UU
DOB ▮▮▮▮ 1966

SocSec
OLN-St
Agency#

Address
Phone

Eyes                          Glasses
Hair

---

### PAGE ARRESTS & CITATIONS

| Link | Date | Reference | Description |
|------|------|-----------|-------------|
| CITATION | 01/08/02 | LI3875583 | UNINSURED MOTOR VEHICLE / 319-1 |
| CITATION | 01/08/02 | LI3875572 | UNLICENSED OPERATOR / 509.1 |
| CITATION | 01/08/02 | LI3875561 | SPEED VIOL SCHOOL ZONE / 1180(C) |

POOR 34 FEB 21 '07   11:23AM APPLICANT INVEST

THIS IS TO CERTIFY THAT THE FOLLOWING IS A TRUE COMP-3/11
RECORDS OF THIS BUREAU AS A RESULT OF A FINGERPRINT COM-
PARISON, OR AS OTHERWISE NOTED.

# P O L I C E       D E P A R T M E N T
## COUNTY OF NASSAU, MINEOLA, N. Y.
### R E C O R D S   B U R E A U
#### P R E V I O U S   R E C O R D

COMMANDING OFFICER, RECORDS BUREAU

| NAME | | | | ID NUMBER | | FBI # | |
|------|--|--|--|-----------|--|-------|--|
| CADEAU, Mathieu | | | | 291759 | | NYS DCJS # | |
| ALIAS | | | | SEX Male | RACE Black | DATE OF BIRTH ███ 66 | |

| NAME | DATE | PLACE | ARRESTED OR RECEIVED | CHARGE | COURT |
|------|------|-------|----------------------|--------|-------|
| •CADEAU,MATHIEU | 10-22-90 | ELMONT NY | | SPEEDING,WARR. | HEMPSTEAD |
| •*CADEAU,MATHIEU | 7-17-97 | ELMONT | | (WARR)SPEEDING | HEMPSTEAD VILL |

This record appears in our files under the above name, however, further investigation should be made by you to determine that the subject is the same person. There has been no comparison made by fingerprints.

EXEMPT FBI 21 ' or 11:23AM ATTUCHN. INVEST PERSONS INVOLVED          R-5/11

CASE REPORT NO: **05 00347 3601**     DD NO: **05 00347 3601**     OTHER NO: **5S-1448-0**

COA002081

ACTIVITY (CODES-R,I,N,P,X,S,H): **X**     ROLE (CODES-A,C,S,V,W,O,P,L,R,G): **S**
URNAME: **CADEAU**          FIRST NAME: **MATHIEU**
STREET NO: **170**     STREET NAME: **12 130TH AVE APT**     APARTMENT NO:
VILLAGE: **QUEENS**          VILL CODE: **904**     STATE: **NY**     ZIP: **11434**
DOB: ▓▓ **1966**     HOME PHONE: **516**          BUSINESS PHONE: **516**
AIDED NO:          ARST.NO:          APPERENC TCKT NO:
DEPOSITION TAKEN(Y=YES N=NO): **Y**     PERSON STATUS (C=CLOSED S=SEALED
ARREST HISTORY:                    O=OPEN J=JUVENILE): **O**
ARRESTING OFFICER SERIAL NO:          ARRESTING OFFICER COMMAND:
RACE: **B**          HISPANIC: **N**     SEX: **M**     GANG CODE:
RELATION TO OFFENDER:     OCCUPATION:          EMPLOYMENT STATUS:
INJURY TYPE:     HOSPITAL NAME:
          NICKNAME:               DATE:          TIME:


     CLEAR - RETURN TO CICS     !  PF3 - **REPORT DETAIL**  !  PF6 - **NARRATIVE**
     PF1 - **MENU**               !  PF4 - **PERSONS**      !  PF7 - **PROPERTY**
     PF2 - **START OVER**         !  PF5 - **PHYSICAL DESC** !  PF8 - **M.O.**
                                       PF9 - **DISPLAY PREVIOUS CANDIDATE LIST**

District
Court (516)572-2355

Traffic -   989-3400
Hempstead

FEB 21 '07  11:23AM APPLICANT INQUIRY CASE REPORT    CASE NO:  05 52747 3601
                                    REPORT ATE: 05072001 TIME: 0510
CB NO: 000000353 OTHER NO: 5S-1448-0  ALARM NO:         ALARM DATE:
ALARM TIME:    ACCIDENT NO:           DET. DIV. NO: 05 00347 3601

ASS:    ASSAULT 3RD SUB 2    LAW:       SEC:       SUB:      ATTEMPT:
PE (FEL-MIS-VIO-LOC-FOA): MIS OCCURRED FROM DAY: UN DATE: 05072001 TIME: 0350
  DAY: UN DATE: 05072001 TIME: 0353 COMPL RECVD (P-O-M-T): M    VICTIMS: 01
   T NO: 809    STREET NAME: ELMONT RD    APT:       VILL CD: 029
  : NAME: ELMONT           TOWN: TOH POST: 509  ZONE:    IN/OUT: O
  IEC VILL:   BUS. NAME: MOMENTS NIGHT CLU  LOC. TYPE: 10    HOW REPORTED:
WEAPON TYPE:   DESC:          ZIP:       TRACK:
                         CRIME CATEGORY:        PROPERTY INV: Y
UNIFORM SURNAME: ALVAR         SERIAL NO: 8169  POST: 509
FORMS PREPARED UNIFORM:
DET. SURNAME: BERKU          SERIAL NO: 4575   CMD: 5SQ
FORMS PREPARED DET:
CASE STATUS: CO  DATE OF STATUS: 05222001         * SOLVABILITY *
FIELD RECOMMEND:  DD-    JAB-    UF-   AN X INDICATES  42-  43-   45-
AUTHORITY: X                    EACH FACTOR --->  49-  50-   52-
*PFKEY OPTIONS*                 THAT IS PRESENT  53-  54-   55-
                                          56-   57-
PF1-MENU  PF2-FRESH START
PF4-PERSONS  PF6-NARRATIVE
PF7-PROPERTY    PF8-M.O.  PF9-CANDIDATES

VICTIM MONIQUE HARBISON STATED THAT WHILE AT THE NIGHT CLUB MOMENTS BAR SHE WAS
--INVOLVED IN AN VERBAL ARGUMENT WITH THE BAR MAID EINETTE MYRIAN OVER SOME DRI
NKS--AND THE MONEY TO BE PAID FOR DRINKS.   ARGUMENT ESCALATED AND BAR MAID HIT
VICTIM--WITH BOTTLE ON THE LEFT SIDE OF THE HEAD CAUSING A SMALL LACERATION AND
SWELLING.--VICTIM FURTHER STATED THAT THE BAR BOUNCERS, SUSPECTS MATHIEU CADEA
AND WARRICK BURGESS, PUNCHED HER ABOUT THE BODY AND HEAD.   VICTIM REFUSED MED
IL ATTENTION--AT SCENE.   INCIDENT REFERRED TO 5TH PCT SQUAD FOR FURTHER INVES
TIGATION.   PATROL --SUPERVISORS, CLARK AND KUNST AT SCENE.   --RMP 524

*LAST NARRATIVE SEGMENT*

PF1 CASE OFFENSE MENU        PF4 FOR PERSONS
PF2 FOR FRESH START          PF6 FOR 1ST NARR. PAGE      PF8 FOR MO
PF3 FOR CASE DETAIL          PF7 FOR PROPERTY            PF9 FOR CANDIDATE LIST

PD43MP1    FEB 21 '07  11:24AM APPLICANT INVEST PERSONS INVOLVED    COA002084

CASE REPORT NO: **05 05543 1997**        DD NO:              OTHER NO:

ACTIVITY (CODES-R,I,N,P,X,S,H): **X**     ROLE (CODES-A,C,S,V,W,O,P,L,R,G): **A**
SURNAME: **CADEAU**        FIRST NAME: **MATHIEU**
STREET NO: **71**      STREET NAME: **CARNEGIE AVE**        APARTMENT NO:
VILLAGE: **ELMONT**              VILL CODE: **029**    STATE: **NY**   ZIP: **11003**
DOB: ██████**1966**   HOME PHONE: **516 488 1514**   BUSINESS PHONE: **516**
AIDED NO:              ARST.NO **05 01796 1997**    APPERENC TCKT NO: **0091241**
DISPOSITION TAKEN(Y=YES N=NO): **N**    PERSON STATUS(C=CLOSED S=SEALED
ARREST HISTORY:                      O=OPEN J=JUVENILE): **O**
ARRESTING OFFICER SERIAL NO: **8061**       ARRESTING OFFICER COMMAND: **005**
RACE: **B**      HISPANIC: **N**    SEX: **M**   GANG CODE:
RELATION TO OFFENDER:      OCCUPATION:                EMPLOYMENT STATUS:
INJURY TYPE:     HOSPITAL NAME:
             NICKNAME:              DATE: **07171997**    TIME: **2257**


CLEAR - RETURN TO CICS       !  PF3 - REPORT DETAIL  !  PF6 - NARRATIVE
PF1 - MENU                   !  PF4 - PERSONS        !  PF7 - PROPERTY
PF2 - START OVER             !  PF5 - PHYSICAL DESC  !  PF8 - M.O.
                                PF9 - DISPLAY PREVIOUS CANDIDATE LIST

FEB 21 '07  11:24AM APPLICANT INVENTORY CASE REPORT         CASE NO: OA80050345 1997
                                           REPORT DATE: 07171997  TIME: 2353
CB NO: 000002135  OTHER NO:
ALARM TIME:      ACCIDENT NO:                ALARM NO:           ALARM DATE:
                                       DET. DIV. NO:

CLASS:     EXCESSIVE SPEED                LAW: VTL  SEC: 1180D   SUB:        ATTEMPT:
TYPE (FEL-MIS-VIO-LOC-FOA): VIO OCCURRED FROM DAY: TH DATE: 07171997 TIME: 2130
DAY: TH DATE: 07171997 TIME: 2130 COMPL RECVD (P-O-M-T): O
STREET NO:        STREET NAME: HEMPSTEAD TPKE              APT:         VICTIMS: 01
VILL. NAME: FRANKLIN SQUARE       TOWN: TOH  POST: 507  ZONE:     VILL CD: 033
INC VILL: N  BUS. NAME: PARKING LOT 636      LOC. TYPE: 31A   IN/OUT: O
WEAPON TYPE:    DESC:             ZIP:                    HOW REPORTED: V
                                          TRACK:
                                    CRIME CATEGORY:
UNIFORM SURNAME: ZAYAS                                    PROPERTY INV: N
                          SERIAL NO: 8061    POST: 1256
FORMS PREPARED UNIFORM: 99 32B 81 305 79 DCJS3221 8A
DET. SURNAME:                SERIAL NO:        CMD:
FORMS PREPARED DET:
CASE STATUS: CA  DATE OF STATUS: 07171997
FIELD RECOMMEND: DD-    JAB-    UF- X  AN X INDICATES    42-   * SOLVABILITY *
AUTHORITY: SGT HERMANN                 EACH FACTOR  --->  49- X  43- X  45- X
*PFKEY OPTIONS*                        THAT IS PRESENT   53-   50-    52-
PF1-MENU  PF2-FRESH START                               54-    55-
PF4-PERSONS  PF6-NARRATIVE                               56- X  57- X
PF7-PROPERTY    PF8-M.O.  PF9-CANDIDATES

                                                              00PFIX

FEB 21 '07   11:24 FUTT1LPRY   NARRATIVE          CR #: 05-05543 1997     P.10/11     1

INQUIRY CASE NARRATIVE

AT TIME AND POO COMP STATED TO OFFICER BEYERLEIN AT OFFENDER ENGAGED
HER IN AN ARGUMENT AND BECAME VERBALLY ABUSIVE AND TRIED TO TAKE THE IGNITION
KEYS TO HER CAR FROM  HER. VICTIM STATED TO ABOVE OFFICER THAT SHE HAD A
VALID ORDER OF PROTECTION AGAINST OFFENDER AND WANTED TO HAVE HIM ARRESTED
TELEPHONE CALL TO RECORDS BURAEU REVEALED THAT NO SUCH ORDER EXISTED. COMP
SNED A 32B INDICATING THAT SHE WANTED HIM ARRESTED FORHARASSING HER.
OFFENDER APPROACHED OFFICER ZAYES AND OFFICER SAWINA AT BOOTH A IN ELMONT
AND STATED TO THEM THAT HE FELT THE POLICE WERE LOOKING FOR HIM BECAUSE-----
HE HAD AN ARGUMENT WITH HIS EXGIRLFRIEND.  OFFENDER WAS PLACED UNDER ARREST
AND BROUGHT TO 5TH PCT STATION HOUSE  PO SAWINA CONTACTED COMP VIA TELEPHONE
AND EXPLAINED TO HER THAT SHE WOULD HAVE TO COME TO THE 5TH PCT TO HAVE
SUBJECT ARRESTED    COMP STATED TO OFFICER THAT SHE CHANGED HER MIND AND SHE
WANTED NO POLICE ACTION TAKEN DUE TO THE FACT THAT SHE WAS UNWILLING TO ---
COME TO THE PCT.  WHILE OFFICERS WERE INVESTIGATING THE VALIDITY OF A -----
VALID ORDER OF PROTECTION AGAINST DEF THEY DISCOVERED THAT DEF HAD AN OPEN

PRESS ENTER KEY TO SEE MORE NARRATIVE

PF1 CASE OFFENSE MENU      PF4 FOR PERSONS         PF8 FOR MO
PF2 FOR FRESH START        PF6 FOR 1ST NARR. PAGE  PF9 FOR CANDIDATE LIST
PF3 FOR CASE DETAIL        PF7 FOR PROPERTY

WARRANT FOR SPEEDING ISSUED BY JUDGE GOLDSTIEN ON 02/28/91 IN THE HEMPSTEAD
VILLAGE COURT AND LT MCNAMARA HEMPSTEAD VILLAGE POLICE NOTIFIED AND
REQUESTED AN APPEARANCE TICKET BE ISSUED RETURNABLE 7/30/97 TO THE
HEMPSTEAD VILLAGE COURT.   WARRANT NUMBER IS 4780-91   CAR 1256------------------
@68 0018

*LAST NARRATIVE SEGMENT*

PF2 CASE OFFENSE MENU          PF4 FOR PERSONS
PF4 FOR FRESH START            PF6 FOR 1ST NARR. PAGE          PF8 FOR MO
PF3 FOR CASE DETAIL            PF7 FOR PROPERTY                PF9 FOR CANDIDATE LIST

COA002088

ATLANTA POLICE DEPARTMENT
RECRUITMENT UNIT
675 PONCE DE LEON AVE. N.E.
ATLANTA, GEORGIA  30308
OFFICE (404) 853-7650
FAX      (404) 853-7645 or 7652



# FAX COVER SHEET

| To: | Gaithersburg Police Department | From: | Officer J. Zambrano |
|---|---|---|---|
| Attn: | ID/Records Section | Pages: | 2 |
| Fax: | 301-258-6410 | Date: | February 13, 2007 |
| Phone: | | | |

__√__ Urgent      ____ For Review      __Please Comment      __√__ Please Reply

This subject has made application with our agency for a **Police Officer** position. A background investigation is being conducted to determine his/her suitability for such position. This bureau would greatly appreciate a check being made to ascertain whether or not the listed subject has a criminal record in your area, as well as a check of his/her traffic/DUI records/reports.

| Re: | Cadeau, Mathieu Elsh Pierre Sterling |
|---|---|
| AKA: | |
| S.S. # | |
| DOB: | 1966 |
| Race/Sex | B/M |

Attached is a consent form signed by the applicant, please fax your response to (404) 853-7645 or (404) 853-7652. Thank you for your cooperation.

Officer J. Zambrano

COA002089

ATLANTA POLICE DEPARTMENT
RECRUITMENT UNIT
675 PONCE DE LEON AVE. N.E.
ATLANTA, GEORGIA  30308
OFFICE (404) 853-7650
FAX     (404) 853-7645 or 7652



# FAX COVER SHEET

| To:    NYPD – Inter-City Correspondence Unit | From:   Officer J. Zambrano |
|---|---|
| Attn:  I.D Section | Pages:  2 |
| Fax:   646-610-5849 | Date: February 13, 2007 |
| Phone: 646-610-5030 | |

_√_ Urgent        ___ For Review        __Please Comment        _√_ Please Reply

This subject has made application with our agency for a **Police Officer** position. A background investigation is being conducted to determine his/her suitability for such position. This bureau would greatly appreciate a check being made to ascertain whether or not the listed subject has a criminal record in your area, as well as a check of his/her traffic records/reports.

| **Re:** | Cadeau, Mathieu Elsh Pierre Sterling |
|---|---|
| **AKA:** | |
| **S.S.#** | |
| **DOB:** | /1966 |
| **Race/Sex:** | B/M |

Attached is a consent form signed by the applicant, please fax your response to (404) 853-7645 or (404) 853-7652. Thank you for your cooperation.

Officer J. Zambrano 

COA002090



APPLICANT

LEAVE BLANK

CADEAU TYPE OR PRINT ALL INFORMATION IN BLACK
LAST NAME NAM        FIRST NAME

CADEAU, MATHIEU PS

ALIASES AKA

GAAPD0000 PD
ATLANTA, GA

FBI        LEAVE BLANK

451 MBRUST LN

0307      MCK8U

riminal Justice Employment

CITIZENSHIP CTZ
US
YOUR NO. OCA

FBI#  0000912168

ARMED FORCES NO. MNU

SOCIAL SECURITY NO. SOC

MISCELLANEOUS NO. MNU

LETCN 0546003805

| SEX | RACE | HGT | WGT | EYES | HAIR |
|-----|------|-----|-----|------|------|
| M | B | 600 | 250 | BRO | BLK |

DATE OF BIRTH DOB
Month   Day   Year

LEAVE BLANK

ID 50X50G8          #          15:22:44                    LXOPS      #11-59969      20070103-15:22

COA002091



Ofc. W Zambrano
Recruitment Unit

**CITY OF ATLANTA**
**ATLANTA POLICE DEPARTMENT**
**675 PONCE DE LEON, 6TH FLOOR**
**ATLANTA, GEORGIA 30308**

**FINGERPRINT FORM**

NAME: Cadeau                    Mathieu      Elsh Pierre Sterling
          (Last)                (First)           (Middle)

ADDRESS: 9451 Herust Lane     Gaithersburg  MD    20879
          (Number)   (Street)      (City)    (State)   (Zip Code)

Position applied for: Police Officer        Date of Birth: [redacted]-66  Age: 40

Driver's License # C-300 589-694-638        Social Security # [redacted]

SEX M    RACE Afro-Am HGT. 6'  WGT. 225 lbs EYES DK Br HAIR BLK  P.O.B. NYC/NY

## TO BE FILLED OUT BY THE ATLANTA POLICE DEPARTMENT

**IDENTIFICATION SECTION:**
The applicant named above was fingerprinted:   Date: 1/3/06

                                               Signed: X. Diaz

**RECORD ROOM:**
The records of the Atlanta Police Department for the applicant named above have been checked with the following results:

                                               Signed:

**FEDERAL BUREAU OF INVESTIGATION**
The records of the Federal Investigation Bureau for the applicant named above have been checked with the following results:

                                               Signed:

                                               Investigator's Name:

FORM 6-A-1 Rev. 4/2003

COA002093

Received: from tnet02.GBITNET.local (tnet02 [167.192.22.25]) by natms.coaafis.or
From: tnetsystem@TNET02.GBITNET.local
Received: from TNET01 (tnet01.GBITNET.local [192.168.10.2])
        by tnet02.GBITNET.local (8.12.11/8.12.11) with SMTP id l03LjkwF026899;
        Wed, 3 Jan 2007 16:45:46 -0500
Message-Id: <200701032145.l03LjkwF026899@tnet02.GBITNET.local>
Date: Wed, 03 Jan 2007 16:45:46 -0500
Subject: mfi TCN: 20070031485089999-0546003895 - FBI Identification Response
To: ls54@natms.coaafis.org, rjmail@natms.coaafis.org
Reply-To: tnetsystem@TNET02.GBITNET.local
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary=0A8B6045443D18768AFF082E5DA527D7

--0A8B6045443D18768AFF082E5DA527D7
Content-Type: text/plain
Content-Transfer-Encoding: quoted-printable

TYPE:mfi - FBI Identification Response
LS TCN:0546003895
GBI TCN:70031485089999
DATE/TIME:2007/01/03 16:45:45
OCA:
FBI NUMBER:
SID:
NAME:CADEAU,MATHIEU PS
FBI IDENT:N
FBI RAPSHEET RESPONSE BELOW:

                    CIVIL APPLICANT RESPONSE


ICN IFCS0001000023224689      CIDN            OCA
CADEAU,MATHIEU PS              B 600 1966/
MNU              SOC           SEX M
FPC
HENRY CLASS                         API

    GAAPD0000 POLICE DEPARTMENT      DATE FP
            ATLANTA GA               2007/01/03
    A SEARCH OF THE FINGERPRINTS ON THE ABOVE
INDIVIDUAL HAS REVEALED NO PRIOR ARREST
DATA.            CJIS DIVISION
2007/01/03      FEDERAL BUREAU OF INVESTIGATION

COA002094

```
Received: from tnet02.GBITNET.local (tnet02 [167.19..22.25]) by natms.coaafis.o:
From: tnetsystem@TNET02.GBITNET.local
Received: from TNET01 (tnet01.GBITNET.local [192.168.10.2])
        by tnet02.GBITNET.local (8.12.11/8.12.11) with SMTP id l03LgC8W022574;
        Wed, 3 Jan 2007 16:42:12 -0500
Message-Id: <200701032142.l03LgC8W022574@tnet02.GBITNET.local>
Date: Wed, 03 Jan 2007 16:42:12 -0500
Subject: mid TCN: 0546003895 - GBI Identification Response
To: ls54@natms.coaafis.org, rjmail@natms.coaafis.org
```

```
TYPE:mid
LSTCN:0546003895
GBITCN:70031485089999
DATE/TIME:2007/01/03 16:42:12
NAME:CADEAU, MATHIEU PS
SID:NoRecord
IDENT:NO RECORD ON FILE
```

COA002095

```
GAAPD0000
CHIEF
POLICE DEPARTMENT
675 PONCE DE LEON AVE NE
ATLANTA,GA 30308-1807
```

--0A8B6045443D18768AFF082E5DA527D7--

Report Results - This Form Produced by Equifax | User Reference: APDBR2     Page 1 of 6

COA002096

## Inquiry Information:

```
Date of Inquiry:       11/17/2006
UserID:                APDBR24

Subject Information:   Name:          Cadeau, mathieu
                       SSN:           ███████████

                       Current Address:  9451 Merust
                                         Gaithersburg, MD
```

## Report Results

```
        SSN ISSUED-80                STATE ISSUED-NY
        **PERSONA-FILE FOR EMPLOYMENT PURPOSES**

    ***************************************************************************

    * ADDRESS DISCREPANCY - A SUBSTANTIAL DIFFERENCE OCCURRED              *

    ***************************************************************************

    *  007 EQUIFAX INFORMATION SERVICES LLC,              P O BOX 740241,
          ,ATLANTA,GA,30374-0241,800/685-1111

    *CADEAU,MATHIEU,PIERRE   SINCE 04/09/88 FAD 10/30/06          FN-231
     9451,MERUST,LN,MONTGOMERY VILLAGE,MD,20879,TAPE RPTD 02/06
     18411,LOST KNIFE,CIR APT 202,MONTGOMERY VILLAGE,MD,20886,TAPE RPTD 11/05
     18411,LOSTKNIFE,CIR APT 202,GAITHERSBURG,MD,20886,CRT RPTD 02/04
     FN-CADEAU,MATHIEU,E
     FN-CADEAU,ELSH,M
     SSS-███████████
    01 ES-,NYCB BANK
    02 EF-OWNER,C C SECURITY,JAMAICA,NY

    *SUM-04/89-10/06,PR/OI-NO,COLL-NO,FB-NO, ACCTS:21,HC$0-11788, 2-ZEROS, 15-ONES,
       1-THREE, 2-FIVES, 1-NINE, HIST DEL- 1-THREE, 9-FOURS, 2-FIVES, 1-NINE.
    *****************************
```

| FIRM / IDENT CODE<br>ECOA/ACCOUNT NUMBER | CS | RPTD<br>OPND | LIMIT<br>P/DUE | HICR<br>TERM | BAL $ | DLA MR (30-60-90+)MAX/DEL<br>24 MONTH HISTORY |
|---|---|---|---|---|---|---|
| HSBC NV    *163BB17492 | R3 | 10/06 | 300 | --- | 671 | 06/06 35 (05-02-01) |
| I/ | | 10/03 | 32 | 30 | | 432**2*2**2*/******32*** |
|    CREDIT CARD | | | | | | |
| CAP 1 BANK*850BB1498 | R1 | 09/06 | --- | 641 | 639 | 09/06 28 (04-03-01) |
| I/ | | 05/04 | --- | 36 | | 32**432*****/**32***2*** |
|    CREDIT CARD | | | | | | |
|    REVOLVING TOTALS | | | 300 | 641 | 1310 | |
| | | | 32 | 66 | | |
| NCO/MARLIN*496FY111 | O5 | 03/05 | --- | 100 | 0 | 06/01 |
| I/ | | | --- | --- | | |
|    PAID COLLECTION | | | | | | |
| NYSDSS-28 *426VS31 | O1 | 05/04 | --- | 0 | --- | 05/04 99 |

