# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **Noel Hall and Christina Hall** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **City of Atlanta, a municipal corporation** | ) | **CIVIL ACTION** |
| **of the State of Georgia; GEORGE N.** | ) | |
| **TURNER, in his individual capacity as** | ) | **FILE NO.: 1:18-cv-4710-CAP** |
| **former Chief of Police of the City of** | ) | |
| **Atlanta Police Department and** | ) | |
| **MATHIEU CADEAU, in his individual** | ) | |
| **capacity as former Police Officer of the** | ) | |
| **City of Atlanta Police Department,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## DEFENDANT CITY OF ATLANTA'S EMERGENCY MOTION FOR CONTINUANCE

COMES NOW City of Atlanta, Defendant in the above-captioned action, by and through its counsel of record, and hereby files this Motion for Continuance requesting that this Court continue the above-referenced case from the March 14, 2022 trial calendar, and shows this Honorable Court as follows:

### Relevant Facts

1.

This case is currently set for trial for March 14, 2022, in position #1.

2.

The Court has set the following deadlines for the month of February:

- February 16, 2022 - Motions in Limine and Motions to Bifurcate Trial
- February 23, 2022 – Responses Due
- February 28, 2022 – Trial Briefs, Proposed Requests to Charge, & Replies Due

3.

Defense counsel also has a case that has been specially set on the March 9th trial calendar in the matter of *Gregory Theodore Perkins v. City of Atlanta, Georgia, et al.;* State Court of Fulton County, State of Georgia; CAFN: 13EV018019C in position number 1. Said trial conflicts with the trial date of March 14th in the case *sub judice*.

4.

Attorney Tiffany Carter Sellers contracted COVID-19 on January 28, 2022, is symptomatic, and is currently recovering.

5.

Ms. Sellers is the Senior Associate handling the case and has the most knowledge concerning the procedural history of the case.

6.

Vonciel Bryant, an associate assisting with the case, resigned on January 15, 2022 to take a Staff Attorney position with Judge Kimberly Esmond- Adams.

7.

Given the current case load and circumstances with Ms. Sellers, it would be difficult to meet the current February deadlines imposed by the Court's Order prior to trial.

8.

The inability to meet the current trial deadlines due to the illness of Ms. Sellers and the conflicting trial schedule satisfy the requirements of LR7.2(B).

9.

Counsel for Defendant Cadeau has no objection to the continuance. Counsel for Plaintiff has indicated that his client does not consent to a continuance.

**Argument & Citation of Authority**

10.

Local Rule 39.5 regarding continuances states in pertinent part:

> **"A continuance of any trial, pretrial conference, or other hearing will be granted only on the basis of exceptional circumstances. No such continuance will be granted on stipulation of counsel alone but shall require an order of the Court."**

Moreover, District Court judges have "broad discretion" on how best to manage their docket. This includes all pre-trial matters, discovery, and scheduling

(See *Thermolife International, LLC vs. Hi-tech Pharmaceuticals, Inc, 2021WL418599*).

The current illness of Ms. Sellers and the impending trial of defense counsel satisfy the requirement that any "continuance" be had only in "exceptional circumstances." The inability to adequately prepare for trial and comply with this Court's February deadlines is an exceptional circumstance. This would severely prejudice Defendant City of Atlanta. The Court should exercise its broad discretion to manage its docket by continuing said matter until a future trial calendar.

WHEREFORE, Defendant City of Atlanta respectfully requests that the Court continue the case from the trial date of March 14, 2022 and enter an Order setting the case for trial at a future date.

**CERTIFICATION OF COMPLIANCE**

Pursuant to L.R.7.1(D), this certifies that this document was prepared using the New Times Roman font in 14 point. These font and point selections are approved by L.R.5.1C.

*(Signature on Following Page)*

This 4th day of February 2022.

        Respectfully submitted,

        THOMAS KENNEDY SAMPSON & TOMPKINS LLP

        */s/ Thomas G. Sampson, II*

        THOMAS G. SAMPSON, II
        Georgia Bar No. 623601
        TIFFANY CARTER SELLERS
        Georgia Bar No. 152850
        EBONEI B. SIMPKINS
        Georgia Bar No. 837066
        Attorneys for Defendants
        City of Atlanta and George N. Turner

3355 Main Street
Atlanta, Georgia 30337
Telephone: (404) 688-4503
w.sampson@tkstlaw.com
t.sellers@tkstlaw.com
e.simpkins@tkstlaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Noel Hall and Christina Hall  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | |
| ) | |
| City of Atlanta, a municipal corporation  ) | CIVIL ACTION |
| of the State of Georgia; GEORGE N.  ) | |
| TURNER, in his individual capacity as  ) | FILE NO.: 1:18-cv-4710-CAP |
| former Chief of Police of the City of  ) | |
| Atlanta Police Department and  ) | |
| MATHIEU CADEAU, in his individual  ) | |
| capacity as former Police Officer of the  ) | |
| City of Atlanta Police Department,  ) | |
| ) | |
| Defendants.  ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT CITY OF ATLANTA'S MOTION FOR CONTINUANCE** was filed and served with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

| Counsel for Plaintiffs | Counsel for Defendant Mathieu Cadeau |
|---|---|
| Shean D. Williams, Esq. | Chad Plumley, Esq. |
| Samuel L. Starks, Esq. | The Plumley Law Firm, P.C. |
| The Cochran Firm – Atlanta | 110 Evans Mill Drive |
| 100 Peachtree Street, N.W. | Suite 303 |
| Suite 2600 | Dallas, Georgia 30157 |
| Atlanta, Georgia 30303 | |

This 4th day of February 2022.

                                            */s/ Thomas G. Sampson II*
                                            Thomas G. Sampson II
                                            Georgia Bar No. 623601