Report Results - This Form Produced by Equifax | User Reference: APDBR2      COA002097   Page 3 of 6

```
      I/                    ---    278
            CHILD/FAMILY SUPPORT OBLIGATION

      NYSDSS-28 *426VS31    O1 03/97    ---      0      0 02/97 16
      I/                    ---    ----

            OPEN TOTALS                ---    100    ---
                                       ---    ---
      -------------------------------------------------------------
      AMGNL    *491FP98156 I1 09/06    ---   2748   2147 09/06 10 (00-01-01)
      I/                   11/05    ---    143        ***43******/***********
            CHATTEL

      NELNET LNS*146FZ277   I1 09/06   ---   1600   1738 12/05 27 (00-00-01)
      I/                   04/00    ---     21        *****4******/***********
            PAYMENT DEFERRED


      NELNET LNS*146FZ277   I1 09/06   ---   1050   1086 12/05 43 (00-00-03)01/03-I5
      I/                   04/00    ---     13        *****4******/***********
            PAYMENT DEFERRED

      NELNET LNS*146FZ277   I1 09/06   ---   1600   1811 12/05 27 (00-00-01)
      I/                   07/99    ---     22        *****4******/***********
            PAYMENT DEFERRED

      NELNET LNS*146FZ277   I1 09/06   ---   1050   1086 12/05 45 (00-00-03)01/03-I5
      I/                   07/99    ---     13        *****4******/***********
            PAYMENT DEFERRED

      CHASE    *655BB37694 I9 05/04   ---  11788      0 01/04   (04-03-00)02/02-I3
      I/                   06/01    ---    50Y        **332******2/****2*******
            CONSUMER DISPUTES AFTER RESOLUTION
            CHARGED OFF ACCOUNT

      AMGNL    426FP1818   I1 02/04   ---    ---      0 09/01   (00-00-01)09/01-I9
      I/                   05/01    ---    100
            CLOSED OR PAID ACCOUNT/ZERO BALANCE
            SECURED

      ED FIN SRV 496ZZ205  I1 01/04   ---   1600      0 06/02 31 (00-02-02)
      I/                   04/00    ---    ---        ***********/***43**43***
            ACCOUNT CLOSED BY CONSUMER

      ED FIN SRV 496ZZ205  I1 01/04   ---   1050      0 06/02 31 (00-02-02)
      I/                   04/00    ---    ---        ***********/***43**43***
            ACCOUNT CLOSED BY CONSUMER

      ED FIN SRV 496ZZ205  I1 01/04   ---   1600      0 06/02 31 (00-02-02)
      I/                   07/99    ---    ---        ***********/***43**43***
            ACCOUNT CLOSED BY CONSUMER

      ED FIN SRV 496ZZ205  I1 01/04   ---   1050      0 06/02 31 (00-02-02)
      I/                   07/99    ---    ---        ***********/***43**43***
            ACCOUNT TRANSFERRED OR SOLD

      DP OF EDUC*906VF15    I5 10/03   ---   1000      0 09/03
      I/                   04/89    ---    36M
            STUDENT LOAN ASSIGNED TO GOVERNMENT
```

· Report Results - This Form Produced by Equifax | User Reference: APDBR2      COA002098 Page 2 of 6

PAID COLLECTION

```
HSBC BANK *405BB272    I1 09/00    ---    1600     0 09/00 04
I/                        04/00    ---    ---
    STUDENT LOAN
    ACCOUNT TRANSFERRED OR SOLD

HSBC BANK *405BB272    I1 09/00    ---    1050     0 09/00 04
I/                        04/00    ---    ---
    STUDENT LOAN
    ACCOUNT TRANSFERRED OR SOLD

HSBC BANK *405BB272    I0 03/00    ---    1600     0 02/00
I/                        07/99    ---    ---


    ACCOUNT TRANSFERRED OR SOLD
    STUDENT LOAN

HSBC BANK *405BB272    I0 03/00    ---    1050     0 02/00
I/                        07/99    ---    ---
    ACCOUNT TRANSFERRED OR SOLD
    STUDENT LOAN

    INSTALLMENT TOTALS         ---    8048    7868
                               ---     212
```
--------------------------------------------------------------------------
```
    GRAND TOTALS               300    8789    9178
                                32     278
```
--------------------------------------------------------------------------

```
*INQS-AM GEN FIN 234FP19955 10/30/06     TOTCRDTSRV 180ZB06298 07/31/06
     FACREDCO   181ZB05240 06/28/06       CAP ONE AF 484FA658   06/28/06
     CITI AUTO  401FP23262 06/28/06       HSBC AUTO  181FA1113  06/28/06
     REG ACCPT  456FP5812  06/28/06       TRIADFINCO 180FA3771  06/28/06
     CREDCO     181ZB01801 11/21/05       MC TH FCU  491FC77636 11/21/05
     AM GEN FIN 234FP19955 11/21/05       AM GEN FIN 234FP19955 11/04/05
     COBB CO SH 401VC1417  07/13/05       FAC        181ZB04748 07/12/05
     SAFERENT   152ZB00253 07/11/05       AM GEN FIN 234FP19955 06/06/05
     FAC        181ZB04748 05/12/05       FA CREDCO  181ZB01975 05/04/05
     RELS CRDT  181ZB03245 04/26/05       BENECL/HFC 155FP31347 11/23/04
```

*****************************************************************
PARA INFORMACION EN ESPANOL, VISITE WWW.FTC.GOV/CREDIT O ESCRIBE A LA FTC
CONSUMER REPSONSE CENTER, ROOM 130-A 600 PENNSYLVANIA AVE. N.W.,
WASHINGTON, D.C. 20580.

    A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT

THE FEDERAL FAIR CREDIT REPORTING ACT (FCRA) PROMOTES THE ACCURACY, FAIRNESS,
AND PRIVACY OF INFORMATION IN THE FILES OF CONSUMER REPORTING AGENCIES.  THERE
ARE MANY TYPES OF CONSUMER REPORTING AGENCIES, INCLUDING CREDIT BUREAUS AND
SPECIALTY AGENCIES (SUCH AS AGENCIES THAT SELL INFORMATION ABOUT CHECK WRITING
HISTORIES, MEDICAL RECORDS, AND RENTAL HISTORY RECORDS).  HERE IS A SUMMARY OF
YOUR MAJOR RIGHTS UNDER THE FCRA.  FOR MORE INFORMATION, INCLUDING INFORMATION
ABOUT ADDITIONAL RIGHTS, GO TO WWW.FTC.GOV/CREDIT OR WRITE TO:  CONSUMER
RESPONSE CENTER, ROOM 130-A, FEDERAL TRADE COMMISSION, 600 PENNSYLVANIA AVE.
N.W., WASHINGTON, D.C. 20580.

Report Results - This Form Produced by Equifax | User Reference: APDBR2     COA002099     Page 4 of 6

* YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.*
--------------------------------------------------------------------------
ANYONE WHO USES A CREDIT REPORT OR ANOTHER TYPE OF CONSUMER REPORT TO DENY YOUR
APPLICATION FOR CREDIT, INSURANCE, OR EMPLOYMENT - OR TO TAKE ANOTHER ADVERSE
ACTION AGAINST YOU - MUST TELL YOU, AND MUST GIVE YOU THE NAME, ADDRESS, AND
PHONE NUMBER OF THE AGENCY THAT PROVIDED THE INFORMATION.


* YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.*
--------------------------------------------------------------------------
YOU MAY REQUEST AND OBTAIN ALL THE INFORMATION ABOUT YOU IN THE FILES OF A
CONSUMER REPORTING AGENCY (YOUR "FILE DISCLOSURE"). YOU WILL BE REQUIRED TO
PROVIDE PROPER IDENTIFICATION, WHICH MAY INCLUDE YOUR SOCIAL SECURITY NUMBER.


IN MANY CASES, THE DISCLOSURE WILL BE FREE.  YOU ARE ENTITLED TO A FREE FILE
DISCLOSURE IF:
   *  A PERSON HAS TAKEN ADVERSE ACTION AGAINST YOU BECAUSE OF INFORMATION IN
      YOUR CREDIT REPORT
   *  YOU ARE THE VICTIM OF IDENTITY THEFT AND PLACE A FRAUD ALERT IN YOUR FILE
   *  YOUR FILE CONTAINS INACCURATE INFORMATION AS A RESULT OF FRAUD
   *  YOU ARE ON PUBLIC ASSISTANCE
   *  YOU ARE UNEMPLOYED BUT EXPECT TO APPLY FOR EMPLOYMENT WITHIN 60 DAYS.
IN ADDITION, BY SEPTEMBER 2005 ALL CONSUMERS WILL BE ENTITLED TO ONE FREE
DISCLOSURE EVERY 12 MONTHS UPON REQUEST FROM EACH NATIONWIDE CREDIT BUREAU
AND FROM NATIONWIDE SPECIALTY CONSUMER REPORTING AGENCIES.  SEE
WWW.FTC.GOV/CREDIT FOR ADDITIONAL INFORMATION.


* YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.*
--------------------------------------------------------------------------
CREDIT SCORES ARE NUMERICAL SUMMARIES OF YOUR CREDIT-WORTHINESS BASED ON
INFORMATION FROM CREDIT BUREAUS.  YOU MAY REQUEST A CREDIT SCORE FROM CONSUMER
REPORTING AGENCIES THAT CREATE SCORES OR DISTRIBUTE SCORES USED IN RESIDENTIAL
REAL PROPERTY LOANS, BUT YOU WILL HAVE TO PAY FOR IT.  IN SOME MORTGAGE
TRANSACTIONS, YOU WILL RECEIVE CREDIT SCORE INFORMATION FOR FREE FROM THE
MORTGAGE LENDER.


* YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.*
--------------------------------------------------------------------------
IF YOU IDENTIFY INFORMATION IN YOUR FILE THAT IS INCOMPLETE OR INACCURATE, AND
REPORT IT TO THE CONSUMER REPORTING AGENCY, THE AGENCY MUST INVESTIGATE UNLESS
YOUR DISPUTE IS FRIVOLOUS.  SEE WWW.FTC.GOV/CREDIT FOR AN EXPLANATION OF
DISPUTE PROCEDURES.


* CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR
UNVERIFIABLE INFORMATION.*
--------------------------------------------------------------------------
INACCURATE, INCOMPLETE OR UNVERIFIABLE INFORMATION MUST BE REMOVED OR
CORRECTED, USUALLY WITHIN 30 DAYS.  HOWEVER, A CONSUMER REPORTING AGENCY MAY
CONTINUE TO REPORT INFORMATION IT HAS VERIFIED AS ACCURATE.


* CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.*
--------------------------------------------------------------------------
IN MOST CASES, A CONSUMER REPORTING AGENCY MAY NOT REPORT NEGATIVE INFORMATION

COA002100

THAT IS MORE THAN SEVEN YEARS OLD, OR BANKRUPTCIES THAT ARE MORE THAN 10 YEARS OLD.

* ACCESS TO YOUR FILE IS LIMITED.*
---------------------------------------------------------------------
A CONSUMER REPORTING AGENCY MAY PROVIDE INFORMATION ABOUT YOU ONLY TO PEOPLE WITH A VALID NEED -- USUALLY TO CONSIDER AN APPLICATION WITH A CREDITOR, INSURER, EMPLOYER, LANDLORD, OR OTHER BUSINESS.  THE FCRA SPECIFIES THOSE WITH A VALID NEED FOR ACCESS.

* YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS.*
---------------------------------------------------------------------
A CONSUMER REPORTING AGENCY MAY NOT GIVE OUT INFORMATION ABOUT YOU TO YOUR EMPLOYER, OR A POTENTIAL EMPLOYER, WITHOUT YOUR WRITTEN CONSENT GIVEN TO THE EMPLOYER.  WRITTEN CONSENT GENERALLY IS NOT REQUIRED IN THE TRUCKING INDUSTRY. FOR MORE INFORMATION, GO TO WWW.FTC.GOV/CREDIT.

* YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT.*
---------------------------------------------------------------------
UNSOLICITED "PRESCREENED" OFFERS FOR CREDIT AND INSURANCE MUST INCLUDE A TOLL-FREE PHONE NUMBER YOU CAN CALL IF YOU CHOOSE TO REMOVE YOUR NAME AND ADDRESS FROM THE LISTS THESE OFFERS ARE BASED ON.  YOU MAY OPT-OUT WITH THE NATIONWIDE CREDIT BUREAUS AT 1-888-5-OPTOUT (1-888-567-8688).

* YOU MAY SEEK DAMAGES FROM VIOLATORS.*
---------------------------------------------------------------------
IF A CONSUMER REPORTING AGENCY, OR, IN SOME CASES, A USER OF CONSUMER REPORTS OR A FURNISHER OF INFORMATION TO A CONSUMER REPORTING AGENCY VIOLATES THE FCRA, YOU MAY BE ABLE TO SUE IN STATE OR FEDERAL COURT.

* IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS.*
---------------------------------------------------------------------
FOR MORE INFORMATION, VISIT WWW.FTC.GOV/CREDIT.

STATES MAY ENFORCE THE FCRA, AND MANY STATES HAVE THEIR OWN CONSUMER REPORTING LAWS.  IN SOME CASES, YOU MAY HAVE MORE RIGHTS UNDER STATE LAW.  FOR MORE INFORMATION, CONTACT YOUR STATE OR LOCAL CONSUMER PROTECTION AGENCY OR YOUR STATE ATTORNEY GENERAL.  FEDERAL ENFORCERS ARE:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| CONSUMER REPORTING AGENCIES, CREDITORS, AND OTHERS NOT LISTED BELOW | FEDERAL TRADE COMMISSION: CONSUMER RESPONSE CENTER - FCRA WASHINGTON, DC 20580 * 1-877-382-4357 |
| NATIONAL BANKS, FEDERAL BRANCHES /AGENCIES OF FOREIGN BANKS (WORD "NATIONAL" OR INITIALS "N.A." APPEAR IN OR AFTER BANK'S NAME) | OFFICE OF THE COMPTROLLER OF THE CURRENCY COMPLIANCE MANAGEMENT, MAIL STOP 6-6 WASHINGTON, DC 20219 * 800-613-6743 |

Report Results - This Form Produced by Equifax | User Reference: APDBR2   Page 6 of 6

COA002101

```
FEDERAL RESERVE SYSTEM MEMBER BANKS    FEDERAL RESERVE BOARD
(EXCEPT NATIONAL BANKS, AND FEDERAL    DIVISION OF CONSUMER - COMMUNITY AFFAIRS
BRANCHES/AGENCIES OF FOREIGN BANKS)    WASHINGTON, DC 20551 * 202-452-3693
-----------------------------------------------------------------------------
SAVINGS ASSOCIATIONS AND               OFFICE OF THRIFT SUPERVISION
FEDERALLY CHARTERED SAVINGS BANKS      CONSUMER COMPLAINTS
(WORD "FEDERAL" OR INITIALS "F.S.B."   WASHINGTON, DC 20552 * 800-842-6929
APPEAR IN FEDERAL INSTITUTION'S NAME)
-----------------------------------------------------------------------------
FEDERAL CREDIT UNIONS                  NATIONAL CREDIT UNION ADMINISTRATION
(WORDS "FEDERAL CREDIT UNION"          1775 DUKE STREET
APPEAR IN INSTITUTION'S NAME)          ALEXANDRIA, VA 22314 * 703-519-4600
-----------------------------------------------------------------------------
STATE-CHARTERED BANKS THAT ARE         FEDERAL DEPOSIT INSURANCE CORPORATION
NOT MEMBERS OF THE FEDERAL             CONSUMER RESPONSE CENTER
RESERVE SYSTEM                         2345 GRAND AVENUE, SUITE 100
                                       KANSAS CITY, MISSOURI 64108-2638
                                       * 1-877-275-3342


-----------------------------------------------------------------------------
AIR, SURFACE, OR RAIL COMMON           DEPARTMENT OF TRANSPORTATION
CARRIERS REGULATED BY FORMER CIVIL     OFFICE OF FINANCIAL MANAGEMENT
AERONAUTICS BOARD OR INTERSTATE        WASHINGTON, DC 20590 * 202-366-1306
COMMERCE COMMISSION
-----------------------------------------------------------------------------
ACTIVITIES SUBJECT TO THE              DEPARTMENT OF AGRICULTURE
PACKERS AND STOCKYARDS ACT, 1921       OFFICE OF DEPUTY ADMINISTRATOR - GIPSA
                                       WASHINGTON, DC 20250 * 202-720-7051
-----------------------------------------------------------------------------
&

END OF REPORT EQUIFAX AND AFFILIATES -  11/17/06              SAFESCANNED
```

COA002102



# CITY OF ATLANTA

Shirley Franklin
Mayor

675 Ponce De Leon Ave.  NE
Atlanta, Georgia 30308
(404) 817-6900

Atlanta Police Department
Richard J. Pennington
Chief of Police

I, _Mathieu Cadeau_ acknowledge that my financial management skills need improvement. I further acknowledge that I have past due accounts that are of concern. These past due accounts have been discussed with me today and I have received a copy of my credit report. I agree to contact these creditors and provide agreements of payment plans. I will provide receipts of payment on a monthly basis and understand failure to do so will have an adverse effect on my chance of employment.

If employment is gained, I will continue to provide receipts of payment and failure to do so may result in termination of my employment with the City of Atlanta.

Signature

Date  1/4/07

Witness

Date  1/4/07

COA002103

Account Number: ████████
Statement Date: 12/01/2006 - 12/31/2006
Page: 3

## CHECKING

| Date | Transaction Description | Amount | Balance |
|------|------------------------|--------|---------|
| 12/21/2006 | DATA: 323135560 | | |
| 12/21/2006 | Check 000515 | ▓▓▓ | ▓▓▓▓▓ |
| 12/21/2006 | Withdrawal Home Banking Transfer | ▓▓▓▓ | ▓▓▓▓▓ |
| 12/21/2006 | To CADEAU,MATHIEU E XXXXXXXXX Share 20 | | |
| 12/21/2006 | MCW Internet Home Banking Transfer | | |
| 12/26/2006 | Withdrawal Home Banking Transfer | ▓▓▓ | ▓▓▓▓▓ |
| 12/26/2006 | To CADEAU,MATHIEU E XXXXXXXXX Share 20 | | |
| 12/26/2006 | MCW Internet Home Banking Transfer | | |
| 12/27/2006 | Withdrawal Home Banking Transfer | ▓▓▓▓ | ▓▓▓▓▓ |
| 12/27/2006 | To CADEAU,MATHIEU E XXXXXXXXX Share 20 | | |
| 12/27/2006 | MCW Internet Home Banking Transfer | | |
| 12/28/2006 | Withdrawal MoneyTalk Transfer | ▓▓▓▓ | ▓▓▓▓▓ |
| 12/28/2006 | To CADEAU,MATHIEU E XXXXXXXXX Share 20 | | |
| | **Your JOINT CHECKING Ending Balance 12/31/2006** | | **$321.15** |
| | 8 Share Deposits   $2,057.00 | | |
| | 33 Share Withdrawals -$1,735.85 | | |
| | NSF Unpaid Item Fee This Month | ▓▓▓▓▓ | |
| | NSF Unpaid Item Year to Date | ▓▓▓▓ | |
| | Courtesy Pay Overdraft Item Fee This Month | ▓▓▓▓ | |
| | Courtesy Pay Overdraft Year to Date | ▓▓▓▓ | |

## SHARE SAVINGS

| Date | Transaction Description | Amount | Balance |
|------|------------------------|--------|---------|
| **ID 01: REGULAR SAVINGS** | | | |
| **Balance Forward on 12/01/2006** | | | **$5.00** |
| | **Your REGULAR SAVINGS Ending Balance 12/31/2006** | | **$5.00** |

## YTD SUMMARY

YTD DIVIDEND:                                    $0.00

Any questions regarding this statement, please e-mail mctfcu@mctfcu.org.

*Continued on next page*

COA002104

Account Number: ▮▮▮▮
Statement Date:  12/01/2006 - 12/31/2006
Page:  2

## CHECKING

| Date | Transaction Description | Amount | Balance |
|------|------------------------|--------|---------|
| 12/07/2006 | From CADEAU,MATHIEU E XXXXXXXXXX Share 20 | | |
| 12/07/2006 | MCW Internet Home Banking Transfer | | |
| 12/07/2006 | Deposit Home Banking Transfer | ▬▬▬ | ▬▬▬ |
| 12/07/2006 | From CADEAU,MATHIEU E XXXXXXXXXX Share 20 | | |
| 12/07/2006 | MCW Internet Home Banking Transfer | | |
| 12/08/2006 | Withdrawal MoneyTalk Transfer | ▬▬▬ | ▬▬▬ |
| 12/08/2006 | To YARBOROUGH-CADEA XXXXXXXXXX Share 21 | | |
| 12/11/2006 | Withdrawal MoneyTalk Transfer | ▬▬▬ | ▬▬▬ |
| 12/11/2006 | To CADEAU,MATHIEU E XXXXXXXXXX Share 20 | | |
| 12/12/2006 | Withdrawal Debit Card Check Card | ▬▬▬ | ▬▬▬ |
| | DELI PLUS DERWOOD MD | | |
| 12/12/2006 | Withdrawal Debit Card Check Card | ▬▬▬ | ▬▬▬ |
| | DUNKIN #335440 Q35 ASPEN HILL MD | | |
| 12/12/2006 | Withdrawal Debit Card Check Card | ▬▬▬ | ▬▬▬ |
| | CHIPOTLE #0683 Q73 SILVER SPRING MD | | |
| 12/12/2006 | Withdrawal Debit Card Check Card | ▬18.50 | ▬▬▬ |
| | HUNGRY HOWIES PIZZA DERWO DERWOOD MD | | |
| 12/12/2006 | Withdrawal Debit Card Check Card | ▬▬▬ | ▬▬▬ |
| | WINGSTOP GAITHERSBURG MD | | |
| 12/12/2006 | Withdrawal Debit Card Check Card | ▬▬▬ | ▬▬▬ |
| | PAYLESSSHOESOU00056754 GAITHERSBURG MD | | |
| 12/13/2006 | Withdrawal Overdrawn 000513 | ▬▬▬ | |
| 12/13/2006 | In the amount $153.00 WASH GAS UTILITY | | |
| 12/13/2006 | Uncollected Fee of $14.18 is Due | | |
| 12/13/2006 | Withdrawal Debit Card Check Card | ▬5.95 | ▬5.95 |
| | MCDONALD'S F21132 WHEATON MD | | |
| 12/13/2006 | Overdrawn | ▬▬▬ | ▬5.95 |
| 12/13/2006 | Uncollected Fee of $30.00 is Due | | |
| 12/13/2006 | Overdrawn 000512 | ▬▬▬ | ▬5.95 |
| 12/13/2006 | In the amount $31.46. | | |
| 12/13/2006 | Uncollected Fee of $30.00 is Due | | |
| 12/13/2006 | Overdrawn 000511 | ▬▬▬ | ▬▬▬ |
| 12/13/2006 | In the amount $118.00. | | |
| 12/13/2006 | Uncollected Fee of $30.00 is Due | | |
| 12/14/2006 | Deposit at ATM #019217 | ▬▬▬ | ▬▬▬ |
| 12/14/2006 | ATM 19777 FREDERICK RD,GERMANTOWN | | |
| 12/14/2006 | Uncollected Fee Due since 12/13/06 - Overdrawn 000513 | ▬▬▬ | ▬▬▬ |
| 12/14/2006 | Uncollected Fee Due since 12/13/06 - Overdrawn | ▬▬▬ | ▬▬▬ |
| 12/14/2006 | Uncollected Fee Due since 12/13/06 - Overdrawn 000512 | ▬▬▬ | ▬▬▬ |
| 12/14/2006 | Uncollected Fee Due since 12/13/06 - Overdrawn 000511 | ▬▬▬ | ▬▬▬ |
| 12/14/2006 | Overdrawn 000513 | ▬▬▬ | ▬▬▬ |
| 12/14/2006 | In the amount $153.00 WASH GAS UTILITY | | |
| 12/14/2006 | Uncollected Fee of $30.00 is Due | | |
| 12/16/2006 | Deposit Home Banking Transfer | ▬▬▬ | ▬▬▬ |
| 12/16/2006 | From CADEAU,MATHIEU E XXXXXXXXXX Share 20 | | |
| 12/16/2006 | MCW Internet Home Banking Transfer | | |
| 12/18/2006 | Uncollected Fee Due since 12/14/06 - Overdrawn 000513 | ▬▬▬ | ▬▬▬ |
| 12/18/2006 | Uncollected Fee Due since 12/13/06 - Overdrawn 000511 | ▬▬▬ | ▬▬▬ |
| 12/20/2006 | Withdrawal ACH VERIZON | ▬49.14 | ▬▬▬ |
| 12/20/2006 | TYPE: PaymentONE  ID: 9783397101 | | |
| 12/20/2006 | Check 000512 | ▬▬▬ | ▬▬▬ |
| 12/20/2006 | Withdrawal Home Banking Transfer | ▬10.00 | ▬▬▬ |
| 12/20/2006 | To CADEAU,MATHIEU E XXXXXXXXXX Share 20 | | |
| 12/20/2006 | MCW Internet Home Banking Transfer | | |
| 12/21/2006 | Withdrawal ACH LEADING EDGE | -100.00 | ▬▬▬ |
| 12/21/2006 | TYPE: PAYMENT  ID: 813556002 | | |

*Continued on next page*



P.O. Box 1250
Rockville, MD 20849-1250
www.mctfcu.org

**COA002105**

Account Number: ▓▓▓▓
Statement Date: 12/01/2006 - 12/31/2006
Page:  1

MATHIEU CADEAU
MICHELLE YARBOROUGH-CADEAU
9451 MERUST LANE
GAITHERSBURG MD 20886

**Important Messages:**

For limited time only-Take advantage of MCT's NO
PAYMENTS FOR 90 DAYS auto loan offer. Rates
are as low as 5.20% APR. Plus, if you purchase a
used vehicle from Enterprise Car Sales, they'll give
you a $200 American Express Gift Check. Apply
online at www.mctfcu.org and get a response within
seconds

## CHECKS CLEARED AT A GLANCE

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| **ID 20: JOINT CHECKING** | | | | | |
| 12/05/2006 | 000510 | 30.00 | 12/21/2006 | 000515* | 208.22 |
| 12/20/2006 | 000512* | 31.46 | | | |
| * Check numbers not in consecutive order | | | | | |

## ATM/POS/BILL PAY TRANSACTIONS AT A GLANCE

| Date | Transaction Description | Amount |
|---|---|---|
| 12/02/2006 | Withdrawal POS | 157.95 |

## CHECKING

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| **ID 20: JOINT CHECKING** | | | |
| **Balance Forward on 12/01/2006** | | | $0.00 |
| 12/02/2006 | Deposit MoneyTalk Transfer | | |
| 12/02/2006 | From CADEAU,MATHIEU E XXXXXXXXXX Share 20 | | |
| 12/02/2006 | Deposit MoneyTalk Transfer | | |
| 12/02/2006 | From CADEAU,MATHIEU E XXXXXXXXXX Share 20 | | |
| 12/02/2006 | Deposit Home Banking Transfer | | |
| 12/02/2006 | From CADEAU,MATHIEU E XXXXXXXXXX Share 20 | | |
| 12/02/2006 | MCW Internet Home Banking Transfer | | |
| 12/02/2006 | Withdrawal POS #066402 | | |
| 12/02/2006 | POS 3802 INTERNATIONAL US SILVER SPRING MD | | |
| 12/04/2006 | Uncollected Fee Due since 11/22/06 - Overdrawn 000002 | | 0.01 |
| 12/04/2006 | Deposit Home Banking Transfer | | |
| 12/04/2006 | From CADEAU,MATHIEU E XXXXXXXXXX Share 20 | | |
| 12/04/2006 | MCW Internet Home Banking Transfer | | |
| 12/05/2006 | Withdrawal ACH PROG DIRECT INS | | |
| 12/05/2006 | TYPE: INS PREM  ID: 9038800142 | | |
| 12/05/2006 | DATA: BRANCH04DEBIT ACH | | |
| 12/05/2006 | Check 000510 | | |
| 12/07/2006 | Deposit Home Banking Transfer | | |

*Continued on next page*

COA002106

Account Number: 62812
Statement Date: 11/01/2006 - 11/30/2006
Page: 2

## CHECKING

| Date | Transaction Description | Amount | Balance |
|------|------------------------|--------|---------|
| 11/22/2006 | Withdrawal Overdrawn 000002 | | |
| 11/22/2006 | In the amount $160.00. | | |
| 11/22/2006 | Uncollected Fee of $18.54 is Due | | |
| | **Your JOINT CHECKING Ending Balance 11/30/2006** | | **$0.00** |
| | 2 Share Deposits   $800.00 | | |
| | 9 Share Withdrawals  -$889.62 | | |
| | NSF Unpaid Item Fee This Month | | |
| | NSF Unpaid Item Year to Date | | |
| | Courtesy Pay Overdraft Item Fee This Month | 0.00 | |
| | Courtesy Pay Overdraft Year to Date | | |

## SHARE SAVINGS

| Date | Transaction Description | Amount | Balance |
|------|------------------------|--------|---------|
| | **ID 01: REGULAR SAVINGS** | | |
| | **Balance Forward on 11/01/2006** | | **$5.00** |
| | **Your REGULAR SAVINGS Ending Balance 11/30/2006** | | **$5.00** |

## YTD SUMMARY

YTD DIVIDEND:                                $0.00

`ny questions regarding this statement, please e-mail mctfcu@mctfcu.org.

*Continued on next page*



**MCT**
**Federal Credit Union**

P.O. Box 1250
Rockville, MD 20849-1250
www.mctfcu.org

COA002107

Account Number: 62812
Statement Date: 11/01/2006 - 11/30/2006
Page: 1

MATHIEU CADEAU
MICHELLE YARBOROUGH-CADEAU
9451 MERUST LANE
GAITHERSBURG MD 20886

**Important Messages:**

With as little as $1,000, you can enjoy some of the
highest rates in the nation with our 5, 11, 16 and 60
month certificates. Don't miss an opportunity to
earn as much as 6.00% APY. Check out our rates
and other great terms at www.mctfcu.org.

## ATM/POS/BILL PAY TRANSACTIONS AT A GLANCE

| Date | Transaction Description | Amount |
|------|------------------------|--------|
| 11/02/2006 | Withdrawal POS | 55.10 |
| 11/02/2006 | Withdrawal at ATM | 60.00 |
| 11/18/2006 | Withdrawal POS | 543.30 |
| | 3 ATM Withdrawals and Other Charges $658.40 | |

## CHECKING

| Date | Transaction Description | Amount | Balance |
|------|------------------------|--------|---------|

**ID 20: JOINT CHECKING**

**Balance Forward on 11/01/2006**

| Date | Transaction Description | Amount | Balance |
|------|------------------------|--------|---------|
| 11/02/2006 | Withdrawal POS #007031 | | |
| 11/02/2006 | POS 20910 FREDERICK ROAD GERMANTOWN MD | | |
| 11/02/2006 | Deposit at ATM #069321 | | |
| 11/02/2006 | ATM 15901 #2 FREDERICK RD, ROCKVILLE, MD | | |
| 11/02/2006 | 20855 | | |
| 11/02/2006 | Withdrawal at ATM #069322 | | |
| 11/02/2006 | ATM 15901 #2 FREDERICK RD, ROCKVILLE, MD | | |
| 11/02/2006 | 20855 | | |
| 11/03/2006 | Withdrawal Debit Card Check Card | | |
| | MCDONALD'S M5715 OF MD GAITHERSBURG MD | | |
| 11/03/2006 | Withdrawal Debit Card Check Card | | |
| | SHELL OIL 23068222609 GAITHERSBURG MD | | |
| 11/04/2006 | Withdrawal Debit Card Check Card | | |
| | I HOP #563 GAITHERSBURG MD | | |
| 11/17/2006 | Withdrawal Debit Card Check Card | | |
| | GLORY GARDEN 301-990-8200 MD | | |
| 11/17/2006 | Deposit Transfer | | |
| 11/17/2006 | From CADEAU,MATHIEU E XXXXXXXXXX Share 20 | | |
| 11/18/2006 | Withdrawal POS #290531 | | |
| 11/18/2006 | POS 3802 INTERNATIONAL US SILVER SPRING MD | | |
| 11/20/2006 | Withdrawal ACH LEADING EDGE | -150.00 | |
| 11/20/2006 | TYPE: PAYMENT ID: 813556002 | | |
| 11/20/2006 | DATA: 323135560 | | |

*Continued on next page*

Close   Print



COA002109



# CITY OF ATLANTA

SHIRLEY FRANKLIN
MAYOR

675 PONCE DE LEON AVENUE
ATLANTA, GEORGIA 30308
404-853-7650

ATLANTA POLICE DEPARTMENT
RICHARD J. PENNINGTON
CHIEF OF POLICE

To: Officer J. Zambrano

Result: No Deception Indicated

Subject: Mathieu Cadeau

Date: 04/25/07

## PREDICATION

This truth verification examination was predicated upon a request from Officer J. Zambrano, Background Investigator with this agency.

## SCOPE

The scope of this truth verification examination shall be limited to the subject's honesty as it relates to pre-employment.

## PRETEST INTERVIEW

Mr. Cadeau disclosed that in 1994 he was "detained" by Nassau County Police Department regarding his failure to pay alimony. Mr. Cadeau provided a statement in which he wrote "I was detained for failure to pay alimony. Pay stubs were presented to show income of execution for the support order. Case dismissed. Nassau County Police Department arrived at my residence sometime between 1993/1994. I was taken to Nassau County Family Court to speak with the Magistrate."

Mr. Cadeau disclosed that he was arrested in 1994 for driving on a suspended license.

Mr. Cadeau disclosed that he has used marijuana twice and that his last usage was in 1987.

Mr. Cadeau disclosed that he was terminated from New York Community Bank in 2001.

Mr. Cadeau stated the while employed with Corrections Corporation of America he received a written reprimand for not completing a report on time.

COA002110

## REPORT

On 04/25/07, this agency extended an interview to Mathieu Cadeau relevant to pre-employment. During the pretest interview, we formulated thirty one questions to be used in General Series testing sequence. I obtained the necessary release form, conducted the interview, and hereby submit the results to you. There were thirteen relevant questions interspersed with irrelevant and control questions.

## POST-TEST INTERVIEW

Following the initial examination, a second examination was conducted utilizing the same format as the initial examination as well as the same relevant questions. The results of the second examination were the same as the initial examination showing deception indicated (DI) on several questions. After questioning the applicant about the areas of concern on chart two, a third chart was run on the applicant, and the stress was eliminated leaving the third chart as No Deception Indicated (NDI).

## CONCLUSION

Based upon my training and experience, it is my opinion that the subject did respond truthfully to the relevant questions on chart three. A second opinion was requested from Officer J. Jones, Certified Voice Stress Analyst with the Atlanta Police Department. The evaluation of the charts was done 'in the blind'. The conclusions drawn by Officer Jones were the same as those of this examiner; that the subject, did respond truthfully to the relevant questions on chart three.

Officer M. Brady
Certified Voice Stress Analyst


mb

COA002111



### Atlanta Police Department

---

### Computer Voice Stress Analyzer Background Questionnaire

### Important

This is your opportunity to fully explain your history. Please take full advantage of this and be as specific and detailed as possible. If you are not completely honest and up front with your answers, or you intend to be intentionally vague with your responses, the result will be termination from the employment process.

You may use the back page of the questionnaire to further explain your answers if necessary. If you have any questions concerning your background or truth verification testing please write them on the back of the last page and discuss the question with the investigator who is issuing the test.

### Instructions

1.   Print your answers clearly and in black ink.
2.   Complete all answers and give a full explanation where appropriate.

**I have read the above information and fully understand everything listed.**

Print Name:  Mathieu Cadeau

Signature:  _____

Date:  4/25/07

Page 1

## UNDETECTED CRIMES

1. Have you ever committed an act that you were __not__ caught doing, but if caught, you would have been arrested?      Yes ✓    No _____ (If yes, explain in detail)

   *Experimented with marijuana in 1987.*

2. Have you ever been involved in any of the following?  (If yes to any, please include when, where and value.  List this on the back of the page.)

   | | | | |
   |---|---|---|---|
   | A. | Switching price tags | Yes_____ | No ✓ |
   | B. | Car theft | Yes_____ | No ✓ |
   | C. | Theft of car parts | Yes_____ | No ✓ |
   | D. | Robbery | Yes_____ | No ✓ |
   | E. | Burglary  (home/business) | Yes_____ | No ✓ |
   | F. | Embezzlement | Yes_____ | No ✓ |
   | G. | Concealed weapon | Yes_____ | No ✓ |
   | H. | Fires you started (arson) | Yes_____ | No ✓ |
   | I. | Con games | Yes_____ | No ✓ |
   | J. | Leaving the scene of an accident | Yes_____ | No ✓ |
   | K. | Counterfeiting | Yes_____ | No ✓ |
   | L. | Fire bombing | Yes_____ | No ✓ |
   | M. | Mugging | Yes_____ | No ✓ |
   | N. | Assault | Yes_____ | No ✓ |
   | O. | Buy, sell, or possess stolen property | Yes_____ | No ✓ |
   | P. | Using stolen credit card | Yes ✓ | No ✓ |
   | Q. | Failure to pay alimony/child support | Yes ✓ | No ✗ 6" |
   | R. | Illegally obtaining public assistance, workers compensation, or unemployment by fraud | Yes_____ | No ✓ |

3. Have you ever filed an insurance claim that was not accurate  (overestimating losses)?
   Yes_____    No ✓  (If yes, explain in detail)

4. Has a law enforcement agency ever been called because of something that you were involved in?      Yes_____    No ✓  (If yes, explain in detail)

5. A. When did you last write a check that bounced, or when you knew that there were no funds to cover the value of the check?    _____ N/A @ _____

   B. How many in your lifetime?    _____ N/A @ _____

   C. Have you ever written a check using another person's name?
      Yes_____    No ✓  (If yes, explain in detail)

COA002113

Page 2

6. Have you ever used a fraudulent document to obtain money?
Yes_____ No___✓___ (If yes, explain in detail)

7. Were you ever in a fight in which a weapon was used?
Yes_____ No___✓___ (If yes, explain in detail)

8. Have you ever injured or caused the death of another person?
Yes_____ No___✓___ (If yes, explain in detail)

9. Have you ever physically abused a spouse, girlfriend, boyfriend or child?
Yes_____ No___✓___ (If yes, explain in detail)

10. Have you ever intentionally damaged property belonging to another person?
Yes_____ No___✓___ (If yes, explain in detail)

11. Have you ever filed a false police report?
Yes_____ No___✓___ (If yes, explain in detail)

12. What is the most serious thing you have ever done in your life?
Maintaining a house and teenage sibling at a young age.
Now, being a father, husband, and provider for my family @

13. Have you ever participated in a riot or disturbance?
Yes_____ No___✓___ (If yes, explain in detail)

COA002114

14. Since you have been an adult (18 years old), have you ever had any sexual involvement with someone under the age of 18?

Yes_____ No___✓___ (If yes, explain in detail)

If yes, how old were they? _N/A_ How old were you? _N/A_ How long ago? _N/A_

15. Have you ever sexually assaulted anyone?

Yes_____ No___✓___ (If yes, explain in detail)

16. Have you ever engaged in prostitution or used the services of a prostitute?

Yes_____ No___✓___ (If yes, explain in detail)

17. Have you ever been accused of any misconduct?

Yes_____ No___✓___ (If yes, explain in detail)

18. Have you ever been questioned by a law enforcement agency as a suspect in an investigation? (Do not include situations in which you were a victim or witness to a crime.)

Yes_____ No___✓___ (If yes, explain in detail)

19. Other than what has already been covered, have you been involved in anything that you could have been arrested for?

Yes_____ No___✓___ (If yes, explain in detail)

20. Have you ever belonged to, or associated with anyone belonging to an organization, past or present, that would place the integrity of the Atlanta Police Department in question? (e.g., KKK, Nazi organization, gang member, organized crime)

Yes_____ No___✓___ (If yes, explain in detail)

I. Do you now or have you ever had regular associations with persons whom you knew, or should have known were under criminal investigation, or who had a reputation in the community or with law enforcement agencies for involvement in criminal behavior?

Yes_____ No___✓___ (If yes, explain in detail)

COA002115

**Page 4**

## MILITARY

1. Have you ever served in any military organization of the United States?
   Yes_____   No___✓___   If yes, what branch?_____

2. What type of discharge did you receive?   N/A ⓒ
   Honorable____   Dishonorable____   General ✓   Under honorable conditions____
   Other____

3. Dates of active duty were: _____N/A ⓒ_____

4. Have you ever been court martialed, tried on charges, or were you the subject of a summary court, deck court, Captain's Mast, company punishment, or any other type of disciplinary action while a member of the armed forces?
   Yes_____   No___✓___   (If yes, explain in detail for each incident)

5. Are there any incidents concerning your military career that could possibly affect this examination or your background investigation?
   Yes_____   No___✓___   (If yes, explain in detail)

## ARREST RECORD

1. Have you ever been arrested, charged, or detained by a law enforcement agency?  (Include any arrests in which the charges were dropped, reduced, found not guilty, or in which the records were sealed or expunged.  Failure to do so could result in termination of the application process. A Notice to Appear is considered an arrest and must also be listed.)  If yes, explain in detail to include the charge, arresting agency, date, and the final disposition of the case.
   Yes___✓___   No_____   (If yes, explain in detail)

2. Have you ever served probation, parole, community control, or community service?
   Yes_____   No___✓___   (If yes, explain in detail)

3. What fines have you been required to pay and were they paid on time?  (Other than traffic)
   N/A ⓒ

4. Have you ever been fingerprinted by a law enforcement agency?  If yes, provide the agency, date, and the reason you were fingerprinted.
   Yes___✓___   No_____   (If yes, explain in detail)

Financial History

COA002116

5. Leading Edge. Current arrangements of $100 a month for a 1998 Mazda 626.

7. Current Child Support Order for my daughter Jacqueline Cadeau. Income of Execution - $200 biw

COA002117

Driving History

. 1994 · NYPD · Queens, NY. ~~arrested~~@ license suspended for an unpaid ticket. Paid Fine and un paid ticket. @

COA002118

## THEFT OF MERCHANDISE

1. Estimate the total amount of merchandise, tools and equipment that you have taken:

| | | | |
|---|---|---|---|
| ____ $50,000 | ____ $5,000 | ____ $500 | ____ $75 |
| ____ $40,000 | ____ $4,000 | ____ $400 | ____ $50 |
| ____ $30,000 | ____ $3,000 | ____ $300 | ____ $25 |
| ____ $20,000 | ____ $2,000 | ____ $200 | ____ $10 |
| ____ $10,000 | ____ $1,000 | ____ $100 | ____ $5 |

2. Name the single most expensive item that you have ever taken.

   Item: _____N/A@_____   Amount: __O__   Date: __N/A@__

3. Have you ever taken anything or shoplifted anything from a business?  Include personal and employee theft.
   Yes __✓__  No _____ (If yes, explain in detail)

4. Have you ever been with anyone who was stealing merchandise or equipment?
   Yes _____  No __✓__ (If yes, explain in detail)

5. Have you ever taken anything from a current or former employer?
   Yes __✓__  No _____ (If yes, explain in detail)

6. Estimate the amount of cash that you have stolen in your entire life and explain each incident. Include personal cash thefts from family or friends and cash thefts from employers, along with any other incidents. *No more than $50 dollars, from my mom when I was a kid. Total*

7. Have you ever purchased, pawned, or sold an item in which you knew or should have known it to have been stolen?
   Yes _____  No __✓__ (If yes, explain in detail)


## EMPLOYMENT HISTORY

1. Have you ever been terminated or asked to resign from a job?
   Yes __✓__  No _____ (If yes, explain in detail)

## DRUG USAGE

1.  How many times in your life have you used marijuana? _Experimented twice_
    From what date to what date? _August 1987_
    How many times weekly / monthly? _N/A ∅_

2.  When was the last time that you used marijuana? _August 1987_

3.  Have you ever used any of the following?  If yes, include total number of times and the date last used.

    | | | | | |
    |---|---|---|---|---|
    | A. | _No_ | Speed | L. _No_ | Steroids |
    | B. | _No_ | Barbiturates (downers) | M. | PCP (angel dust) |
    | C. | | Amphetamines (uppers) | N. | Crack |
    | D. | | Rush | O. | Cocaine |
    | E. | | Quaaludes | P. | Heroin |
    | F. | | LSD | Q. | Ecstasy |
    | G. | | Hash | R. | Amitnitrates |
    | H. | | Ice or Methamphetamines | S. | Designer Drugs |
    | I. | | Mushrooms | T. | Peyote |
    | J. | | Another person's prescription | | |
    | K. | | Mescaline | | |

    Any other illegal substance not listed? _N/A ∅_

4.  Have you ever used inhalants or any other legal substance to get high?  (i.e.:  paint thinner, aerosol, glue)
    Yes_____   No___✓___   (If yes, explain in detail)

5.  Have you ever been involved in the purchase of any illegal drug?  (Any amount from a joint to a kilo.)  If yes, include type of drug, the amount, the circumstances, and the last time.
    Yes_____   No___✓___

6.  Have you ever been involved in the sale of illegal drugs, either directly or indirectly?  If yes, include type of drug, the amount, the circumstances, and the last time.
    Yes_____   No___✓___

7.  Have you ever benefited from the sale of illegal drugs, to include money, free drugs or sex⌐ favors?  (Note:  If you received any money from a friend or family member involved in ⌐ indirectly, list here and give details.)
    Yes_____   No___✓___   (If yes, explain in detail)

8.  Have you ever set up a drug deal?
    Yes_____   No___✓___   (If yes, explain in detail)

CVSA — mod. 10/18/03 html

COA002120

9.   Have you ever been in the company of people using illegal drugs?
        Yes_____   No___✓___   (If yes, explain in detail and list the last time)

10.  What is the total amount of money you have spent on illegal drugs in your life?___N/A @___

11.  Have you ever stolen money or drugs from a drug dealer?
        Yes_____   No___✓___   (If yes, explain in detail)

12.  Have you ever driven a motor vehicle under the influence of illegal drugs?
        Yes_____   No___✓___   (If yes, explain in detail and list the last time)

13.  Have you ever used medication from another person's prescription to get high?
        Yes_____   No___✓___   (If yes, explain in detail)

14.  Have you ever tried to grow or cultivate any illegal drugs?  Include any amount from one seed and up.
        Yes_____   No___✓___   (If yes, explain in detail)

15.  Explain in detail, any other information relating to illegal drug use or involvement, which has not been covered, to include transportation, manufacturing, etc.   N/A @

CQA002121



NDI— 4-25-07

CQA002122



DI — _(signature)_

4 - 25 - 07

COA002123



COA002124





CQA002125

COA002126

Date: 25 April 2007                          Examiner: M. Grady
Test Format: PRE-EMPLOYMENT                  Type of Test: Pre-Employment
Test Medium: Manual                          Offense:
Time Began: 11:12:34 AM                      Subject: Mathieu Cadeau
Requested: Officer Zambrano                  Outside Agency:
Case Number:                                 CVSA Unit Number:
Verification:                                Cold Call: Concurred
Confession:                                  Deception: Not Indicated
Time Ended: 12:05:34 AM

 1. (IR)  Is your first name Mathieu ? YES
 2. (C)   Are you a United States citizen? NO
 3. (IR)  Are you sitting down? YES
 4. (R)   Have you ever been fired or asked to leave a job that you have not
          disclosed? NO
 5. (IR)  Is today Wed.? YES
 6. (R)   Have you ever stolen any currency from an employer  ? NO
 7. (IR)  Am I wearing a watch? YES
 8. (C)   Have you ever driven over the posted speed limit? NO
 9. (IR)  Are the lights on in this office? YES
10. (R)   Other than what we have discused, have you stolen any other property
          from anyone ? NO
11. (IR)  Are we in the city of Atlanta? YES
12. (R)   Did you commit a crime so serious that, if known, would keep you from
          being hired by this agency? NO
13. (IR)  Are you wearing sneakers? YES
14. (R)   Have you used marijuana more than two times? NO
15. (IR)  Am I wearing a tie? YES
16. (R)   Have you ever used cocaine in any form ? NO
17. (IR)  Are we the state of Georgia? YES
18. (R)   Did you intentionally withhold or alter required  data from your
          employment application? NO
19. (IR)  Is this the year of 2007? YES
20. (R)   Have you ever belonged to any anti-government or subversive  group or
          gang ? NO
21. (IR)  Is there a printer on my desk? YES
22. (R)   Did you ever commit, or have you been  accused of any acts of domestic
          violence ? NO
23. (IR)  Am I wearing glasses? YES
24. (R)   Do you associate with persons known to commit crimes/criminal acts ? NO
25. (IR)  Is your date of birth August 15, 1966 ? YES
26. (R)   Did you ever solicit anyone for a sexual act ? NO
27. (IR)  Is my shirt long sleeve ? YES
28. (R)   Other than what we discussed, have you used any other llegal drugs ? NO
29. (IR)  Am I sitting down ? YES
30. (R)   Have you ever sold drugs? NO
31. (IR)  Is the floor of this room carpeted ? YES

Untitled/Chart Number 1                                          25 April 2007

COA002127

Date: 25 April 2007                          Examiner: M. Grady
Test Format: PRE-EMPLOYMENT                  Type of Test: Pre-Employment
Test Medium: Manual                          Offense:
Time Began: 11:12:34 AM                      Subject: Mathieu Cadeau
Requested: Officer Zambrano                  Outside Agency:
Case Number:                                 CVSA Unit Number:
Verification:                                Cold Call: Concurred
Confession:                                  Deception: Not Indicated
Time Ended: 12:05:34 AM

1.  (IR) Is your first name Mathieu ? YES
2.  (C)  Are you a United States citizen? NO
3.  (IR) Are you sitting down? YES
4.  (R)  Have you ever been fired or asked to leave a job that you have not
         disclosed? NO
5.  (IR) Is today Wed.? YES
6.  (R)  Have you ever stolen any currency from an employer ? NO
7.  (IR) Am I wearing a watch? YES
8.  (C)  Have you ever driven over the posted speed limit? NO
9.  (IR) Are the lights on in this office? YES
10. (R)  Other than what we have discused, have you stolen any other property
         from anyone ? NO
11. (IR) Are we in the city of Atlanta? YES
12. (R)  Did you commit a crime so serious that, if known, would keep you from
         being hired by this agency? NO
13. (IR) Are you wearing sneakers? YES
14. (R)  Have you used marijuana more than two times? NO
15. (IR) Am I wearing a tie? YES
16. (R)  Have you ever used cocaine in any form ? NO
17. (IR) Are we the state of Georgia? YES
18. (R)  Did you intentionally withhold or alter required  data from your
         employment application? NO
19. (IR) Is this the year of 2007? YES
20. (R)  Have you ever belonged to any anti-government or subversive  group or
         gang ? NO
21. (IR) Is there a printer on my desk? YES
22. (R)  Did you ever commit, or have you been  accused of any acts of domestic
         violence ? NO
23. (IR) Am I wearing glasses? YES
24. (R)  Do you associate with persons known to commit crimes/criminal acts ? NO
25. (IR) Is your date of birth August 15, 1966 ? YES
26. (R)  Did you ever solicit anyone for a sexual act ? NO
27. (IR) Is my shirt long sleeve ? YES
28. (R)  Other than what we discussed, have you used any other llegal drugs ? NO
29. (IR) Am I sitting down ? YES
30. (R)  Have you ever sold drugs? NO
31. (IR) Is the floor of this room carpeted ? YES

Untitled/Chart Number 2                                        25 April 2007

COA002128

Date: 25 April 2007
Test Format: PRE-EMPLOYMENT
Test Medium: Manual
Time Began: 11:12:34 AM
Requested: Officer Zambrano
Case Number:
Verification:
Confession:
Time Ended: 12:05:34 AM

Examiner: M. Grady
Type of Test: Pre-Employment
Offense:
Subject: Mathieu Cadeau
Outside Agency:
CVSA Unit Number:
Cold Call: Concurred
Deception: Not Indicated

1. (IR)  Is your first name Mathieu ? YES
2. (C)   Are you a United States citizen? NO
3. (IR)  Are you sitting down? YES
14. (R)  Have you used marijuana more than two times? NO
15. (IR) Am I wearing a tie? YES
26. (R)  Did you ever solicit anyone for a sexual act ? NO
27. (IR) Is my shirt long sleeve ? YES
8. (C)   Have you ever driven over the posted speed limit? NO
9. (IR)  Are the lights on in this office? YES
28. (R)  Other than what we discussed, have you used any other llegal drugs ? NO
29. (IR) Am I sitting down ? YES

Untitled/Chart Number 3

25 April 2007

COA002129



**CITY OF ATLANTA**

Atlanta Police Department
CVSA Truth Verification Release Form

I, Mathieu Cadeau _____, do hereby voluntarily, without duress, coercion, promise, reward, or immunity, consent and submit to an examination by the Computer Voice Stress Analyzer truth verification technique. I hereby release, absolve and forever hold harmless, the Atlanta Police Department, its servants, agents, and anyone acting on its behalf from any and all claims, demands or other damages from any matter, act, of thing arising out of aforesaid examination.

I understand that this examination may be video taped and/or audio taped and I release into the possession of the Atlanta Police Department, all materials, recordings, and all other documents for the purpose of testimony and/or training. I understand that this examination is a public record.

Signature _____     Date 4/25/07

Witness _____     Date 4/25/07

Signature of Parent/Guardian _____     Date
(If under 17 years of age)

COA002130



# CITY OF ATLANTA

SHIRLEY FRANKLIN
Mayor

675 PONCE DE LEON AVE. N. E.
ATLANTA, GEORGIA 30308
404 ● 817-6900

ATLANTA POLICE DEPARTMENT
RICHARD J. PENNINGTON
CHIEF OF POLICE

*CADEAU, MATTHEW*
APPLICANT'S NAME

*4/25/07*
DATE

_____
BACKGROUND INVESTIGATOR

*REDMOND*
TEST PROCTOR

| EVENT | SCORE |
|---|---|
| VERTICAL JUMP | P |
| SIT-UPS | P |
| 300 METER DASH | P |
| PUSH-UPS | P |
| 1.5 MILE RUN | P  15:06 |

*PASS*
PASS OR FAIL

APPLICANT SIGNATURE   *4/25/07*

*WITNESS*

COA002131



# CITY OF ATLANTA

**SHIRLEY FRANKLIN
MAYOR**

675 PONCE DE LEON AVENUE
ATLANTA, GEORGIA 30308
404-853-3434

**ATLANTA POLICE DEPARTMENT
RICHARD J. PENNINGTON
CHIEF OF POLICE**

## City Of Atlanta Police Department

### Physical Fitness Medical Certification

I, _Stephen M. Lewis PAC_, M.D. hereby state that the applicant, _MATHIEU CADEAU_
may safely participate in the City of Atlanta Police Department's pre-employment physical fitness test as
listed below.

| Test Battery | Minimum Requirements |
|---|---|
| Vertical Jump | 12" |
| One Minute of Sit-ups | 27 |
| 300 Meter Run | 78 Sec. |
| Push-ups | 18 |
| 1.5 Mile Run | 17:18 |

Dated this __4__ Day of __23_____, 20__07__  error SML

_Stephen Lewry PAC_
Signed

City of Atlanta Police Department

COA002132

**City of Atlanta Police Department**
**Background and Investigations**
**675 Ponce de Leon Avenue, NE**
**Atlanta, Georgia 30308**

### Employment Recommendations from Psychometric Data

Name: Cadeau, Mathieu          ID: ████████          Gender: M          Test Date: 01/04/2007

File Identifier: ADPSPOLI - 73604          Issue: M-13          Report Date: 01/05/2007

This 40 year old applicant for a public safety position showed a normally open self-descriptive orientation; the data reported here probably give an accurate picture of his functioning.

INTELLIGENCE: Superior for a public safety position

INTERPERSONAL STYLE: Conciliatory; adventurous, outspoken; understanding, permissive

BEHAVIOR CONTROL: Careful, reliable; well organized

DEMEANOR: Jovial, happy-go-lucky; cautiously traditional

STRESS TOLERANCE: Placid, secure

MOOD: Unremarkable, within average limits

CHARACTER FLAWS: None evident

PROBLEMS OF SELF CONCEPT: None evident

PROBLEMS OF REALITY PERCEPTION: None evident

CAREER ORIENTATION: Tends to obey rules and regulations

OVERALL SCORE: 87 Fully Acceptable Candidate

SCORE LOGIC: Excellent mental ability; should do well in training and performance; will need opportunities for advancement; no indicated problems of emotional fitness

SOME PROBABILITIES FROM FEEDBACK RESEARCH: Based on a three-year followup in 49 law enforcement agencies, involving 2,355 candidates of whom 1,255 had been hired, we developed some outcome probabilities.

Such 'odds' are intuitively sensible and 'pie graphs' make them easier to see. The shaded part of each graph represents the predicted odds that the event will occur; the white part the odds that it will not. We consider three events: (1) retention in the hiring department after 3 years; (2) being fired (or forced to resign); and (3) 'making the news' for some very bad action.










**SOME COMMUNITY POLICING CONSIDERATIONS:**      As law enforcement agencies are encouraged to build closer, more personal ties between officers and members of the community they serve, it becomes obvious that some officers find this far more congenial than do others. 'Tough' cops may make poor 'neighborhood counselors;' those who relate more like 'social workers' may become too soft to enforce the law.  Both positions have merit; no one person can be ideal for both assignments.

A well trained officer must be able to function in all appropriate law enforcement roles, but assignments can emphasize congenial activities.  On a standard ten-point scale where '10' is extremely community oriented and '1' is extremely oriented toward 'hard nosed' enforcement, Mr. Cadeau shows a score of 6.

COA002134

**City of Atlanta Police Department**
**Background and Investigations**
**675 Ponce de Leon Avenue, NE**
**Atlanta, Georgia 30308**

### Stress Management Suggestions from Psychometric Data

Name: Cadeau, Mathieu          ID: ▮▮▮▮▮          Gender: M          Test Date: 01/04/2007

File Identifier: ADPSPOLI - 73604          Issue: L-11          Report Date: 01/05/2007

IMPORTANT NOTE:     The patterns below are shown primarily for the benefit of the employee (or candidate) who is to work in a high stress setting.  They are not designed for selection or other hiring decision purposes.

HEALTH RISK PATTERNS:

A.  Coronary artery disease finds the applicant with average resistance from the standpoint of temperament and behavior patterns.  Mr. Cadeau's parasympathetic nervous system dampens reactivity to threat quite well, so that stress is easily tolerated.  Fortunately, the temperament and life style patterns do not place undue demands on the applicant and thus no major changes seem needed.

B.  Other stress related disorders are not particularly likely to be caused or aggravated by this man's psychological makeup.

C.  In regard to potential for abuse of chemical substances, Mr. Cadeau shows no significant similarity to persons who have alcohol problems.  He should also be able to avoid abuse of other substances.  NOTE WELL that these estimates are based ONLY on psychological factors, with NO consideration of substance involvement history, allergies, addictions, and other physiological factors AT ALL.  Note also that highly stressful occupations may expand both the pressures and the opportunities to become so involved.

D.  Accidents and injuries pose only the normal risk for this applicant

E.  Mental health status seems normal.

FAVORABLE BEHAVIOR PATTERNS:    Able to take effective action to meet problems, exercises appropriate control over his behavior, and takes normal responsibility for independent action.

UNFAVORABLE BEHAVIOR PATTERNS:  No specific items.

COA002135

**City of Atlanta Police Department**
**Background and Investigations**
**675 Ponce de Leon Avenue, NE**
**Atlanta, Georgia 30308**

**Psychodiagnostic Suggestions from Psychometric Data**

Name: Cadeau, Mathieu          ID: ▮▮▮▮▮▮▮          Gender: M     Test Date: 01/04/2007

File Identifier: ADPSPOLI - 73604          Issue: S-11          Report Date: 01/05/2007

This evaluation is organized into four major sections: the applicant's vocational competence, his work related interests, personal characteristics which may constitute assets or liabilities, and any significant barriers to vocational functioning.

VOCATIONAL COMPETENCE:     The applicant obtained IQ-related scores between 92 and 130, with a weighted average of 111, a level of functioning best described as bright normal intelligence.  Semi-professional, low-level management, technical and skilled trades, and similar positions which may well require a college education or its equivalent seem appropriate.

VOCATIONAL LEVEL AND INTERESTS:     The applicant showed intellectual ability sufficient to support substantial training and high levels of work and responsibility.  His interests can be of some importance because a number of vocational choices are feasible.

The graph titled 'Broad Work Interest Patterns' plots job areas along two major dimensions: 'BlueCollar' (usually working with things more than people - graphed on the left) v. 'WhiteCollar' (usually working with people more than things - graphed on the right) and Thinking (top) v. Doing (bottom).  So, for example, a carpenter works mostly with 'things' and the focus is more on 'doing' specific tasks than on thinking about them.  The job title is, therefore, in the lower left quarter of the plot.

The 'bubble' represents his location in the vocational space.  The size of bubble shows how narrow or broad the useable range can be, based on available competence.  Greater competence permits narrower focus; at lesser levels of ability, a broader range of job areas must be considered as the applicant will find fewer choices among a smaller range of available jobs.

TEMPERAMENT AND HABITS:     Mr. Cadeau is a moderately outgoing person who is comfortable with and may even seek both interpersonal and other environmental stimulation.  His friendships are likely to be enduring but quite intense.  The pattern also suggests an optimistic outlook.

The applicant takes his responsibilities more seriously than the average person, but without apparent excessive moralizing.  Conflict with less dedicated persons may be a modest problem, but his dependability and discipline can be desireable features.

Mr. Cadeau tends to accept things as they are, depending on others to make changes.  This makes him a somewhat passive person, but the tendency is not so extreme as to prevent normal aggression when the situation warrants such behavior.

SUGGESTIONS FOR BACKGROUND REVIEW OR INTERVIEW:     Mr. Cadeau's emotional life is apparently healthy and normally effective.  He seems comfortable in his life situation and able to maintain his behavior within acceptable limits.



Broad Work Interest Patterns

'Realistic, Investigative, Artistic, Social, Enterprising & Conventional' are 'Holland' dimensions.

## Technical Appendix

The graphs are designed to present both obtained scores and calculated values. The (grey) bands rather than points are a reminder that perfectly accurate measurement is impossible. At odds of 2:1, each such perfectly accurate value is within its plotted grey range.



The following 'Broad Personality Patterns' graph includes a variation (among several) of what some personality theorists call the 'Big Five.' The three extra dimensions relate primarily to problems. The scores to the left are STEN (STandard tEN) scores even though some extremes may reach higher than 10.



The Personality and Clinical graphs show sten (STandard tEN) scores to left of the descriptions.  Score labels shown in parentheses, e.g. (X), signify that the standard score has been reversed from its classic definition so as to present it most logically among its group.  Descriptions on the left and right sides of the graph are opposites, the left describing the low score meaning and the right the high one.

The profile below was based on 160 questions of which Mr. Cadeau failed to answer only 2.  The items left blank have been filled in as the middle score, 'neither true nor false,' and thus may have distorted the picture.



Psychopathology scores above 10 (on a ten-point scale) are not errors; they represent extreme scores which do occur, and which may be quite diagnostic.



**City of Atlanta Police Department**
**Background and Investigations**
**675 Ponce de Leon Avenue, NE**
**Atlanta, Georgia 30308**

### Employment Recommendations from Psychometric Data

Name: Cadeau, Mathieu          ID:          Gender: M     Test Date: 01/04/2007

File Identifier: ADPSPOLI - 73604     Issue: M-13     Report Date: 01/05/2007

This 40 year old applicant for a public safety position showed a normally open self-descriptive orientation; the data reported here probably give an accurate picture of his functioning.

INTELLIGENCE: Superior for a public safety position

INTERPERSONAL STYLE: Conciliatory; adventurous, outspoken; understanding, permissive

BEHAVIOR CONTROL: Careful, reliable; well organized

DEMEANOR: Jovial, happy-go-lucky; cautiously traditional

STRESS TOLERANCE: Placid, secure

MOOD: Unremarkable, within average limits

CHARACTER FLAWS: None evident

PROBLEMS OF SELF CONCEPT: None evident

PROBLEMS OF REALITY PERCEPTION: None evident

CAREER ORIENTATION: Tends to obey rules and regulations

OVERALL SCORE: 87 Fully Acceptable Candidate

SCORE LOGIC: Excellent mental ability; should do well in training and performance; will need opportunities for advancement; no indicated problems of emotional fitness

SOME PROBABILITIES FROM FEEDBACK RESEARCH: Based on a three-year followup in 49 law enforcement agencies, involving 2,355 candidates of whom 1,255 had been hired, we developed some outcome probabilities.

Such 'odds' are intuitively sensible and 'pie graphs' make them easier to see. The shaded part of each graph represents the predicted odds that the event will occur; the white part the odds that it will not. We consider three events: (1) retention in the hiring department after 3 years; (2) being fired (or forced to resign); and (3) 'making the news' for some very bad action.





To: Officer Brady
of 21
From: Shelia Morrow

4-21-07  12:18pm  P 4

COA002140

01/05/2007                         Cadeau, Mathieu                                    Page 2

SOME COMMUNITY POLICING CONSIDERATIONS:     As law enforcement agencies are encouraged to build closer, more personal ties between officers and members of the community they serve, it becomes obvious that some officers find this far more congenial than do others. 'Tough' cops may make poor 'neighborhood counselors;' those who relate more like 'social workers' may become too soft to enforce the law. Both positions have merit, no one person can be ideal for both assignments.

A well trained officer must be able to function in all appropriate law enforcement roles, but assignments can emphasize congenial activities. On a standard ten-point scale where '10' is extremely community oriented and '1' is extremely oriented toward 'hard nosed' enforcement, Mr Cadeau shows a score of 6

To: Officer Brady
of 21

From: Shelia Morrow

COA002141

### City of Atlanta Police Department
### Background and Investigations
### 675 Ponce de Leon Avenue, NE
### Atlanta, Georgia 30308

#### Stress Management Suggestions from Psychometric Data

Name: Cadeau, Mathieu        ID: ▮▮▮▮▮▮        Gender: M        Test Date: 01/04/2007

File Identifier: ADPSPOLI - 73604        Issue: L-11        Report Date: 01/05/2007

IMPORTANT NOTE:     The patterns below are shown primarily for the benefit of the employee (or candidate) who is to work in a high stress setting.  They are not designed for selection or other hiring decision purposes.

HEALTH RISK PATTERNS:

A. Coronary artery disease finds the applicant with average resistance from the standpoint of temperament and behavior patterns.  Mr. Cadeau's parasympathetic nervous system dampens reactivity to threat quite well, so that stress is easily tolerated.  Fortunately, the temperament and life style patterns do not place undue demands on the applicant and thus no major changes seem needed.

B. Other stress related disorders are not particularly likely to be caused or aggravated by this man's psychological makeup

C. In regard to potential for abuse of chemical substances, Mr. Cadeau shows no significant similarity to persons who have alcohol problems.  He should also be able to avoid abuse of other substances.  NOTE WELL that these estimates are based ONLY on psychological factors, with NO consideration of substance involvement history, allergies, addictions, and other physiological factors AT ALL.  Note also that highly stressful occupations may expand both the pressures and the opportunities to become so involved.

D. Accidents and injuries pose only the normal risk for this applicant

E. Mental health status seems normal.

FAVORABLE BEHAVIOR PATTERNS:   Able to take effective action to meet problems, exercises appropriate control over his behavior, and takes normal responsibility for independent action.

UNFAVORABLE BEHAVIOR PATTERNS: No specific items.

To: Officer Brady
of 21

From: Shelia Morrow

COA002142

**City of Atlanta Police Department**
**Background and Investigations**
**675 Ponce de Leon Avenue, NE**
**Atlanta, Georgia 30308**

### Psychodiagnostic Suggestions from Psychometric Data

Name: Cadeau, Mathieu          ID:          Gender: M          Test Date: 01/04/2007

File Identifier: ADPSPOLI - 73604          Issue: S-11          Report Date: 01/05/2007

This evaluation is organized into four major sections: the applicant's vocational competence, his work related interests, personal characteristics which may constitute assets or liabilities, and any significant barriers to vocational functioning.

VOCATIONAL COMPETENCE:     The applicant obtained IQ-related scores between 92 and 130, with a weighted average of 111, a level of functioning best described as bright normal intelligence. Semi-professional, low-level management, technical and skilled trades, and similar positions which may well require a college education or its equivalent seem appropriate.

VOCATIONAL LEVEL AND INTERESTS:     The applicant showed intellectual ability sufficient to support substantial training and high levels of work and responsibility. His interests can be of some importance because a number of vocational choices are feasible.

The graph titled 'Broad Work Interest Patterns' plots job areas along two major dimensions: 'BlueCollar' (usually working with things more than people - graphed on the left) v. 'WhiteCollar' (usually working with people more than things - graphed on the right) and Thinking (top) v. Doing (bottom). So, for example, a carpenter works mostly with 'things' and the focus is more on 'doing' specific tasks than on thinking about them. The job title is, therefore, in the lower left quarter of the plot.

The 'bubble' represents his location in the vocational space. The size of bubble shows how narrow or broad the useable range can be, based on available competence. Greater competence permits narrower focus; at lesser levels of ability, a broader range of job areas must be considered as the applicant will find fewer choices among a smaller range of available jobs.

TEMPERAMENT AND HABITS:     Mr. Cadeau is a moderately outgoing person who is comfortable with and may even seek both interpersonal and other environmental stimulation. His friendships are likely to be enduring but quite intense. The pattern also suggests an optimistic outlook.

The applicant takes his responsibilities more seriously than the average person, but without apparent excessive moralizing. Conflict with less dedicated persons may be a modest problem, but his dependability and discipline can be desireable features.

Mr. Cadeau tends to accept things as they are, depending on others to make changes. This makes him a somewhat passive person, but the tendency is not so extreme as to prevent normal aggression when the situation warrants such behavior

SUGGESTIONS FOR BACKGROUND REVIEW OR INTERVIEW:     Mr. Cadeau's emotional life is apparently healthy and normally effective. He seems comfortable in his life situation and able to maintain his behavior within acceptable limits.



**Broad Work Interest Patterns**

01/05/2007                                    Cadeau, Mathieu                                    Page 3

## Technical Appendix

The graphs are designed to present both obtained scores and calculated values. The (grey) bands rather than points are a reminder that perfectly accurate measurement is impossible. At odds of 2:1, each such perfectly accurate value is within its plotted grey range



The following 'Broad Personality Patterns' graph includes a variation (among several) of what some personality theorists call the 'Big Five.' The three extra dimensions relate primarily to problems. The scores to the left are STEN (STandard tEN) scores even though some extremes may reach higher than 10.



01/05/2007                              Cadeau, Mathieu                                    Page 4

The Personality and Clinical graphs show sten (STandard tEN) scores to left of the descriptions.  Score labels shown in parentheses, e.g. (X), signify that the standard score has been reversed from its classic definition so as to present it most logically among its group.  Descriptions on the left and right sides of the graph are opposites, the left describing the low score meaning and the right the high one.

The profile below was based on 160 questions of which Mr. Cadeau failed to answer only 2.  The items left blank have been filled in as the middle score, 'neither true nor false,' and thus may have distorted the picture.



Psychopathology scores above 10 (on a ten-point scale) are not errors; they represent extreme scores which do occur, and which may be quite diagnostic.



COA002146

ZIMBRINO

**City of Atlanta Police Department**
**Background and Investigations**
**675 Ponce de Leon Avenue, NE**
**Atlanta, Georgia 30308**

## Employment Recommendations from Psychometric Data

Name: Cadeau, Mathieu        ID:             Gender: M      Test Date: 01/04/2007

File Identifier: ADPSPOLI - 73604      Issue: M-13            Report Date: 01/05/2007

    This 40 year old applicant for a public safety position showed a normally open self-descriptive orientation; the data reported here probably give an accurate picture of his functioning.

INTELLIGENCE:  Superior for a public safety position

INTERPERSONAL STYLE:  Conciliatory; adventurous, outspoken; understanding, permissive

BEHAVIOR CONTROL:  Careful, reliable; well organized

DEMEANOR:  Jovial, happy-go-lucky; cautiously traditional

STRESS TOLERANCE:  Placid, secure

CAREER ORIENTATION:  Tends to obey rules and regulations

OVERALL SCORE:  87  Fully Acceptable Candidate

PLEASE NOTE WELL:  Tests to identify mental or emotional disturbances, while most important in this kind of assessment, have not been administered due to strict conformity to ADA guidelines.  When such additional testing is done (after a conditional offer of employment), these complete hiring recommendations may, in some cases, change substantially for the worse, reflecting a negative fitness finding based on psychological problems. Final recommendations will not be significantly more favorable than shown here.

SOME COMMUNITY POLICING CONSIDERATIONS:      As law enforcement agencies are encouraged to build closer, more personal ties between officers and members of the community they serve, it becomes obvious that some officers find this far more congenial than do others.  'Tough' cops may make poor 'neighborhood counselors;' those who relate more like 'social workers' may become too soft to enforce the law.  Both positions have merit; no one person can be ideal for both assignments.

    A well trained officer must be able to function in all appropriate law enforcement roles, but assignments can emphasize congenial activities.  On a standard ten-point scale where '10' is extremely community oriented and '1' is extremely oriented toward 'hard nosed' enforcement, Mr. Cadeau shows a score of 6.

COA002147

**City of Atlanta Police Department**
**Background and Investigations**
**675 Ponce de Leon Avenue, NE**
**Atlanta, Georgia 30308**

### Psychodiagnostic Suggestions from Psychometric Data

Name: Cadeau, Mathieu          ID: ▮▮▮▮▮          Gender: M          Test Date: 01/04/2007

File Identifier: ADPSPOLI - 73604          Issue: S-11          Report Date: 01/05/2007

The following pages contain technical data that may be helpful to mental health professionals. Since no assessment of psychological problems, emotional disturbance, or mental illness was performed, no interpretation is here given.

## Technical Appendix

The graphs are designed to present both obtained scores and calculated values. The (grey) bands rather than points are a reminder that perfectly accurate measurement is impossible. At odds of 2:1, each such perfectly accurate value is within its plotted grey range.



The following 'Broad Personality Patterns' graph includes a variation (among several) of what some personality theorists call the 'Big Five.' The three extra dimensions relate primarily to problems. The scores to the left are STEN (STandard tEN) scores even though some extremes may reach higher than 10.



The Personality and Clinical graphs show sten (STandard tEN) scores to left of the descriptions.  Score labels shown in parentheses, e.g. (X), signify that the standard score has been reversed from its classic definition so as to present it most logically among its group.  Descriptions on the left and right sides of the graph are opposites, the left describing the low score meaning and the right the high one.

The profile below was based on 160 questions of which Mr. Cadeau failed to answer only 2.  The items left blank have been filled in as the middle score, 'neither true nor false,' and thus may have distorted the picture.





COA002150

48498

**Social Security Number**

**Name**

MATHIEU CADEAU

**Psychological Resources**
Atlanta, GA, USA

**D-80**

In your booklet "D-80," there are phrases *"Describing My Feelings."* Please use the rating scale below to describe how often or rarely each statement fits you. Describe yourself as you generally are now, not as you wish to be in the future. Describe yourself as you honestly see yourself, in relation to other people you know of the same sex as you are, and roughly your same age. Please read each statement carefully, and then fill in the bubble that corresponds to the rating on the scale. The meaning of each scale point is obvious, ranging from "Always" at the top to "Never" at the bottom, with "Sometimes" in the middle.

COA002151

*01/05/2007*

**AGENCY:**   **ATLANTA POLICE DEPARTMENT**
**675 PONCE DE LEON, 9TH FLOOR**
**ATLANTA, GA 30308-**

**APPLICANT:**   **CADEAU , MATHIEU**

**DOB:** ████ *1966*   **SSN:** ████████

**ENTRANCE EXAMINATION STATUS:**   ***ACCEPTABLE***

*This applicant has met the pre-employment entrance examination requirement of
O.C.G.A. 35-8-8(a)(9). This examination is only a measure of the applicant's ability to
read and understand what he/she has read. This examination is used by P.O.S.T. solely
as a predictor of the applicant's ability to pass the academic portion of the Basic Law
Enforcement or Corrections Training Course. Any other use of this examination may be a
violation of the Equal Employment Opportunity Commission (E.E.O.C.) guidelines.*

*This original must be attached to page 9 of the application for certification when
submitting to P.O.S.T.*

COA002152



**POLICE DEPARTMENT**
Inter-City Correspondence Unit
Correspondence Desk
One Police Plaza, Room 902A
New York, N.Y. 10038
646-610-5030
646-610-5849 – Fax

March 5, 2007

**Atlanta Police Department**
**675 Ponce De Leon Avenue N.E.**
**Atlanta, Georgia 30308**
**Att: Recruitment Unit**

**RE: CADEAU, MATHIEU ELSH PIERRE STERLING**
**OUR FILE # 438-07**

To Whom It May Concern:

Your request for a Criminal Record Check on the above listed subject has resulted in a negative response, based on a search of New York City Police Department files only.

Assuring you of our continued cooperation in all matters of mutual concern.

**Sincerely,**

*PCAA Cheryl Dlols*

**Evelia A. Foster**
**Principal Police Communication Technician III**

EAF/ks
cc: File

COURTESY  •  PROFESSIONALISM  •  RESPECT
**Website: http://nyc.gov/nypd**

Misc 243-96 (Rev 03-05)-Petit

COA002153



**ATLANTA POLICE DEPARTMENT**
RECRUITMENT UNIT
675 PONCE DE LEON AVE. N.E.
ATLANTA, GEORGIA  30308
OFFICE (404) 853-7650
FAX       (404) 853-7645 or 7652

# FAX COVER SHEET

| To:   NYPD – Inter-City Correspondence Unit | From:  Officer J. Zambrano |
|---|---|
| Attn:  I.D Section | Pages:  2 |
| Fax:   646-610-5849 | Date: February 13, 2007 |
| Phone: 646-610-5030 | |

√ Urgent          ___ For Review          ___Please Comment          √ Please Reply

This subject has made application with our agency for a **Police Officer** position. A background investigation is being conducted to determine his/her suitability for such position. This bureau would greatly appreciate a check being made to ascertain whether or not the listed subject has a criminal record in your area, as well as a check of his/her traffic records/reports.

| Re: | Cadeau, Mathieu Elsh Pierre Sterling |
|---|---|
| AKA: | |
| S.S.# | ████████ |
| DOB: | ███1966 |
| Race/Sex: | B/M |

Attached is a consent form signed by the applicant, please fax your response to (404) 853-7645 or (404) 853-7652. Thank you for your cooperation.

Officer J. Zambrano

☐ **RECORD**   Cncit#883
☒ **NO RECORD**   2/28/07
**BASED ON A SEARCH OF N.Y.C.P.D. FILES ONLY.**

EM

COA002154

Name: _Mathieu Cadeau_                    Score: _9.7_

Social Security # _[redacted]_

Recruiter Name: _Zambrano_

**Instructions:** Here are some sentences with missing words: Choose the word that makes the most sense to fill in each missing word. A blank with a number shows a word is missing. Four words that might go in the blank are given below with the same number. Show the word you think makes the most sense in the blank by making a heavy black mark next to the word. Look at the first sentence, the missing word is chosen from the words under number 1. The correct word "nickel" has been marked with a heavy black line next to it. Try the next one.

Five cents is called a __1__.

To stop a car you step on the __2__.

| 1 | | 2 | |
|---|---|---|---|
| penny | ☐ | gas | ☐ |
| quarter | ☐ | brake | ■ |
| nickel | ■ | horn | ☐ |
| dollar | ☐ | cake | ☐ |

What a difference there is between a bark and a growl! When a dog barks he throws his head high. A bark is not a war cry. But when a dog growls he ____3____ his head. A growl may mean he is ready to fight. The dog must guard his throat when he fights another animal. If a dog comes barking to meet you, you are in no ____4____.

| 3 | | 4 | |
|---|---|---|---|
| heads | ☐ | friend | ☐ |
| raises | ☐ | safety | ☐ |
| lowers | ■ | danger | ■ |
| looses | ☐ | house | ☐ |

Do you know that many farmers buy ladybugs for their gardens? Ladybugs never eat plants. They eat other ____5____ that do eat plants. Mr. Sam Quick sells ladybugs to ____6____. Many men work for him. Mr. Quick's men look in trees for sleeping ____7____, they sleep in cool tree leaves. The men put sheets on the ground. Then they shake the ____8____. When the bugs fall the men pick up the ____9____. The ladybugs are inside.

| 5 | | 6 | | 7 | | 8 | | 9 | |
|---|---|---|---|---|---|---|---|---|---|
| plants | ☐ | farmers | ■ | plants | ☐ | trees | ■ | ladybugs | ☐ |
| ladybugs | ☐ | gardens | ☐ | ladybugs | ■ | sheets | ☐ | trees | ☐ |
| bugs | ■ | grocers | ☐ | farmers | ☐ | plants | ☐ | plants | ☐ |
| ladies | ☐ | housewives | ☐ | quietly | ☐ | grass | ☐ | sheets | ■ |

Two million tons of coal burned every minute would not equal the ____10____ that the Gulf Stream gives forth in its Atlantic crossing. Without the Stream's warmth England's pleasant green countryside would be as cold as Labrador, which is no farther North than England. If this "river of blue" were cooled as much as fifteen ____11____, England, Scandinavia, Northern France, and Germany would probably become a region for the ____12____ only.

| 10 | | 11 | | 12 | |
|---|---|---|---|---|---|
| heat | ■ | inches | ☐ | heat | ☐ |
| cold | ☐ | degrees | ■ | trees | ☐ |
| water | ☐ | month's | ☐ | water | ☐ |
| river | ☐ | tons | ☐ | Eskimos | ■ |

COA002155

# Written Essay

**Name:** MAthieu Cadeau

**Date:** 7/24/07

**Position Applying For:** Police Officer

## Instructions

On the page provided, compose an essay with a minimum of three (3) paragraphs on:

*"Why I am seeking the position of* Police Officer *."*

(list position applied for)

Make sure you include the reasons you are seeking this position and what contributions you hope to make to the Atlanta Police Department if hired. You will be given twenty (20) minutes to complete this assignment. The use of a dictionary or other reference material is strictly forbidden.

To assist you further, please note that a paragraph consists of at least two (2) complete sentences that are related. If you do not fully understand what is required of you, please ask the test facilitator for assistance. Failure to complete your essay may result in suspension of your application or a negative recommendation to the hiring authority.

Remember, do the best you can in the allotted time.

I fully understand the instructions and requirements of the above-described assignment.

_____
Signature

7/24/07
Date

COA002156

# City of Atlanta
# Police Department
### Long Questionnaire

## Instructions:

1. Print Clearly and use black ink.
2. Complete all questions in detail and give a full explanation where appropriate.
3. If more writing space is needed, your investigator will provide you with additional paper.

## *IMPORTANT*

A complete and truthful response to every question herein is required. Any omission, misrepresentation or falsification will result in the disqualification of your application. If you are hired and it is later discovered that you falsified your application, you will be terminated from employment. If you have any questions or are unsure about these instructions or a particular item, notify your investigator to eliminate any misunderstandings.

I have read the instructions for the completion of the Atlanta Police Department Long questionnaire and fully understand them.

Print Name   Mathieu Cadeau

Signature   _____

Date   January 3, 2007

1

# Work History

COA002157

1. What is your present occupation? CCA /CTF     Lieutenant /Assistant Shift Commander
   _____ Employer          _____ Position

2. Are you being paid or urged by any person or organization to apply with the Atlanta Police Department?

   Yes _____ No ✓
   If "yes", give details below.
   _____ N/A _____

3. Have you ever worked for the City of Atlanta or submitted an application for employment with the City of Atlanta to include the police, fire or corrections department?

   Yes _____ No ✓
   If "yes", give details below.
   _____ N/A _____

4. Have you ever applied for employment with any public safety agency (law enforcement agency, fire department, correctional agency, etc.)

   Yes ✓ No _____
   If "yes", give details below.

   If you answered yes indicate below which public safety agency, the date of your application and the hiring decision.

   | Agency | Date | How far did you get in the hiring process |
   | --- | --- | --- |
   | 1. Cobb County Sheriff | 06 | Interview |
   | 2. Gwinnett County Sheriff | 06 | Interview |
   | 3. Prince George's County Sheriff | 8-29-03 | Completed Application Process |
   | 4. City of Frederick Police Dept | July 03 | Completed Application Process |
   | 5. Montgomery County Sheriff | Nov 07 | Test & Packet |
   | 6. CCA / CTF | | Completed Application Process |

5. Are you now or have you ever been engaged in any business as an owner, partner, or corporate member?

   Yes _____ No ✓
   If "yes", give details below.
   _____ N/A _____

2

COA002158

6. Have you ever been reprimanded, verbally or in writing, for being late or absent by an employer?

Yes _____   No __✓____
If "yes", give details below.
_____N/A_____
_____

7. Have you ever been reprimanded, verbally or in writing, for misconduct or not doing your job appropriately by an employer?

Yes _____   No __✓____
If "yes", give details below.
_____N/A_____
_____

8. Have you had any disputes with supervisors concerning job duties, working conditions or other work related matters?

Yes _____   No __✓____
If "yes", give details below.
_____N/A_____
_____

9. Have you ever been reprimanded, verbally or in writing, because of an auto accident involving a company vehicle?

Yes _____   No __✓____
If "yes", give details below.
_____N/A_____
_____

10. Have you ever been asked to resign from a job to avoid being terminated, or resigned under pressure?

Yes _____   No __✓____
If "yes", give details below.
_____N/A_____
_____

11. Have you ever abandoned a job to avoid termination or an investigation?

Yes _____   No __✓____
If "yes", give details below.
_____N/A_____
_____

COA002159

12. Have you ever been fired or terminated from any job?

Yes ___✓___ No_____
If "yes", give details below.

November 1, 2001. my position was terminated for not following bank policy procedures. even though no fradulent activity was Found aFTer the investigation was Completed.

13. Have you ever taken anything of value (Goods or Services) without permission from a place of employment?

Yes ___✓___ No _____
If "yes", give details below.

Pens, Posted - Notes to Finish assignments

14. Do you object to wearing a uniform or regulations pertaining to such?

Yes _____ No ___✓___
If "yes", give details below.

N/A

15. Is there any reason why you would be unable to work on any assigned shift or day?

Yes _____ No ___✓___
If "yes", give details below.

N/A

16. (Police Applicants Only) If it became necessary, within your law enforcement duties, to take a human life, would you have any reluctance to do so because of religious or other beliefs?

Yes _____ No ___✓___
If "yes", give details below.

N/A

## Financial History

1. Have you ever had your wages garnished?

Yes ___✓___ No _____
If "yes", give details below.

Child SupporT: Income oF ExEcution for my daughter Jacqueline Cadeau This execution has been vacated as of June 03

4

COA002160

2. Are you behind on any payments or any debts?

Yes ___✓___ No _____
If "yes", give details below.

Cred,T Cards (VISA ; MasterCard)

_____

3. Have you ever been under Chapter 7, Chapter 11, or Chapter 13 bankruptcies?   NO.

If "yes", give details below.

_____

4. Do you pay child support? Yes ___✓___ No _____ Have you ever been behind on your child support or are you behind now?

Yes _____ No ___✓___
If "yes", give details below.

N/A

_____

## Military History

1. Have you ever served in a military or naval organization of the United States; to include the Reserves, National Guard or the Coast Guard?

Yes _____ No ___✓___
Branch of Service ___N/A___    Number of years served ___N/A___

2. What was your job description/duties ___N/A___

3. What was the highest rank you held? ___N/A___

4. What was your rank at discharge? ___N/A___

5. Indicate the condition of your discharge as it appears on the member 4 copy of your DD214.
___N/A___

6. Were you ever court-martialed, tried on charges, or were you the subject of a summary court, deck court, captain's mast, company article 15 or field grade article 15, or any other disciplinary action while a member of the armed forces?

Yes _____ No ___✓___
If "yes", give details below.
___N/A___

_____

5

COA002161

7. Have you ever received any traffic citations on a military installation?

Yes _____ No ___✓___
If "yes", list the citations below.
_____ N/A _____
_____

8. Have you ever been arrested or detained on a military installation?

Yes _____ No ___✓___
If "yes", give detail below.
_____ N/A _____
_____

# Drug History

1. Have you ever tried, experimented with, ingested or used marijuana? (even as a juvenile)

Yes ___✓___ No _____

2. Have you ever tried, experimented with, ingested or used any illegal drug? (even as a juvenile)

Yes _____ No ___✓___

3. Have you ever sold, held or delivered any illegal drugs or marijuana, for friends or relatives for personal gain or at no profit to yourself? (even as a juvenile)

Yes _____ No ___✓___
If "yes", give details below.
_____ N/A _____
_____

4. Have you ever been associated with any person who is/was involved in any drug activity?

Yes _____ No ___✓___
If "yes", explain in detail below.
_____ N/A _____
_____

COA002162

5. Indicate the drug(s) you have experimented with by listing the date used and the number of times used.   (If the drug is not listed use the space provided at the bottom (other) to write the drug in.)

| Drug Used | Date 1st used | Date last used | # of times used |
|---|---|---|---|
| Marijuana | Agust 1987 | August 1987 | 2 |
| Hashish | | | |
| Cocaine | | | |
| Crack Cocaine | | | |
| PCP | | | |
| Angel Dust | | | |
| THC | | | |
| LSD | | | |
| Mescaline | | | |
| Magic mushrooms | | | |
| Psilocybin | | | |
| Heroin | | | |
| Quaaludes | | | |
| Speed | | | |
| Uppers | | | |
| Downers | | | |
| Steroids | | | |
| Other | | | |
| Other | | | |

## Criminal History

1.  Have you ever been detained (i.e. Briefly stopped by the police)?

Yes _✓_   No _____
If "yes", give details below.
Suspended License . NYC . August. 1997 - 1999 ?
Child Support . NYC .   August 1996 / 1998 ?

2.  Have you ever been charged, given a copy of charges or physically arrested by the police for any reason?

Yes _✓_   No _____
If "yes", give details below.
Suspended License . NYC   August 1997 / 1999 ?

7

3. **Have you ever received a summons or warrant to appear in court?**

Yes ✓ ____ No _____
If "yes", give details below.

Child Support. 1993/1996?
Suspended License. August 1997

4. **Have you ever been a member of any organization, hate group or gang which shows a policy of approving the commission of acts of force or violence to deny other persons their constitutional rights by unconstitutional means?**

Yes _____ No ✓
If "yes", give details below.

N/A

5. **Indicate yes or no if you have ever committed any of the following crimes: (Whether you were arrested or not.)**

| Crime | Yes | No | Date/Age Brief Explanation. |
|---|---|---|---|
| Breaking and Entering | | ✓ | |
| Drug sales | | ✓ | |
| Possession of Narcotics | | ✓ | |
| Possession of Marijuana | | ✓ | |
| Passing Bad Checks | | ✓ | |
| Fraudulently misused Credit Card | | ✓ | |
| Forged a Check | | ✓ | |
| Burglary | | ✓ | |
| Armed Robbery | | ✓ | |
| Auto Theft | | ✓ | |
| Shoplifting | | ✓ | |
| Theft from employer | ✓ | | Pens, Pencils, Posted-Notes. 2000-2001? |
| Murder | | ✓ | |
| Assault | | ✓ | |
| Domestic Violence | | ✓ | |
| Sex Crimes | | ✓ | |

COA002164

6. Have you ever committed any offense, misdemeanor or felony not listed?

Yes _____ No __✓__
If "yes", give details below.
N/A

7. Have you ever been convicted of a Felony, Misdemeanor, or a City Ordinance violation?

Yes _____ No __✓__
If "yes", give details below.
N/A

8. Have you ever been fingerprinted?

Yes __✓__ No _____
If "yes", give details below.
City of Frederick Police Department · 2003 , CCA/CTF · 2004
Prince George's County Office of the Sheriff · 2003

## Court Appearance/Lawsuits

1. Have you ever appeared in court as a Witness, Victim or as a Defendant?  **(As a Juvenile or an Adult)**

Yes _____ No __✓__
If "yes", give details below.
N/A

2. Have you ever been granted the provisions of the First Offenders Act? (First time arrest or where criminal records were sealed or expunged)

Yes _____ No __✓__
If "yes", give details below.
N/A

3. Have you ever committed perjury in a court of law or in a deposition?

Yes _____ No __✓__
If "yes", give details below.
N/A

COA002165

4.  Have you ever been involved in any lawsuits?  **(Criminal, Civil or Traffic related)**

Yes _____   No __✓__
If "yes", give details below.
_____ N/A _____

---

# Traffic History

1.  Have you ever possessed a driver's license from any state other than the state of Georgia?

Yes __✓__   No _____
If "yes", list the state and license # below.

| State the license was issued | License number |
|---|---|
| 1. Maryland | C 300·589·694·638 |
| 2. New York | 743-911-281 |
| 3. | |
| 4. | |

2.  Has your driver's license ever been suspended or revoked?

Yes __✓__   No _____
If "yes", give details below.
August 1997· Outstanding Ticket. No Insurance· Paid Fine

3.  Have you ever obtained a driver's license under a name other than the name used in this application?  **(i.e. maiden name, name changed)**

Yes _____   No __✓__
If "yes", list the name or names below.
_____ N/A _____

4.  Do you have auto insurance at the present time?

Yes __✓__   No _____
If "no", explain below.
_____
_____

5.  Have you ever been charged with Driving under the Influence of Alcohol or Drugs?

Yes _____   No __✓__
If "yes", give the details below.
_____ N/A _____
_____

COA002166

6.  Have you ever received any traffic tickets/citations?

Yes ___✓___   No _____

If "yes", list the violation(s) on the next page.

| Date | Location City/State | Violation | Disposition |
|---|---|---|---|
| 1. October 2003 | NYC · NY | Seatbelt | Paid Fine |
| 2. May 2000/2001? | NYC NY | Seat belt | Paid Fine |
| 3. May 2000/2001? | NYC · NY | Improper Turn | Paid Fine |
| 4. 1999/2001? Elmont NY | | Wrong Direction | Paid Fine |
| 5. August 1997 NYC · NY | | Suspended license | Paid Fine |
| 6. 1994 | Queens · NY | No Insurance | Paid Fine |
| 7. 1994 | Queens NY | No Insurance | Paid Fine |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |

7.  Have you ever been involved in a motor vehicle accident as a driver?

Yes _____   No ___✓___

If "yes", list the accidents below.

| Date | Investigated Y/N | City and State | Who was at fault? |
|---|---|---|---|
| 1. N/A | N/A | N/A | N/A |
| 2. N/A | N/A | N/A | N/A |
| 3. N/A | N/A | N/A | N/A |
| 4. N/A | N/A | N/A | N/A |
| 5. N/A | N/A | N/A | N/A |

8.  Have you ever been involved in, or accused of a hit run accident?

Yes _____   No ___✓___

If "yes", give details below.

_____N/A_____

_____

COA002167

## Undetected Criminal Activity

1. Have you ever committed an act that you were not caught doing, if caught you would have been arrested?   Yes_____ No ✓ (If yes explain in detail)

2. Have you ever fraudulently obtained money?   Yes___ No ✓ (If yes explain in detail)

3. Have you ever committed a fraudulent act against an employer?   Yes___ No ✓ (If yes explain in detail)

4. Have you ever intentionally damaged the property of another?   Yes___ No ✓ (If yes explain in detail)

5. Have you ever filed *any* false report?   For any reason. Yes___ No ✓ (If yes explain in detail)

6. Since you have been an adult (18 years old), have you ever had sexual involvement with someone under the age of 18?  Yes___ No ✓ (If yes explain n detail).   If yes how old were they? ___ How old were you? ___ How long ago? ___

7. Have you ever been involved in a sexual act that if caught you would have been arrested?  Yes___ No ✓ (If yes explain in detail)

8. Have you ever been involved in a sexual act that if caught you would have been fired from your employer?  Yes___ No ✓ (If yes explain in detail)

9. Have you ever engaged in prostitution or used the services of a prostitute? Yes___ No ✓ (If yes explain in detail)

10. Have you ever benefited from the sale of illegal drugs, either directly or indirectly, free drugs or sexual favors? (If you received any money from a friend or family member involved in drug sales indirectly, list and give details) Yes___ No ✓ (If yes explain in detail).

11. Have you ever driven a motor vehicle under the influence of alcohol or drugs?  Yes___ No ✓ (If yes explain in detail).

12. Have you ever purchased or pawned an item that you knew or should have known it to have been stolen? Yes___ No ✓ (If yes explain in detail)

13. Did you list *ALL* of your jobs for the past fifteen years on your employment application, to include part-time and temporary jobs? Yes ✓ No___ (If yes explain in detail) il .

COA002168

# *A F F I D A V I T*

I hereby certify and affirm that all answers and subsequent statements made in this questionnaire by me are true, accurate, and complete.  I further understand that any misstatements or misrepresentation of material facts may subject me to disqualification for employment consideration or dismissal from employment by the City of Atlanta.  I further understand that any false statements made by me for employment purposes is a violation of the code of the City of Atlanta and a violation of State Law.

_____        _____
Applicant's Signature                                Date

Sworn to and subscribed before me this _____ day of _____, 20____

Notary Public

COA002169

Mathieu Cadeau
9451 Merust Lane
Gaithersburg, MD 20879
301 330 3647 (Home)
646 739 3000 (Cell)
MEC815@Yahoo.com


CITY OF ATLANTA
Atlanta Police Department
675 Ponce De Leon, NE
Atlanta, GA 30308
Attn: Officer J. Zambrano


February 8, 2007


Dear Officer Zambrano,

       I would like to express my sincere thanks in allowing me to have an interview with you for the City of Atlanta Police Officer's Department.  Your diligence and integrity helped confirm my thoughts in pursuing the position for Police Officer.  I am in hopes in meeting with you further along the way.




Respectfully Yours,



Mathieu Cadeau




PS
Included Documents

Employment Verifications
NYC Driving Abstract
Copies of payments to Leading Edge (Collection Agency)

COA002170

Mathieu Cadeau
9451 Merust Lane
Gaithersburg, MD 20879
301 330 3647- Home
646 739 3000- Cell
MEC815@yahoo.com

City of Atlanta Police Department
Recruitment Unit
City Hall East -- Fourth Floor
675 Ponce De Leon Avenue, N.
Atlanta, Georgia 30308

March 5, 2007

Dear Sir;

    As per your advisement this correspondence is in regards to the information received from my current employer. It has come to my attention that in my employee file is a notice of reprimand for failure to complete a "Use of Force" packet at the end of shift. After conducting an investigation of the incident between an officer and an inmate, I found no use of force. I sought the advisement of the Shift Supervisor who also found no use of force. Sometime after, the Chief of Security asked me to explain the details of the incident. After explaining truthfully, the Chief of Security agreed with my assessment and advised me to submit a packet for the minor use of force. I submitted the packet of fact as directed for the use of force and was further advised that there would be no reprimand for this minor action. As per the Chief, I signed a document of the failure of notification as a technicality and was reminded that there would be no reprimand. In my application for the City of Atlanta Police Department, my answer to the question of receiving reprimand by my employer was "No" because of the discussion with the Chief of Security. As you will see in my references, I express and display integrity, trust, respect, loyalty, and professionalism at all times. At no time did I intentionally mislead or omit any requested information during my background investigation. I hope this will clarify this issue.

Respectfully Yours,

Mathieu E.P.S Cadeau

COA002171

# PERSONAL DATA

**Social Security Number:** ▓▓▓▓▓▓▓   Age: 40   **Date of Birth** ▓▓▓▓ / 66

**In which state was your SS# issued?** NEW YORK

**How long have you lived at current address?**
2
Years          Months

Today's Date: 11/9/06

Full Name: Cadeau , Mathieu , Elsh Pierre Sterling
            Last Name      First Name      Middle Name

Home Address: 9451 Merust Lane
              Street Number (or PO BOX #)      Street Name

Gaithersburg          MD          20879
City                  State        Zip Code

## Telephone Numbers: Area Code + Phone Number

Home Telephone Number: 301  330  3647

Business Telephone Number: N/A

Other Telephone Number: 6+6  739  3000  NOT VALID 7/7/07  active 1/26/07

Pager Number: N/A

## Citizenship

Are you a citizen of the United States?   Yes [✓]   No [ ]

If "no", are you a permanent resident?   Yes [ ]   No [ ]

Are you:   Natural Born [✓]   Need Certified Copy of your birth certificate from the Bureau of Vital Statistics in the state you were born.

Naturalized [ ]   Need original Naturalization Papers.

Resident Alien [ ]   Need Alien Registration Card ("Green Card")

**Place of Birth:** NEW YORK City _____ NEW YORK/USA
                    City          County          State/Country

**Sex:**   Female [ ]      **Race:** Black [✓]   Hispanic [ ]   American Indian [ ]
           Male [✓]              White [ ]   Asian [ ]   Biracial [ ]
                                Other [ ] _____

mod 06/23/2004/cmj                Page 4

**PERSONAL DATA (continued)**

**Have you ever used another name or had your name changed?** Yes [ ]   No [✓]
Note:  This includes, but is not limited to, Maiden Names, Former Married Names, Adopted Names, Nicknames, etc.  If Yes, fill in the information in the table below.

| Previous Name | Date of Change | Location of Change | Reason for Change |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

**In case of an emergency, please list someone we can contact:**

Michelle Yarborough Cadeau                                    Wife
Name of Person to Contact                                              Relationship

9451 Merust Lane          Gaithersburg      MD          20879
Home Address                        City                        State          Zip Code

301  330  3647                     646·729·5611
Home Telephone Number              Business Telephone Number

**How did you learn about the position?**

[ ] NEWSPAPER                        [ ] MAILING LIST
[ ] TELEVISION                        [ ] STATE EMPLOYMENT OFFICE
[ ] BILLBOARD                        [ ] CITY PERSONNEL OFFICE
[ ] RADIO (STATION NAME_____)    [ ] JOB FAIR OR CAREER DAY
[ ] INTERNET Web Page                [✓] EMPLOYEE OF THE DEPT. Ofc. Bryan Franc
[ ] TRADE PERIODICAL                 [ ] SCHOOL PLACEMENT OFFICE

**Have you filed an application with the City of Atlanta before?** YES [ ]   NO [✓]
Position(s) last applied for and date: _____

**Are you presently employed by the City of Atlanta?** YES [ ]   NO [✓]
If YES, list: Department_____   Date Hired _____

**Have you been employed previously by the City of Atlanta?** YES [ ]   NO [✓]
**If so, did you leave in good standing?**  YES [ ]   NO [ ]
If YES: Date(s) started _____Date(s) left _____Position(s) Held_____

**Do you hold a valid driver's license?**  YES [✓]   NO [ ]
License Number C-300·589·694·638 ____ State MD Expires on 8·15·2009

COA002173

# EDUCATION

**Circle the highest grade completed**

1  2  3  4  5  6  7  8  9  10  11  12  (13)  14  15  16  17  18  _____Other

**If you graduated from <u>high school</u>, complete the following information:**

| Name of High School | Dates Attended: From/ To |
|---|---|
| Far Rockaway High School | 9/80 · 6/84 |

| Street Number   Street Name | City | State | Zip |
|---|---|---|---|
| 821 Bay 25th Street | Far Rockaway | NY | 11691 |

Telephone Number   718·327·6000            Date Graduated

**If you received a <u>GED certificate</u>, complete the following information:**

N/A

Name of School (If School No Longer Exists, List Name Of the Local Board Of Education)

N/A

Complete Mailing Address Of School (If School No Longer Exists, List the Address Of The Local Board Of ucation)

N/A                                    N/A

Year GED Obtained                      State GED Obtained

**List any <u>degrees</u> that you have received:  Such as A.A., A.A.S., B.S., M.P.A., ETC.**

| N/A | N/A | N/A |
|---|---|---|
| Type of Degree | Major and Minor Area of Study | Year Received |
| N/A | N/A | N/A |
| Type of Degree | Major and Minor Area of Study | Year Received |

**Since high school, have you ever been expelled or suspended from any school or been disciplined by any school official?** Yes [  ]  No [✓]     If YES, explain:

**NOTE:**  The applicant is responsible for furnishing APD with a COPY OF HIS/HER HIGH SCHOOL DIPLOMA and SEALED COLLEGE TRANSCRIPTS (where applicable) at the applicant's own expense.

COA002174

## EDUCATION (continued)

**List below any colleges, universities, vocational/technical schools/graduate schools that you have attended:**

| NAME OF SCHOOL | COMPLETE ADDRESS (INCLUDE STREET NUMBER, STREET NAME, CITY, STATE AND ZIP CODE | DATES ATTENDED FROM | TO | MAJOR COURSE OF STUDY | DID YOU GRADUATE? |
|---|---|---|---|---|---|
| Franklin Pierce College | College Road Rindge, NH 03461 | 8/84 | 5/85 | Undecided | NO |
| Computer Career Center | 200 Garden City Plaza Garden City, NY 11530 | 6/99 | 7/00 | Network Specialist | YES Certificate |
| Axia College / Univ of Phoenix | 9601 Blackwell Road Rockville, MD 20850 | 10/06 | Present | Criminal Justice | NO |
| N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A |

## Please list any technical skills that you have acquired and the extent of your proficiency :

Computers:     Data processing ☐          (Proficiency) - Some knowledge     Functional     Expert
                       Desktop publishing ☐  (Proficiency) - Some knowledge     Functional     Expert

Types of software/hardware used   Microsoft Office 2000 / Windows 2000 professional

Typing:   30   wpm

## List any foreign language that you have learned and the extent of your proficiency:

Language  Haitian Creole  proficiency some ☐  moderate ☐  fluent ☒

Language_____  proficiency some ☐  moderate ☐  fluent ☐

## List any other specialized training:

Weapons Carrying License. 9/06 · 38 Caliber Smith & Wesson Model 10 & 12 Gauge Nomenclature

Basic Instructor Certification. 4/06 · OC Aerosol Projects, Specialty Impact & Chemical Munitions.

COA002175

# LAW ENFORCEMENT EXPERIENCE

List all **public safety agencies that you have applied with** (law enforcement, fire department, correctional, etc.) Include agency name, date you applied, and how far you got in their hiring process. Also list contact name (if available).

1. NEW York Police Department · 1990 · Det. Sgt. DeLeon · Closed · List Expired.
2. United States Postal Service Police · 1996 · No Contact · Closed · Examination
3. Baltimore Police Department · 6/02 · · Closed · Examination
4. Montgomery County Sheriff's Office · 12/02 · Donna A. · Closed · Work History
5. Arlington County Sheriff's Office · 2/03 · Sgt Bethea · Closed Polygraph ·

Continued page 11

List the number of years and months experience as a certified law enforcement officer:

YEARS     N/A          MONTH     N/A

List your P.O.S.T. Certification Number:     N/A

In the table below, list any and all disciplinary action received while working in a law enforcement position.  Include any oral or written reprimands, suspensions, demotions or ~minations; date of the action; reason for the action (i.e., auto accident, insubordination, ~lation of departmental policy, etc); and indicate whether you are currently involved in an open Internal Affairs investigation.

| Name of Agency (Include address) | Type of disciplinary action | Date of action | If an Internal Affairs investigation; open or closed | Reason for disciplinary action |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |

COA002176

# MILITARY SERVICE

Have you ever attempted to enlist in any branch of the United States Armed Forces?  This can also include Reserves, National Guard, or Coast Guard.

YES ☐ NO ☑  If YES, what branch_____

Have you ever served in any branch of the United States Armed Forces?  This can also include Reserves, National Guard, or Coast Guard.

YES ☐ NO ☑  If YES, what branch _____

What type of military discharge did you receive?  (Honorable, Dishonorable, General, Under Honorable Conditions, Entry Level Separation, Medical, etc.)  Be Specific:

_____ N/A _____

Have you ever served in any branch of a foreign military?

YES ☐ NO ☑  If YES, what branch_____

Have you ever been involved in, or been accused of being involved in, a subversive act against the United States Government, or any other government, such as mutiny, treason, sabotage, espionage, etc.?

YES ☐  NO ☑  If YES, fully explain on an attached sheet of paper.

APPLICANTS WHO HAVE SERVED IN THE MILITARY MUST COMPLETE THE FOLLOWING:

| BRANCH OF SERVICE | ENLISTMENT PERIOD | HIGHEST RANK HELD | SERVICE NUMBER |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

Have you ever been court martialed, tried on charges, or subject of an Article 15, company punishment, OR ANY OTHER disciplinary action while a member of any branch of the Armed Forces?

YES ☐ NO ☑ If YES, fill in the information in the table below and explain offense(s) in detail on an attached sheet of paper.

| TYPE OF DISCIPLINARY ACTON | BRANCH OF SERVICE | DATE OF ACTION | DISPOSITION OF ACTION |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

COA002177

# CHARACTER / SOCIAL REFERENCES

ovide five (5) references (**not relatives, those within your household, or employers**) who are responsible adults of reputable standing in their communities, such as heads of households, property owners, business or professional men or women, who have known you well for the past five (5) years. **Please confirm that all addresses and telephone numbers are current before you submit the application.**

**REFERENCE 1**

KenneTH Huggins

| NAME | | RELATIONSHIP | HOME PHONE NUMBER |
|---|---|---|---|
| | 4070 Brushy Mill Court | Friend  Loganville | 678·427·2841  GA  30052 |
| HOME STREET # | HOME STREET NAME | CITY | STATE   ZIP CODE |

OCCUPATION: United Parcel Service Pilot
BUSINESS TELEPHONE NUMBER: 678· 427· 2841

**REFERENCE 2**

Paul Valles Jr.

| NAME | | RELATIONSHIP | HOME TELEPHONE NUMBER |
|---|---|---|---|
| | 22 Alberts Avenue | Friend  Sicklerville | 856· 728·1962  NJ  08081 |
| HOME STREET # | HOME STREET NAME | CITY | STATE   ZIP CODE |

OCCUPATION: NJ STaTE TRooper Polygrapher
BUSINESS TELEPHONE NUMBER: 856· 404·0054 / 609· 882·2000 x 2426

**REFERENCE 3**

Dale London

| NAME | | RELATIONSHIP | HOME TELEPHONE NUMBER |
|---|---|---|---|
| | 1901 E. Street SE | Supervisor  Washington | 202·538·7684  DC  20003 |
| HOME STREET # | HOME STREET NAME | CITY | STATE   ZIP CODE |

OCCUPATION: CCA/CTF Administrative Captain
BUSINESS TELEPHONE NUMBER: 202·547·7822

**REFERENCE 4**

Nicole Wallace

| NAME | | RELATIONSHIP | HOME TELEPHONE NUMBER |
|---|---|---|---|
| | 1901 E. Street SE | Supervisor  Washington | 301·237·9112  DC  20003 |
| HOME STREET # | HOME STREET NAME | CITY | STATE   ZIP CODE |

OCCUPATION: CCA/CTF Shift Captain
BUSINESS TELEPHONE NUMBER: 202·528·5199

**REFERENCE 5**

James Tomes

| NAME | | RELATIONSHIP | HOME TELEPHONE NUMBER |
|---|---|---|---|
| | 3928 Suitland Road Apt 203. | Sub·Co·worker/Friend  Suitland | 301 420 1763  MD  20749 |
| HOME STREET # | HOME STREET NAME | CITY | STATE   ZIP CODE |

CUPATION: CCA/CTF Correctional Officer
BUSINESS TELEPHONE NUMBER: 202· 316·5827

COA002178

# NEIGHBOR/LANDLORD REFERENCES

**Provide three (3) current or recent neighbors or landlord references. The neighbor reference may live next door to you or within three (3) houses or apartments in any direction of your residence. <u>Do not list references that are related to you by blood or marriage</u>. All persons may be asked to appraise your character, ability, experience, personality, and other qualities. <u>Please confirm that all addresses and telephone numbers are current before you submit the application.</u>**

## REFERENCE 1

Mr. Delante Morgan        Neighbor                    1 yr
NAME                      RELATIONSHIP                LENGTH OF TIME KNOWN

9453    Merust Lane              Gaithersburg   MD    20879
HOME STREET #    STREET NAME          CITY       STATE    ZIP CODE

Metro Technician          N/A              202-446-4634
OCCUPATION       BUSINESS TELEPHONE NUMBER      HOME TELEPHONE NUMBER

## REFERENCE 2

Ms. Rochelle Cooper                              1 yr
NAME                      RELATIONSHIP                LENGTH OF TIME KNOWN

10000   Brunswick Avenue        Silver Spring  MD    20910
HOME STREET #    STREET NAME          CITY       STATE    ZIP CODE

Assistant Director    301-589-0440
OCCUPATION       BUSINESS TELEPHONE NUMBER      HOME TELEPHONE NUMBER

## REFERENCE 3

Ms. Dawn-nell MarTenia        Neighbor            1 yr
NAME                      RELATIONSHIP                LENGTH OF TIME KNOWN

18243   Lost Knife Circle #202  Gaithers burg  MD    20886
HOME STREET #    STREET NAME          CITY       STATE    ZIP CODE

CHEF             301-948-2556          740-543-9490
OCCUPATION       BUSINESS TELEPHONE NUMBER      HOME TELEPHONE NUMBER

COA002179

# RESIDENCE HISTORY

List all of your residence addresses since the fifth grade. Begin with your present address. This list should include temporary addresses, part-time addresses, military addresses, permanent addresses, and school addresses. Follow the example:

| FROM MO/YR | TO MO/YR | STREET # / PO BOX # | STREET NAME | CITY | COUNTY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 9/96 | present | 55 | FOX STREET | BUFORD | HALL | GA | 30518 |
| 6/85 | 9/96 | 980 | ELLENBURG WAY | ATLANTA | FULTON | GA | 30302 |
| 9/77 | 06/85 | 1123 | CHARLES PLACE | MARIETTA | COBB | GA | 32252 |

| FROM MO/YR | TO MO/YR | STREET # / PO BOX # | STREET NAME | CITY | COUNTY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 1/06 | Present | 9451 | MERUST LANE | Gaithersburg | Montgomery | MD | 20879 |
| 11/03 | 1/06 | 18411 #202 | Lost Knife Circle | Gaithersburg | Montgomery | MD | 20886 |
| 6/02 | 11/03 | 144-31 | 158th Street | Jamaica | Queens | NY | 11434 |
| 5/98 | 6/02 | 170-12 1F | 130th Avenue | Jamaica | Queens | NY | 11434 |
| 2/95 | 5/98 | 72 | Carnegie Avenue | Elmont | Nassau | NY | 11003 |
| 2/94 | 2/95 | 215-24 Bsmt | 106th Avenue | Hollis | Queens | NY | 11429 |
| 9/91 | 2/94 | 29-20 #3 | Healy Avenue | Far Rockaway | Queens | NY | 11691 |
| 8/90 | 9/91 | 590 16D | Fulton Avenue | Hempstead | Nassau | NY | 11550 |
| 6/77 | 8/90 | 146-39 | 223RD Street | Rosedale | Queens | NY | 11413 |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

COA002180

# EMPLOYMENT HISTORY

In the following tables, list all jobs worked in the **LAST 15 YEARS**. Include military, volunteer experience, self-employment, internships, periods of unemployment, **ANY** part-time work, and **ANY** full-time work. <u>For any gap of unemployment</u>, write UNEMPLOYED under the "NAME OF ORGANIZATION" and explain your means of support (i.e. spouses income, parents, unemployment benefits, etc.). Be prepared to show supporting documentation such as tax returns, Dept. Of Human Resources letters, etc.   Failure to properly complete the employment history section may result in your disqualification.  A resume may be attached only as additional information and will not be accepted in lieu of completing this section. Follow the example:

## EXAMPLE JOB 1

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: |
|---|---|---|
| Atlanta Police Department | (404)853-3434 | FROM MO/YR   TO MO/YR<br>6/1998     Present |
| COMPLETE ADDRESS:<br>675 Ponce de Leon Ave.<br>Atlanta, GA 30308 | | TOTAL TIME EMPLOYED:<br><br>4 years |
| OFFICIAL JOB TITLE:<br>Police Officer | NAME OF SUPERVISOR:<br>Sgt. John Doe | OUT OF BUSINESS? YES     NO<br><br>NO |
| DESCRIBE SPECIFIC JOB DUTIES: Patrol officer.  Responsible for answering calls for service, report writing, and accident investigation. | | |
| CIFIC REASON FOR LEAVING: | | |
| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |

## EXAMPLE JOB 2

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: |
|---|---|---|
| Bruce Construction | (770)555-6979 | FROM MO/YR   TO MO/YR<br>1/1995    6/1998 |
| COMPLETE ADDRESS:<br>7675 Peachtree Industrial Blvd.<br>Norcross, GA 32222 | | TOTAL TIME EMPLOYED:<br><br>3 years  / 6 months |
| OFFICIAL JOB TITLE:<br>Construction Foreman | NAME OF SUPERVISOR:<br>Roy Davis | OUT OF BUSINESS? YES     NO<br>YES - 1993 |
| DESCRIBE SPECIFIC JOB DUTIES: Supervised 20 construction laborers.  Responsible for safety rules compliance, payroll, and inventory control. | | |
| SPECIFIC REASON FOR LEAVING: Company went out of business in 1993 - lay off | | |
| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |

COA002181

## EMPLOYMENT HISTORY - LIST JOBS IN DESCENDING ORDER BEGINNING WITH YOUR CURRENT OR MOST RECENT JOB.

### JOB 1 ✓

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: FROM MO/YR   TO MO/YR |
|---|---|---|
| CCA/CTF | 202-698-3000 | 01/05 – Present |
| COMPLETE ADDRESS: 1901 E. STREET, SE   Washington, DC   20003 | | TOTAL TIME EMPLOYED: |
| OFFICIAL JOB TITLE: Asst. Shift Supervisor | NAME OF SUPERVISOR Shift Supv. N. Wallace | OUT OF BUSINESS? YES   NO |

DESCRIBE SPECIFIC JOB DUTIES: Assistant Shift Supervisor. Responsible for Time and Attendance of Shift Officers. Notifying Shift Supervisor of any discrepancies with of Facility structure and Operations. Ensuring that all assigned tasks are Completed and Correct. Assign Building Supervisors to oversee facility Operations.

SPECIFIC REASON FOR LEAVING: Full-Time   Relocating

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

### JOB 2 ✓

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: FROM MO/YR   TO MO/YR |
|---|---|---|
| Montgomery County Teachers FCU | 301-948-9880 | 5/04 – 12/04 |
| COMPLETE ADDRESS: 15911 Frederick Road   Rockville, MD   20886 | | TOTAL TIME EMPLOYED: 7months |
| OFFICIAL JOB TITLE: Financial Phone Center Representative. | NAME OF SUPERVISOR Mrs. Jennifer Dellinger | OUT OF BUSINESS? YES   NO |

DESCRIBE SPECIFIC JOB DUTIES: Financial Phone Center Representative. Responsible for assisting shareholders with their share accounts. Cross-selling new and current products.

SPECIFIC REASON FOR LEAVING: Part-Time   Seeking Full Time Employment

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

### JOB 3

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: FROM MO/YR   TO MO/YR |
|---|---|---|
| UNEMPLOYED - Received Unemployment Benefit | | 8/03 – 5/04 |
| COMPLETE ADDRESS: N/A | | TOTAL TIME EMPLOYED: N/A |
| OFFICIAL JOB TITLE: N/A | NAME OF SUPERVISOR | OUT OF BUSINESS? YES   NO N/A |

DESCRIBE SPECIFIC JOB DUTIES: N/A

SPECIFIC REASON FOR LEAVING: N/A

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

COA002182

**EMPLOYMENT HISTORY (continued)**

"NORTH FORK BANK"

B4  √  The Work Number  Code 11913   bsuarez@nfb.com

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: FROM MO/YR   TO MO/YR |
|---|---|---|
| GReenpoint BAnk | 516  327  1167 | 2/02      8/03 |

| COMPLETE ADDRESS: | | TOTAL TIME EMPLOYED: |
|---|---|---|
| 1981 Marcus Avenue  Lake Success, NY  11042 | | 1½ years |

| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR | OUT OF BUSINESS? YES   NO |
|---|---|---|
| Tele banking Representative | Mr. Basil Suarez  631-501-4776  631-599-1069 | NO |

DESCRIBE SPECIFIC JOB DUTIES:  Assisted Customers with their accounts. Cross-Selling of new and current products. Member of the training Staff.

SPECIFIC REASON FOR LEAVING:  Department Outsourced to India
PART-TIME

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

**JOB 5**

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: FROM MO/YR   TO MO/YR |
|---|---|---|
| Unemployed - Not Receiving benefits | | 1/02      2/02 |

| COMPLETE ADDRESS: | | TOTAL TIME EMPLOYED: |
|---|---|---|
| SAVINGS | | N/A |

| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR | OUT OF BUSINESS? YES   NO |
|---|---|---|
| N/A | N/A | N/A |

DESCRIBE SPECIFIC JOB DUTIES:
N/A

SPECIFIC REASON FOR LEAVING:
N/A

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

**JOB 6**  √

fax 631-393-9037
HR Janet

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: FROM MO/YR   TO MO/YR |
|---|---|---|
| Cablevision % Lloyd STAFFing | 631- 777-7600 | 12/01      1/02 |

| COMPLETE ADDRESS: | | TOTAL TIME EMPLOYED: |
|---|---|---|
| 150 Crossways Blvd.  Woodbury, NY  11797 | | 1 month |

| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR | OUT OF BUSINESS? YES   NO |
|---|---|---|
| Technical Support Agent | Mr. Sean Gunn. 516-803-9362 | NO |

DESCRIBE SPECIFIC JOB DUTIES:  Assisted Optimum Online customers with Network Connection and E-mail setup.

SPECIFIC REASON FOR LEAVING:  Temporary

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

**EMPLOYMENT HISTORY (continued)**

## JOB 7

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: |
|---|---|---|
| UNEMPLOYED - SAViNgs | | FROM MO/YR 11/01   TO MO/YR 12/01 |

| COMPLETE ADDRESS: | TOTAL TIME EMPLOYED: |
|---|---|
| N/A | N/A |

| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR | OUT OF BUSINESS? YES   NO |
|---|---|---|
| N/A | | N/A |

DESCRIBE SPECIFIC JOB DUTIES:   N/A

SPECIFIC REASON FOR LEAVING:   N/A

marian.chen@MyNYCB.co

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|
| | | | HR  Marian Chen |

516-683-9612
G. Dugan            (718) 448-7272 (631) 648-A679

## JOB 8

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) XAA87 | DATES EMPLOYED: |
|---|---|---|
| NEW YorK Community BanK | 516-683-4100 | FROM MO/YR 4/98   TO MO/YR 11/01 |

| COMPLETE ADDRESS: | 516-683-AA57 | TOTAL TIME EMPLOYED: |
|---|---|---|
| 615 Merrick Avenue Westbury, NY 11691 | A. Salazar, D. Messina | 3 years / 8 months |

| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR | 9192 | OUT OF BUSINESS? YES   NO |
|---|---|---|---|
| H Assistant Supervisor | Mrs. Dorothy Rijos - Vice President | | |

SCRIBE SPECIFIC JOB DUTIES: Supervised a group of 8 advocates. Ensured the posting of all Credit and debits. Supervised the unclearing of High-dollar Checks.

Full Time.

SPECIFIC REASON FOR LEAVING: My position Ended due to Failure of Following bank policy and procedures. The bank requires actual Credit and debit Tickets. I maintained an open daily log of credit/debit entries. No Fraudulent activity was Found. AFTer a appeal the ruling remained.

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

## JOB 9 ✓

The Work Number - Code 10636  2/13/0?

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) NOT IN SERVICE | DATES EMPLOYED: |
|---|---|---|
| LABCorp Inc % Madamoiselle | 516-794-4949 | FROM MO/YR 9/97   TO MO/YR 4/98 |

| COMPLETE ADDRESS: | TOTAL TIME EMPLOYED: |
|---|---|
| 5 Charles Lindburg Blvd Uniondale, NY 11553 | 7 months |

| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR | OUT OF BUSINESS? YES   NO |
|---|---|---|
| Client Inquiry Representative | Ns. Regina DAvis | |

DESCRIBE SPECIFIC JOB DUTIES: Reported Test Results to medical personnel and Facilities. Prepped specimens For Testing.

SPECIFIC REASON FOR LEAVING:   Temporary

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

COA002184

## EMPLOYMENT HISTORY (continued)

### JOB 10

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: FROM MO/YR    TO MO/YR |
|---|---|---|
| Unemployed - Savings | | 8/97              9/97 |

| COMPLETE ADDRESS: | | TOTAL TIME EMPLOYED: |
|---|---|---|
| N/A | | N/A |

| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR | OUT OF BUSINESS? YES    NO |
|---|---|---|
| | N/A | N/A |

DESCRIBE SPECIFIC JOB DUTIES:

N/A

SPECIFIC REASON FOR LEAVING:

N/A

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

### JOB 11 ✓

Employment ver. (212) 622-8650 automated.

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: FROM MO/YR    TO MO/YR |
|---|---|---|
| CHASE BANK | 877-574-2427 | 5/96              8/97 |

| COMPLETE ADDRESS: | | TOTAL TIME EMPLOYED: |
|---|---|---|
| 300 Jericho Turnpike   Jericho, NY  11753 | | 1 year / 3 months |

| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR | OUT OF BUSINESS? YES    NO |
|---|---|---|
| Customer Service Representative | Mrs. Susen Beyersdorf | |

DESCRIBE SPECIFIC JOB DUTIES:
Assisted bank consumers with their accounts. Cross-Selling of new and current products. Assisted in the Quality and Assurance of the Call Center.

SPECIFIC REASON FOR LEAVING: Full Time
Department Outsourced

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

### JOB 12

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: FROM MO/YR    TO MO/YR |
|---|---|---|
| UNEMPLOYED - Receiving unemployment benefit | | 2/95   -   5/96 |

| COMPLETE ADDRESS: | | TOTAL TIME EMPLOYED: |
|---|---|---|
| N/A | | 1 year / 3 months |

| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR | OUT OF BUSINESS? YES    NO |
|---|---|---|
| | N/A | N/A |

DESCRIBE SPECIFIC JOB DUTIES:

N/A

SPECIFIC REASON FOR LEAVING:

N/A

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

mod 06/17/2004/cmj                    Page

COA002185

## EMPLOYMENT HISTORY (continued)

### JOB 13 ✓

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: |
|---|---|---|
| Canon, USA | 516 488.6700 | FROM MO/YR 12/94 — TO MO/YR 2/95 |
| **COMPLETE ADDRESS:** One Canon Plaza   Lake Success, NY 11042 | | **TOTAL TIME EMPLOYED:** 2 months |
| **OFFICIAL JOB TITLE:** Customer Support Representative | **NAME OF SUPERVISOR** Mr. Sheldon Johnson | **OUT OF BUSINESS? YES    NO** |

**DESCRIBE SPECIFIC JOB DUTIES:** Assist Customers with Canon products. Order Entry of parts and accessories.

**SPECIFIC REASON FOR LEAVING:** Temporary- Part Time

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

### JOB 14

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: |
|---|---|---|
| UNEMPLOYED - Receiving Unemployment benefits. | | FROM MO/YR 6/94 — TO MO/YR 11/94 |
| **COMPLETE ADDRESS:** N/A | | **TOTAL TIME EMPLOYED:** 5 months |
| **OFFICIAL JOB TITLE:** | **NAME OF SUPERVISOR** | **OUT OF BUSINESS? YES    NO** N/A |

**DESCRIBE SPECIFIC JOB DUTIES:** N/A

**SPECIFIC REASON FOR LEAVING:** N/A

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

### JOB 15 ✓   "Venty Job System" Code 9210    (800) 229-5387   Fax (516) 239-6133   Payroll (516) 239-6000

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: |
|---|---|---|
| 800·Flowers· | 800-356-9377 | FROM MO/YR 2/94 — TO MO/YR 6/94 |
| **COMPLETE ADDRESS:** 1600 Stewart Avenue   Westbury, NY 11590 | | **TOTAL TIME EMPLOYED:** 4 months |
| **OFFICIAL JOB TITLE:** Customer Satisfaction Representative | **NAME OF SUPERVISOR** Ms. Tanya Minter | **OUT OF BUSINESS? YES    NO** |

**DESCRIBE SPECIFIC JOB DUTIES:** Performed problem-Resolution for Consumer Complaints. Conducted Order-Tracking reports for quality assurance

**SPECIFIC REASON FOR LEAVING:** Temporary

| FIRED | LAY OFF | RESIGNED | END OF ASSIGNMENT |
|---|---|---|---|

COA002186

## EMPLOYMENT HISTORY (continued)

Gloria
Fax (918) 935-2677

**JOB** 16 ✓

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) | DATES EMPLOYED: FROM MO/YR   TO MO/YR |
|---|---|---|
| Board of Education ℅ JHS 324 | 935-2292  718-574-2424 | 1/88 - 6/94 |
| COMPLETE ADDRESS: 800 Gates Avenue   Brooklyn, NY 11221 | | TOTAL TIME EMPLOYED: 6 years / 5 months |
| OFFICIAL JOB TITLE: Para-Professional | NAME OF SUPERVISOR: Mr. Larry Major | OUT OF BUSINESS? YES   NO |
| DESCRIBE SPECIFIC JOB DUTIES: Part Time. Assisted in running normal operations for After school and Weekend program for the youths and Teens in the Community. | | |
| SPECIFIC REASON FOR LEAVING: Lack of Funding. | | |
| FIRED          LAY OFF          RESIGNED | | END OF ASSIGNMENT |

## JOB

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) N/A | DATES EMPLOYED: FROM MO/YR   TO MO/YR N/A |
|---|---|---|
| COMPLETE ADDRESS: N/A | | TOTAL TIME EMPLOYED: N/A |
| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR: N/A | OUT OF BUSINESS? YES   NO N/A |
| DESCRIBE SPECIFIC JOB DUTIES: N/A | | |
| SPECIFIC REASON FOR LEAVING: N/A | | |
| FIRED          LAY OFF          RESIGNED | | END OF ASSIGNMENT |

## JOB

| NAME OF ORGANIZATION OR COMPANY | TELEPHONE (INCLUDE AREA CODE) N/A | DATES EMPLOYED: FROM MO/YR   TO MO/YR N/A |
|---|---|---|
| COMPLETE ADDRESS: N/A | | TOTAL TIME EMPLOYED: N/A |
| OFFICIAL JOB TITLE: | NAME OF SUPERVISOR: N/A | OUT OF BUSINESS? YES   NO N/A |
| DESCRIBE SPECIFIC JOB DUTIES: N/A | | |
| SPECIFIC REASON FOR LEAVING: N/A | | |
| FIRED          LAY OFF          RESIGNED | | END OF ASSIGNMENT |

COA002187

# APPLICATION QUESTIONNAIRE

**Instructions:**   If you answer "yes" to questions 3-15, you **must explain** the "yes" answer fully on the following answer sheet (page 18).  Remember to indicate the question number that you are addressing. Failure to follow instructions will result in your application being returned to you.

| | | YES | NO |
|---|---|---|---|
| 1. | Will you consent to a thorough background investigation of your character? | YES | |
| 2. | Will you consent to a rigid medical examination by a physician, upon conditional offer of employment? | YES | |
| 3. | Have you ever been rejected for employment, for any reason, by any law enforcement agency?  If "yes", what agency and why. | | No |
| 4. | Have you ever been terminated by any law enforcement agency? If "yes", give the date of termination and reason for termination. | | No |
| 5. | Have you ever been terminated or asked to resign from **ANY** job? If "yes", list the name of the job(s), dates of employment, and reason for termination or resignation under pressure. | YES | |
| 6. | Have you **EVER** been physically arrested or given a copy of charges for violation of any city, municipal, state, or federal law? | YES | |
| 7. | Have you **EVER** appeared in any court (including juvenile) as a defendant to answer any city, municipal, state, or federal criminal charge? If so, give the court in which you appeared and the disposition of the case (i.e. conviction, First Offenders, charges dismissed, etc). | | No |
| 8. | Have you **EVER** been detained by any law enforcement representative, been the subject of any criminal investigation, or been named as the accused on a warrant? If "yes", explain in detail. | YES | |
| 9. | Have you **EVER** received any tickets for traffic violations (excluding parking tickets) on any license that you have held since you began driving? If "yes", list type of violation, date received, jurisdiction, and disposition (i.e. fine, suspension, charges dismissed). | YES | |
| 10. | Have you **EVER** used, tried, ingested, or experimented with marijuana (including as a juvenile or even one experimental use)?  If "yes", write the total number of times used, date of the first use, and the date of the last use. | YES | |
| 11. | Have you **EVER** used, tried, ingested, or experimented with **ANY** other type of illegal narcotics or dangerous drugs (i.e. heroin, cocaine, hashish, speed, lsd, anabolic steroids, etc.)?  If "yes" indicate what type of drug, when you used it, and how many times you used the drug. | | No |
| 12. | Have you **EVER** sold any type of illegal drug, delivered illegal drugs, shared drugs with another person, or directed another person where to buy drugs? | | No |
| 13. | Have you ever filed or declared bankruptcy, had any judgments, repossessions, foreclosures, or collections? | YES | |
| 14. | Do you know of anything that might prevent you from obtaining the position you have applied for? | | No |
| 15. | Have you purposely omitted any information from your employment application? | | No |
| | Were you able to understand all of the questions in this application? | YES | |

mod 06/17/2004/cmj                    Page 17

COA002188

|  | Yes | No |
|---|---|---|
| 17. Have you ever committed an act that you were not caught doing, if caught you would have been arrested?  (If yes explain in detail) | YES | — |
| 18. Have you ever fraudulently obtained money?   (If yes explain in detail) | — | No |
| 19. Have you ever committed a fraudulent act against an employer?  (If yes explain in detail) | — | NO |
| 20. Have you ever intentionally damaged the property of another?   (If yes explain in detail) | — | No |
| 21. Have you ever filed **any** false report?  For any reason. (If yes explain in detail) | — | No |
| 22. Since you have been an adult (18 years old), have you ever had sexual involvement with someone under the age of 18?  (If yes explain n detail).   If yes how old were they? ___ How old were you? ___ How long ago? ___ | | |
| 23. Have you ever been involved in a sexual act that if caught you would have been arrested?  (If yes explain in detail) | — | No |
| . Have you ever been involved in a sexual act that if caught you would have been fired from your employer?   (If yes explain in detail) | — | No |
| 25. Have you ever engaged in prostitution or used the services of a prostitute? (If yes explain in detail) | — | No |
| 26. Have you ever benefited from the sale of illegal drugs, either directly or indirectly, free drugs or sexual favors? (If you received any money from a friend or family member involved in drug sales indirectly, list and give details)  (If yes explain in detail). | — | No |
| 27. Have you ever driven a motor vehicle under the influence of alcohol or drugs? (If yes explain in detail). | — | No |
| 28. Have you ever purchased or pawned an item that you knew or should have known it to have been stolen? (If yes explain in detail) | — | No |
| 29. Did you list **ALL** of your jobs for the past fifteen years on your employment application, to include part-time and temporary jobs? (If yes explain in detail) | YES | — |
| 30. Have you ever been charged with a crime? | | |
| 31. Have you ever failed to pass a polygraph? | ----- | No |

COA002189

# EXPLANATION SHEET

planations must be detailed, accurate, and true. Remember to print the number of the question that you are addressing. Attach additional sheets of paper if necessary.

List All public Safety agencies Applied with:

6. FREDERICK Police Department. 6/03. Det. ~~Lt~~ Jules Levine. Closed. Completed Process

7. United States Capital Police. 7/03. No Contact Name. Closed. Written Exam

8. Prince Georges County Sheriff's Office. 8/03. Sgt. Kilwalski. Closed. Completed Process

9. Corrections Corporation of America. 9/04. Rhonda Williams. Completed Process.

Question 5 page 17: On November 1st 2001 AT New York Community Bank, my position Ended due to Not Following policy and procedure. The Bank requires actual credit and debit slips when posting to accounts. I maintained an open log of credit/debit entries. After an investigation there was no Fraudulent activity Found. After the request for an appeal the ruling Stood.

Page 17 Question 8: i) August 1994, detained for Suspended license in NYC. Paid Fines.

2) February 1995, detained For Child Support in Nassau County Family Court, Seen by Judge, Income Execution Ordered. Income Execution Vacated on June 7th 2004.

Page 17 Question 9: Traffic Violations.

7/83 - Speeding · Far Rockaway, NY · NYC Police Dept. Paid Fine

5/94 · No Insurance · Queens, NY · NYC Police Dept. Paid Fine

4/00 - Operating w/o a license · Queens, NY · NYC Police Dept. Paid Fine

10 - Improper Turn · Queens, NY · NYC Police Dept. Paid Fine

4/00 · No Seat Belt · Queens, NY · NYC Police Dept. Paid Fine

COA002190

## EXPLANATION SHEET

**planations must be detailed, accurate, and true.** Remember to print the number of the question that you are addressing. Attach additional sheets of paper if necessary.

Page 17 Question 9: Traffic Violation

1/02 · Wrong Direction · Garden City, NY · Nassau Cty Police · Paid Fine

9/02 · No Seat Belt · Queens, NY · NYC Police Dept · Paid Fine

3/03 · No Insurance · Queens, NY · NYC Police Dept · Dismissed

3/03 · Suspended Registration · Queens, NY · NYC Police Dept · Dismissed

10/03 · No Seat Belt · Queens, NY · NYC Police Dept · Paid Fine.

Page 17 Question 10 · Page 18 Question 18 · Experimented with marijuana by inhalation 2x in August of 1987.

Page 17 Question 13:

J3B Assoc (Mar linit) · 5 Towns Nissan · $120 · Paid · 8/29/03

SCR Bud · $500 · 1 Item Disputed · Deleted from credit bureaus on 11/7/03

COA002191

# SWORN STATEMENT

I HEREBY SWEAR THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE TRUE AND COMPLETE.   I ALSO UNDERSTAND THAT ANY MISSTATEMENTS, OMISSIONS, OR FALSIFICATIONS OF MATERIAL FACTS WILL SUBJECT ME TO DISQUALIFICATION AND TERMINATION FROM THE HIRING PROCESS, AND COULD RESULT IN CRIMINAL PROSECUTION UNDER OCGA sec. 16-10-20.

*Mathieu E/sh Pierre Stealing Cadeau*

**APPLICANT'S FULL LEGAL NAME (PRINT)**

**SIGNATURE OF APPLICANT**

**APPLICANT'S SOCIAL SECURITY NUMBER**

*11/9/06*

**DATE**

**NOTARY PUBLIC**

*11/9/2006*

**DATE**

*My Com. Exp  6/18/2008*
*State of maryland*
*County of mont somry*

COA002192



## ATLANTA POLICE DEPARTMENT

### SHIFT/OFF DAY ACKNOWLEDGEMENT

I UNDERSTAND AND I AM AWARE THAT THE ATLANTA POLICE DEPARTMENT IS A SEVEN DAY A WEEK, TWENTY-FOUR HOUR A DAY OPERATION.

THEREFORE, I UNDERSTAND AND I AM AWARE THAT I MAY BE SUBJECT TO WORK ANY SHIFT (MORNING, DAY, OR EVENING WATCH) AND ASSIGNED ANY TWO CONSECUTIVE OFF DAYS.

PRINT NAME *Mathieu Elsh Pierre Sterling Cadeau*

SIGNATURE *(signature)*

DATE *11/9/06*

WITNESS *(signature)*

### EMPLOYMENT WAIVER

I, *Mathieu Cadeau*, HEREBY ACKNOWLEDGE THAT I FULLY UNDERSTAND THAT MY EMPLOYMENT WITH THE ATLANTA POLICE DEPARTMENT IS CONTINGENT ON THE RESULTS OF THE INVESTIGATION OF MY BACKGROUND.

FURTHERMORE, I FULLY UNDERSTAND THAT IF THIS INVESTIGATION REVEALS ANY INFORMATION THAT WOULD PROHIBIT MY CONTINUED EMPLOYMENT WITH THIS DEPARTMENT, THAT MY APPOINTMENT IS SUBJECT TO IMMEDIATE TERMINATION.

I, *Mathieu Cadeau*, WITHOUT ANY COERCION, VOLUNTARILY AGREE TO EXECUTE AND SIGN THIS WAIVER.

*(signature)*

APPLICANTS SIGNATURE

SOCIAL SECURITY NUMBER ▆▆▆▆▆▆

*11/9/06*

DATE *Police Officer*

POSITION

*(signature)*

WITNESS SIGNATURE

*11/9/06*

.ΓΕ

COA002193



## ATLANTA POLICE DEPARTMENT

### *POLYGRAPH EXAMINATION*

I UNDERSTAND AND AGREE TO VOLUNTARILY SUBMIT TO AN EXAMINATION BY A PROFESSIONAL POLYGRAPHER PRIOR TO BEING ACCEPTED FOR EMPLOYMENT WITH THE ATLANTA POLICE DEPARTMENT.

THE UNDERSIGNED PERSON ALSO UNDERSTANDS AND AGREES THAT HE OR SHE WILL VOLUNTARILY SUBMIT TO AN EXAMINATION BY A PROFESSIONAL POLYGRAPHER AT ANY TIME DURING THEIR EMPLOYMENT WITH THE ATLANTA POLICE DEPARTMENT.

THE UNDERSIGNED PERSON ALSO UNDERSTANDS AND AGREES TO RELEASE, ABSOLVE, AND FOREVER HOLD THE ATLANTA POLICE DEPARTMENT, ITS OFFICERS, AGENTS AND EMPLOYEES; AND THE PROFESSIONAL POLYGRAPHER, POLYGRAPH FIRM CONDUCTING THE POLYGRAPH EXAMINATIONS, THEIR AGENTS, OFFICERS AND EMPLOYEES FROM ANY LIABILITY RESULTING FROM THE OPERATION OF THE EQUIPMENT OR USE OF THE RESULTS OBTAINED THEREFROM. THIS ALSO APPLIES TO ANY AND ALL SUITS, ACTIONS, OR CAUSES OF ACTIONS AT LAW, CLAIM, DEMAND, OR LIABILITY WHICH THE UNDERSIGNED, HIS OR HER SUCCESSORS, ASSIGNS, HEIRS, EXECUTORS, OR ADMINISTRATORS HAVE NOW OR MAY EVER HAVE RESULTING DIRECTLY OR REMOTELY FROM THE UNDERSIGNED PERSON HAVING TAKEN SAID POLYGRAPH EXAMINATION.

| SIGNATURE | |
|---|---|
| WITNESS | |
| DATE | 11/9/2006 |

### *POLYGRAPH RETEST AGREEMENT*

I UNDERSTAND THAT ANY DECEPTION REPORTED ON MY POLYGRAPH EXAMINATION, WHICH CANNOT BE CLEARED BY CONVENTIONAL INVESTIGATION METHODS, WILL REQUIRE A SPECIFIC EXAMINATION OF THE AREA OF QUESTIONNING WHICH SHOWED DECEPTIVE RESPONSES BY A DEPARTMENT APPROVED POLYGRAPH FIRM.

I ALSO UNDERSTAND AND AGREE THAT ANY SUBSEQUENT POLYGRAPH EXAMINATION REQUIRED TO SUCCESSFULLY PASS THE FAILED AREA OF QUESTIONING WILL BE AT MY OWN EXPENSE, AND THE RETEST MUST BE WITHIN FOURTEEN (14) BUSINESS DAYS OF NOTIFICATION OF THE INITIAL RESULTS. OUT OF STATE APPLICANTS HAVE UP TO TWENTY-EIGHT (28) DAYS AFTER THE INITIAL NOTIFICATION TO TAKE ANOTHER EXAMINATION. I FURTHER UNDERSTAND AND AGREE THAT MY FAILURE TO APPEAR FOR A SCHEDULED SPECIFIC EXAMINATION WILL RESULT IN THE SUSPENSION OF MY APPLICATION FROM ACTIVE PROCESSING.

| PRINT NAME | Mathieu Cadeau |
|---|---|
| APPLICANT SIGNATURE | |
| DATE | 11/9/06 |
| WITNESS SIGNATURE | |
| DATE | 11/9/06 |

COA002194



# ATLANTA POLICE DEPARTMENT
## CVSA Truth Verification Release Form

I, _____Mathieu Cadeau_____ , do hereby voluntarily, without duress, coercion, promise, reward, or immunity, consent and submit to an examination by the Computer Voice Stress Analyzer truth verification technique.  I hereby release, absolve and forever hold harmless, Atlanta Police Department, its servants, agents, and anyone acting on it's behalf from any and all claims, demands or other damages from any matter, act, or thing arising out of aforesaid examination.

I understand that this examination may be video taped and/or audio taped and I release into the possession of the Atlanta Police Department, all materials, recordings, and all other documents for the purpose of testimony and/or training.  I understand that this examination is a public record.

_____                    _____
Signature                                                     11/9/06   Date

_____                    _____
Witness                                                      11/9/06   Date

_____                    _____
Signature of Parent/Guardian                       Date
if under 17 years

APD Form 338  6/23/03

COA002195



# ATLANTA POLICE DEPARTMENT
### Physical Requirements
### During the Training Academy Period

**Waiver Form**

All Police Officer Recruits will be required to submit to the following physical training requirements during the training period. There will be four Physical Training Exams administered during training. The Police Recruit must meet the standards established in Task I and Task II during the fourth PT test. If the Police Recruit cannot successfully pass the physical mandates of the Atlanta Police Academy Training during the fourth and final PT test, he/she is not eligible for graduation from the Academy.

> **Task I** - **Run 1 and ½ Miles** (Standard 13 minutes, 30 seconds)
> <u>Physical Activity</u>: running at a moderate pace

Fitness running is conducted regularly throughout Recruit Training; however, the police candidate must progressively work towards completing the required run (1 and ½ miles) within a thirteen and a half (13 ½) minute time frame. The required run for all police recruits will be conducted one final time during the fourth (4th) PT test. At this time, the recruit must meet the given standard in order graduate.

> **Task II** - **Obstacle Course** (Standard 1 minute, 40 seconds)
> <u>Physical Activity</u>: Pursuit, Confront & Subdue including crawling, running, climbing, lateral movement, weaving in and out, lifting, dragging/pulling a life sized dummy, and handcuffing activities.

This course involves the use of simulation assessment activities relating to the physical mandates of the Police Officer position. The course is approximately 200 yards.

**Affidavit**

I, _Mathieu Cadeau_ understand that achieving the above physical requirements is mandatory in order to become an Atlanta Police Officer. I acknowledge that each task level must be successfully achieved during my tenure at the Atlanta Police Academy or I will not be eligible for graduation.

_____  11/9/06      _____
Applicant Signature/Date                    Notary Signature/Seal
                                             State of Maryland
                                             County of Montgomery
                                             my comm exp 6/1/2008

COA002196



## Atlanta Police Department Pre-Employment Physical Fitness Test
## Release from Liability and Indemnity Agreement

I, __Mathieu Cadeau__, in consideration of my being allowed to participate in the Physical Fitness Test required by the Atlanta Police Department as part of its pre-employment process, do hereby agree as follows:

1. That I release the City of Atlanta, Georgia and their employees and agents from all liability to myself, or my heirs, administrators, executors, and assigns as a result of any damage to my property, injury to myself, or loss of life sustained as a result of my participation in the pre-employment physical fitness test.

2. That I agree to hold harmless the City of Atlanta, Georgia and their employees and agents from all liability to myself, my heirs, administrators, executors and assigns, for any loss sustained by them as a result of any injury or damage caused by myself and I agree to indemnity said City Agents or employees for any loss incurred thereby.

3. I certify that the Physical Fitness Test has been explained to me and that I am mentally and physically capable of performing the Pre-Employment Physical Fitness Test and that I do not have any physical or mental impairment that would in any way create any danger to my health or well-being.

4. That I understand that the minimum requirements for passing the Pre-Employment Physical Fitness Test is as follows:

| | |
|---|---|
| Vertical Jump: | 12 inches or higher |
| One Minute Sit-Ups: | 27 minimum |
| 300 Meter Run | 1:18 or less |
| Push Ups: | 18 minimum |
| 1.5 Mile Run | 17:18 or less |

5. That I understand if I do not meet the minimum requirements for passing the Pre-Employment Physical Fitness Test, I will be given one opportunity to re-test within 60 days of the initial Pre-Employment Fitness Test. I understand that failing to meet the minimum requirements for passing, on either the initial test or the re-test, I will be suspended from the hiring process.

_____
Applicant's Signature

Signed on the __9__ day of __November__, 20 _06_

_____
Notary Public  My Comm Exp 6/1/2008
State of Maryland
County of Montgomery

COA002197



## ATLANTA POLICE DEPARTMENT

### EMPLOYEE REIMBURSEMENT AGREEMENT

The Official Code of Georgia Annotated Title 35 Chapter 8 Section 22 (O.C.G.A. 35-8-22) states the following:

**35-8-22.**
(GCA § 92A-2122.1) **Reimbursement for Peace Officer's Mandated or Formalized Training**

(a) Unless otherwise provided by an employment contract to the contrary, if the State of Georgia or any county or municipality thereof employs a peace officer and said peace officer is hired by another agency within 15 months after completing mandated or formalized training requirements, then the total expense of training, including salary paid during training, shall be reimbursed by the hiring agency to the State of Georgia or any county or municipality thereof which initially paid for such training. If said officer is hired by another agency during a period of 15 to 24 months after mandated or formalized training requirements are completed, then one-half of the total expense of training, including salary paid during training, shall be reimbursed by the hiring agency to the State of Georgia or any county or municipality thereof which initially paid for such training. The council shall set standards for reimbursement by hiring agencies based upon actual expenses incurred in mandated or formalized training by individual departments.

(b) The State of Georgia or any county or municipality thereof which initially paid for the training of a peace officer shall submit an itemized, sworn statement to the new employer of the peace officer and shall demand payment thereof and **may enforce collection of such obligation through civil remedies and procedures.**

(c) Effective July 1, 2003, in order for the State of Georgia or any county or municipality thereof to demand reimbursement, the demanding governmental unit must be able to document that the peace officer in question signed an acknowledgment of the terms of this Code section or an employment contract specifying the provisions of this Code section prior to such peace officers employment with the demanding governmental unit. Otherwise, this Code section shall not apply to such demand for reimbursement.

For good consideration and as an inducement for the Atlanta Police Department (Employer) to employ _Mathieu Cadeau_ (Employee/Applicant), the undersigned Employee/Applicant acknowledges that he/she has read and hereby agrees to abide by the provisions of O.C.G.A. 35-8-22 **Reimbursement for Peace Officer's Mandated or Formalized Training.**

This agreement shall be binding upon _____ until such time as the parameters of O.C.G.A. 35-8-22 become exhausted.

Signed this _9th_ day of _November_ 20 _06_.

_Mathieu Cadeau_
**Employee / Applicant (Print Name)**

_[signature]_
**Employee / Applicant (Signature)**

_[signature]_
**Witness**

_[signature]_
**Notary**
My com exp 6/1/2008

COA002198



## ATLANTA POLICE DEPARTMENT CONSENT FORM

I, _Mathieu Cadeac_ , DO HEREBY AUTHORIZE A REVIEW OF ANY FULL
**(Print Name)**
DISCLOSURE OF ALL RECORDS CONCERNING MYSELF TO ANY DULY AUTHORIZED AGENT OF THE
CITY OF ATLANTA POLICE DEPARTMENT, OR TO ANY AUTHORIZED AGENT OF A CRIMINAL JUSTICE
AGENCY OR ANY PRIVATE AGENCY UPON REQUEST OF THE CITY OF ATLANTA POLICE DEPARTMENT,
WHETHER THE SAID RECORDS ARE OF A PUBLIC, PRIVATE, OR CONFIDENTIAL NATURE.

THE INTENT OF THIS AUTHORIZATION IS TO GIVE MY CONSENT FOR FULL AND COMPLETE
DISCLOSURE OF THE RECORDS OF <u>MILITARY SERVICE RECORDS</u>, "AUTHORITY TO RELEASE LAW
ENFORCEMENT OR CRIMINAL RECORDS OF INFORMATION FROM A LAW ENFORCEMENT AGENCY."
<u>EDUCATIONAL INSTITUTIONS</u>; FINANCIAL OR CREDIT INSTITUTIONS, INCLUDING RECORDS OF LOANS,
THE RECORDS OF COMMERCIAL OR RETAIL CREDIT AGENCIES (INCLUDING CREDIT REPORTS AND/OR
RATING) AND FINANCIAL STATEMENTS AND RECORDS WHEREVER FILED; <u>MEDICAL AND PSYCHIATRIC</u>
TREATMENT AND/OR CONSULTATION INCLUDING HOSPITALS, CLINICS, PRIVATE PRACTITIONERS, AND
THE U.S. VETERAN'S ADMINISTRATION; <u>EMPLOYMENT AND PRE-EMPLOYMENT RECORDS</u>, INCLUDING
BACKGROUND REPORTS, EFFICIENCY RATINGS, COMPLAINTS OR GRIEVANCES FILED BY OR AGAINST
ME AND THE RECORDS AND RECOLLECTIONS OF <u>ATTORNEYS AT LAW</u>, OR OF OTHER COUNSEL
WHETHER REPRESENTING ME OR ANOTHER PERSON IN ANY CASE, EITHER CRIMINAL OR CIVIL, IN
WHICH I PRESENTLY HAVE OR HAVE HAD AN INTEREST.

I UNDERSTAND THAT ANY INFORMATION OBTAINED BY A PERSONAL HISTORY BACKGROUND
INVESTIGATION, WHICH IS DEVELOPED DIRECTLY OR INDIRECTLY IN WHOLE OR IN PART, UPON THIS
RELEASE AUTHORIZATION, WILL BE CONSIDERED IN DETERMINING MY SUITABILITY FOR EMPLOYMENT
BY THE CITY OF ATLANTA POLICE DEPARTMENT. I ALSO CERTIFY THAT ANY PERSON(S) WHO MAY
FURNISH SUCH INFORMATION CONCERNING ME SHALL NOT BE HELD ACCOUNTABLE FOR GIVING THIS
INFORMATION; AND I HEREBY RELEASE SAID PERSON(S) FROM ANY AND ALL LIABILITY, WHICH MAY BE
INCURRED AS A RESULT OF FURNISHING SUCH INFORMATION.

I ALSO AGREE TO PAY ANY AND ALL CHARGES OR FEES CONCERNING THIS REQUEST AND CAN BE
BILLED FOR SUCH CHARGES AT THE BELOW LISTED ADDRESS.

A PHOTOCOPY OF THIS RELEASE FORM WILL BE VALID AS AN ORIGINAL THEREOF, EVEN THOUGH THE
SAID PHOTOCOPY DOES NOT CONTAIN AN ORIGINAL WRITING OF MY SIGNATURE. I UNDERSTAND
THIS AUTHORIZATION IS VALID FOR 90 DAYS FROM DATE OF SIGNATURE

| | |
|---|---|
| **Applicant Signature (include maiden name)** | **Witness** |
| 11/9/06 | 11/9/2006 |
| **Date** | **Date** |
| 9451 MERUST LANE | |
| **Address** | **Notary Public** |
| Gaithersburg, MD  20879 | 11/9/2006 |
| **City, State, Zip Code** | **Date**  State of Maryland |
| | County of Montgomery |
| 66 | My Commission 1/2008 |
| **Date of Birth** | |

**Social Security Number**

*Page* 27

Rev 08/06/jmb



199



DOCUMENT NO. H 3575

VR 11B-300M (3/88) P.O. NO. M816180

# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH
### VITAL RECORDS
# CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Bureau of Vital Records, Department of Health, City of New York.

DATE OF BIRTH: 1966   CERTIFICATE NO: 156-66-127007

BOROUGH: MANHATTAN   DATE FILED: 08-18-66   DATE ISSUED: 04-09-99

NAME: ELSH MATHIEU PIERRE STERLING CADEAU***

SEX: MALE

MOTHER'S MAIDEN NAME: JACQUELINE RENEE DESIR

FATHER'S NAME: MATHIEU P. S. CADEAU

STEVEN P. SCHWARTZ
CITY REGISTRAR

Do not accept this transcript unless it bears the raised seal of the Department of Health. The reproduction or alteration of his certification is prohibited by Section 3.21 of the New York City Health Code.

11597172

# TRANSCRIPT OF HIGH SCHOOL RECORD

COA002200

OFFICIAL TRANSCRIPT

## STUDENT INFORMATION

NAME: CADEAU LSH

SCHOOL NAME: FARR[...]

ADDRESS: 146 39 223 ST   CITY: JAMAICA NY   STATE   11413

821 FAR BAY 25Th ST   RCKAWAY   11691

| DATE ENTERED SECONDARY SCHOOL | DATE ENTERED THIS SCHOOL | EXPECTED DATE OF GRAD. |
|---|---|---|
| 09/08/80 | | 06/84 |

BIRTH DATE: [...]66

WEEKS/YR: 40   MEETING/WK: 5   PASS/GRADE: 65   CLASS SIZE: 295   DATE: 08/26/83   SCHOOL ACCREDITED BY: NY ST. DEPT

## ACADEMIC SUMMARY

| SIX SEMESTER RANK IN CLASS DATA | TOTAL POINTS | NO. OF MARKS | AVERAGE | RANK | GROUP SIZE | %ILE STANDING |
|---|---|---|---|---|---|---|
| H.S. AVERAGE | 2825 | 37 | 76.35 | 106 IN | 295 | 64.06 |

OFFICIAL CLASS: 4BB

CLASS PD (ARM): 45   MEETING/WK: 5   WEEKS/YR: 40

CEEB SCHOOL NUMBER: 331890   BATES NO.: 4057

## ACADEMIC RECORD

### 80 GRADE 9

| SUBJECT | UNITS | AV. | 1 | 2 |
|---|---|---|---|---|
| NED TYPE 1 | 6.0 | 73 | 70 | 55 |
| ENG 1 | 6.0 | 76 | 85 | 65 |
| THIRD WLD | 6.3 | 81 | 85 | 60 |
| SPAN 1 | 6.0 | 81 | 95 | 60 |
| 9 MATH A | 6.0 | 74 | 80 | 75 |
| BGYS PE | 1.0 | 70 | 80* | 85* |
| 9 GR SCI | 2.0 | 67 | 85 | |

### 81 GRADE 10

| SUBJECT | 1 | 2 |
|---|---|---|
| SCI FICT 1 | 65 | 75 |
| WEST SCI 1 | 80 | 75 |
| SPANISH 3 | 90 | 65 |
| 9 MATH C | 90 | 65 |
| MENS PE H C | 65* | 75* |
| INT HLTH C | 85* | 55 |
| BIO REGENT | | |
| DECT 6MYS | | |
| WEST SCI 2 | | |
| SPAN 3 | | |
| 10 MATH A | | |
| MENS PE C | | |
| HLTH REG 2 | | |
| BIO REG SC | | |

### 82 GRADE 11

| SUBJECT | 1 | 2 |
|---|---|---|
| PUBLIC SPK | 85 | |
| AMER ST1 | 85 | |
| SPANISH 5 | 80 | |
| 10 MATH | 80* | |
| HLTH PHYS ED | 50 | |
| HLTH AST1 | | |
| HLTH HEALTH | | |
| SPAN 6 | 65 | |
| 10 MATH ED | 75 | |
| HEALTH 2 | 80 | |
| HEC ENG 2 | 85* | |
| ART 1 | 80 | 75 |

### 83 GRADE 12

| SUBJECT | 1 | 2 |
|---|---|---|
| English | 55 | GR |
| Am. Stud | 70 | |
| 11 yr min | 75 | 70 |
| Comp. math | 90 | |
| Em Med Tech | 70 | 65 |
| Em med ted | 70 | 65 |
| Chemistry | 70 | |
| Mens P.E. | 85* | 65 |
| English | 75 | GR |
| Health | 70 | CR |
| Training | | CR |
| | | CR |

| GRADE 9 AV. | GRADE 10 AV. | GRADE 11 AV. | GRADE 12 AV. |
|---|---|---|---|
| 78.7 | 72.5 | 77.6 | 72.8 |

| UNITS | UNITS | UNITS | UNITS |
|---|---|---|---|
| 12.0 | 11.0 | 13.0 | 10.0 |

GRADE 12 AV. 66.2

## FAILURES

BIO REGENT

## LEGEND FOR THIS SCHOOL

## EXAMINATIONS

| AREA | SCORES |
|---|---|
| SCI READ | R 74 |
| SPAN MATH C | R 65 |
| 10 MATH C | R 67 |
| SPAN REG | R 77 |
| BIO REG | R 43 |
| RCT MATH | P |

11yr math R   70
Eng R   68
Am Hist R   51

TOTAL COURSE AVG: 75
H/SCIENCE COURSE AVG: 80

DATE OF GRADUATION: June 1984

PRINCIPAL: [signature]

DATE OF DISCHARGE

DATE 7/23/0 3

LEGEND
1. An "H" following a course title indicates an honors or accelerated course. An "M" indicates a sub-standard course.
2. An "M" subject that has not been counted in the Academic average.
3. Subject indicated by an asterisk are not included [...]
4. Subject sates provided by a symbol have same predictive nature. Refer to the section "legend" for this.
5. Initial subject is based on English, foreign language, and social studies.
6. Examinations refer to New York State Regents Exam.
7. Rating grades do not receive any will count but they do add to the average.
   a. Percentile class standing/high values indicate high.
   b. "M" subjects do not receive any extra credit or weight in what the high school of academic averages.

COA002201



# CITY OF ATLANTA

SHIRLEY FRANKLIN
MAYOR

675 PONCE DE LEON AVENUE
ATLANTA, GEORGIA 30308
404-853-3434

ATLANTA POLICE DEPARTMENT
RICHARD J. PENNINGTON
CHIEF OF POLICE

December 14, 2006

Dear Applicant:

This is to inform you that to further process your application for Police Officer, you are required to submit to a series of written examinations. This examination process may take one (1) day of approximately five (5) hours and consists of:

Cognitive Skills Examination
Georgia P.O.S.T. Examination

We have reserved a space for you to take the necessary examination. It is important that you arrive promptly and as scheduled to continue in the application process.

Your examination date is scheduled on ___January 4, 2007___ @ ___07:45am___

Please report to:
City Hall East
4th Floor
675 Ponce De Leon Ave. NE
Atlanta, GA 30308

(1) Wear Business Attire   (2) Bring your driver's license

Your failure to report as scheduled will result in the immediate suspension of your application. If any additional information is needed, please contact your Recruiter, Officer Zambrano, at (404) 853-7650.

Sincerely,

Sergeant J. Dixon
Recruitment Unit

JD/jz

COA002202



# CITY OF ATLANTA

SHIRLEY FRANKLIN
MAYOR

675 PONCE DE LEON AVENUE
ATLANTA, GEORGIA  30308

ATLANTA POLICE DEPARTMENT
RICHARD J. PENNINGTON
CHIEF OF POLICE

December 14, 2006

Mr. Mathieu Cadeau
9451 Merust Ln.
Gaithersburgh, MD 20879

Dear Applicant:

Thank you for your interest in employment with the City of Atlanta Police Department. Per your message, an interview has been scheduled for **Wednesday, January 3, 2007** for you to be able to complete phase I of the background process. I will be expecting you on this date at **1:00pm at City Hall East (4th floor) in business attire.** On this date, you will be fingerprinted and interviewed. Should you need to change this date or time, please notify Officer Zambrano as soon as possible so that he may cancel the appointment.

If any additional information is needed, please contact **Officer Zambrano** at (404) 853-7650.

Sincerely,

Sergeant J. Dixon
Atlanta Police Department
Background/Recruitment Unit

JD/jz

COA002203

# MATHIEU CADEAU

## OBJECTIVE

To obtain a supervisory position where my proven training and senior advocate abilities may be utilized.

## EXPERIENCE

**Corrections Corporation Of America**                    Washington, DC

*May 2006- Present*                    *Assistant Shift Supervisor*
- Assign staff daily duties.
- Report any discrepancies to the Shift Supervisor.
- Conducted inspections/tours of the facility for safety and security.

*January 2005- May 2006*                    *Correctional Officer*
- Maintain security and safety within the facility.
- Monitor movement throughout the facility.
- Maintain log of daily activity.

**Montgomery County Teachers  FCU**                    Rockville, MD

*May 2004- December 2004*     *Financial Phone Service Representative*
- Provided assistance to shareholders with their share accounts.
- Cross-selling of new and current products.

**Greenpoint Bank**                    Lake Success, NY

*February 2002- August 2003*     *Telebanking  Representative*
- Assisted customers with consumer accounts.
- Cross-selling of new and current products.

**Cablevision Optimum Online**                    Woodbury, NY

*December 2001-January 2002*     *Technical Support Agent*
- Assisted customers with first level phone support with cable modem and e-mail service using the following products: Windows 95 or higher.

## EDUCATION

2006- Present   **University of Phoenix**                    Rockville, MD
- Major: Criminal Justice

1999- 2000     **Computer Career Center**                    Garden City, NY
- Major: Networking Specialist

1984- 1985     **Franklin Pierce College**                    Rindge, NH
- Major: Liberal Arts

## REFERENCES

Furnished upon request

9451 MERUST LANE. GAITHERSBURG, MD 20886  301 330 3647
E-MAIL- MEC815@YAHOO.COM  MOBILE PHONE 646 739 3000

COA002204

# MARRIAGE REGISTER

## BAHAMAS

| No. | When Married | Name and Surname | Condition | Calling | Age | District and Residence at the time of Marriage | Father's Name and Surname |
|---|---|---|---|---|---|---|---|
| 1447 | 1ST NOVEMBER, 2000 | ELSH MATHIEU PIERRE STERLING CADEAU | BACHELOR | BANKER | 34 | ISLAND PALM RESORT FREEPORT, GRAND BAHAMA THE BAHAMAS | MATHIEU P.S. CADEAU |
| | | MICHELLE NAOMI YARBOROUGH | SPINSTER | U.S. POSTAL WORKER | 34 | ISLAND PALM RESORT FREEPORT, GRAND BAHAMA THE BAHAMAS | ERNEST V. YARBOROUGH |

Married at   XANADU BEACH, FREEPORT   by (or before) me STEPHANA J. SAUNDERS, (MISS.), ASSISTANT REGISTRAR GENERAL

a Marriage Officer of the District of   THE COMMONWEALTH OF THE BAHAMAS

This Marriage
was celebrated between us

in the presence
of us

Annie Pindar

Clemencia Thompson

This   FIRST   day of   NOVEMBER, A.D.,   19 2000

Certified by me to be a true copy of the Original Marriage Register.

Saunders
Marriage Officer

Form No. A 11
(Section 28)